# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>Tuesday, August 9, 2016 at 10:30 a.m. (ET)</u>

**Location:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6thFLOOR, COURTROOM 1 WILMINGTON, DELAWARE 19801**

### I.   PETITIONS AND RELATED PLEADINGS

1. **["Voluntary Petition Packages"]**

   A. Roadhouse Holding Inc., Case No. 16-11819
   B. Roadhouse Intermediate Inc., Case No. 16-11820
   C. Roadhouse Midco Inc., Case No. 16-11821
   D. Roadhouse Parent Inc., Case No. 16-11822
   E. LRI Holdings, Inc., Case No. 16-11823
   F. Logan's Roadhouse Inc., Case No. 16-11825
   G. Logan's Roadhouse of Texas, Inc., Case No. 16-11826
   H. Logan's Roadhouse of Kansas, Inc., Case No. 16-11827

2. **["First Day Declaration"]** Declaration of Keith A. Maib in Support of Chapter 11 Petitions and First Day Relief [D.I. 2]

### II.   FIRST DAY MOTIONS

3. **["Joint Administration"]** Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

01:19091183.1

      **Status:**    This matter will be going forward.

4. **["Claims and Noticing Agent Retention"]** Debtors' Application for Entry of an Order, Pursuant to 28 U.S.C. § 156(c), Authorizing the Retention and Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 4]

      **Status:**    This matter will be going forward.

5. **["Utilities"]** Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Services; (II) Deeming Utility Providers Adequately Assured of Payment; and (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment [D.I. 5]

      **Status:**    This matter will be going forward.

6. **["Insurance"]** Debtors' Motion for Order Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Liability, Property, and Other Insurance Programs Including Payment of Policy Premiums and (II) Continuation of Insurance Premium Financing Programs [D.I. 6]

      **Status:**    This matter will be going forward.

7. **["Customer Programs"]** Debtors' Motion Pursuant to Sections 105(a), 363(c), 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code for Authorization to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course [D.I. 7]

      **Status:**    This matter will be going forward.

8. **["Taxes"]** Debtors' Motion for an Order Pursuant to Sections 105(a), 363(b), 507(a)(8), and 541 of the Bankruptcy Code (I) authorizing Payment of Certain Prepetition Taxes and Fees and (II) Authorizing Financial Institutions to Process and Cash Related Checks and Transfers [D.I. 8]

      **Status:**    This matter will be going forward.

9. **["PACA and Critical Vendor Claims"]** Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) Arising Under the Perishable Agricultural Commodities Act and Similar Trust Fund Statutes and (B) of Certain Critical Vendors and (II) Granting Related Relief [D.I. 9]

      **Status:**    This matter will be going forward.

10. **["Wages and Benefits"]** Debtors' Motion for Entry of Orders (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Compensation Obligations and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 10]

    **Status:** This matter will be going forward.

11. **["Cash Management"]** Debtors' Motion for an Order (A) Authorizing the (I) Continued Use of Their Existing Cash Management System and (II) Use of Existing Bank Accounts and Business Forms; (B) Authorizing Payments of Prepetition Costs and Fees Associated With Customer Credit and Debit Card Transactions; (C) Waiving the Requirements of Section 345(b) of the Bankruptcy Code on an Interim Basis; and (D) Granting Certain Related Relief [D.I. 11]

    **Status:** This matter will be going forward.

12. **["DIP"]** Debtors' Motion for Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related [D.I. 12]

    **Status:** This matter will be going forward.

Dated: Wilmington, Delaware
August 8, 2016

*/s/ Ryan M. Bartley*
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ryan M. Bartley (No. 4985)
Elizabeth S. Justison (No. 5911)
Norah M. Roth-Moore (No. 6125)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: rbrady@ycst.com
         emorton@ycst.com
         rbartley@ycst.com
         ejustison@ycst.com
         nroth-moore@ycst.com

*Proposed Counsel for the Debtors and Debtors in Possession*