IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
**ROADHOUSE HOLDING, INC.,** *et al.*           :       Case No.  16-11819 (BLS)
                                                :
                                                :       **(Joint Administration Pending)**
          **Debtors**                           :
---------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **BRIXMOR PROPERTY GROUP, INC.,** by its attorneys, **BALLARD SPAHR LLP**, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

BALLARD SPAHR LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473
email: pollack@ballardspahr.com
Attn:  David L. Pollack, Esquire

and

BALLARD SPAHR LLP
919 Market Street, 11th Floor
Wilmington, DE 19801
(302) 252-4465
Fax:  (302) 252-4466
attn: Leslie Heilman, Esquire
Matthew Summers, Esquire

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

DMEAST #26566243 v1

the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**Dated: August 8, 2016**

**BALLARD SPAHR LLP**

BY: _____/s/ David L. Pollack_____
DAVID L. POLLACK
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473

Attorneys for Brixmor Property Group, Inc.

DMEAST #26566243 v1