## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

### NOTICE OF HEARING TO CONSIDER FIRST DAY PLEADINGS

**PLEASE TAKE NOTICE** that, on August 8, 2016, Roadhouse Holdings Inc. and certain of its subsidiaries and affiliates (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (the "**First Day Pleadings**") at a hearing on **Tuesday August 9, 2016 at 10:30 a.m. (ET)** (the "**Hearing**") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801:

1. Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3]

2. Debtors' Application for Entry of an Order, Pursuant to 28 U.S.C. § 156(c), Authorizing the Retention and Appointment of Donlin, Recano & Company, Inc. as

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

Claims and Noticing Agent for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 4]

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Services; (II) Deeming Utility Providers Adequately Assured of Payment; and (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment [D.I. 5]

4.  Debtors' Motion for Order Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Liability, Property, and Other Insurance Programs Including Payment of Policy Premiums and (II) Continuation of Insurance Premium Financing Programs [D.I. 6]

5.  Debtors' Motion Pursuant to Sections 105(a), 363(c), 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code for Authorization to Honor Prepetition Obligations to Customers and Otherwise Continue Customer Programs in the Ordinary Course of Business [D.I. 7]

6.  Debtors' Motion for an Order Pursuant to Sections 105(a), 363(b), 507(a)(8), and 541 of the Bankruptcy Code (I) authorizing Payment of Certain Prepetition Taxes and Fees and (II) Authorizing Financial Institutions to Process and Cash Related Checks and Transfers [D.I. 8]

7.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims (A) Arising Under the Perishable Agricultural Commodities Act and Similar Trust Fund Statutes and (B) of Certain Critical Vendors and (II) Granting Related Relief [D.I. 9]

8.  Debtors' Motion for Entry of Orders (A) Authorizing the Debtors to Pay and Honor Certain Prepetition Wages, Benefits and Other Compensation Obligations and (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 10]

9.  Debtors' Motion for an Order (A) Authorizing the (I) Continued Use of Their Existing Cash Management System and (II) Use of Existing Bank Accounts and Business Forms; (B) Authorizing Payments of Prepetition Costs and Fees Associated With Customer Credit and Debit Card Transactions; (C) Waiving the Requirements of Section 345(b) of the Bankruptcy Code on an Interim Basis; and (D) Granting Certain Related Relief [D.I. 11]

10. Debtors' Motion for Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related [D.I. 12]

01:19093698.1

**PLEASE TAKE FURTHER NOTICE** that copies of all of the First Day

Pleadings will be mailed subsequent to the Hearing in accordance with Rule 9013-1(m) of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, and are currently available  (free of charge) on the website dedicated to

these chapter 11 cases of the Debtors' proposed claims and noticing agent, Donlin, Recano &

Company, www.donlinrecano.com/logans, or on the Court's website, www.deb.uscourts.gov.  If

you would like to receive copies of any of the First Day Pleadings prior to the Hearing, please

contact Debbie Laskin, Paralegal, at (302) 571-6710 or dlaskin@ycst.com.  All parties wishing

to participate in the Hearing telephonically must make arrangements with CourtCall by telephone

at (888) 882-6878 or on the internet at www.courtcall.com.

| | |
|---|---|
| Dated:    Wilmington, Delaware<br>August 8, 2016 | */s/ Ryan M. Bartley*<br>Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ryan M. Bartley (No. 4985)<br>Elizabeth S. Justison (No. 5911)<br>Norah M. Roth-Moore (No. 6125)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:     (302) 571-6600<br>Fax:     (302) 571-1253<br>Email:  rbrady@ycst.com<br>          emorton@ycst.com<br>          rbartley@ycst.com<br>          ejustison@ycst.com<br>          nroth-moore@ycst.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |