# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that (i) BOKF, NA, as successor to Wells Fargo Bank, National Association, as trustee and collateral agent under that certain Senior Secured Notes Indenture, dated as of October 4, 2010; (ii) Carl Marks Management Company, LLC; and (iii) Marblegate Asset Management, LLC (together, the "Parties") hereby appear in the above-captioned cases through their counsel, Dechert LLP and Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **DECHERT LLP** | **DECHERT LLP** |
|---|---|
| Michael J. Sage | Janet Bollinger Doherty |
| Brian E. Greer | Cira Centre |
| 1095 Avenue of the Americas | 2929 Arch Street |
| New York, NY 10036-6797 | Philadelphia, PA 19104-2808 |
| Tel: (212) 698-3500 | Tel: (215) 994-4000 |
| Fax: (212) 698-3599 | Fax: (215) 994-2222 |
| Email: michael.sage@dechert.com | Email: janet.doherty@dechert.com |
| Email: brian.greer@dechert.com | |

**ASHBY & GEDDES, P.A.**
William P. Bowden
Karen B. Skomorucha Owens
500 Delaware Avenue, 8th Floor

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

{01134521;v1 }

P.O. Box 1150
Wilmington, DE  19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Parties intend that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Parties are or may be entitled under agreements in law or in equity.

Dated: August 8, 2016

**ASHBY & GEDDES, P.A.**

*/s/ Karen B. Skomorucha Owens*
William P. Bowden (#2553)
Karen B. Skomorucha Owens (#4759)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com

-and-

**DECHERT LLP**
Michael J. Sage
Brian E. Greer
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
Email: michael.sage@dechert.com
Email: brian.greer@dechert.com

-and-

Janet Bollinger Doherty
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Fax: (215) 994-2222
Email: janet.doherty@dechert.com

*Counsel for BOKF, NA, as successor trustee, Carl Marks Management Company, LLC, and Marblegate Asset Management, LLC*