# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission pro hac vice of Michael J. Sage to represent (i) BOKF, NA, as successor to Wells Fargo Bank, National Association, as trustee and collateral agent under that certain Senior Secured Notes Indenture, dated as of October 4, 2010; (ii) Carl Marks Management Company, LLC; and (iii) Marblegate Asset Management, LLC in the above-captioned cases.

Dated: August 8, 2016                                  ASHBY & GEDDES

                                                                     */s/ Karen B. Skomorucha Owens*
                                                                     William P. Bowden (#2553)
                                                                     Karen B. Skomorucha Owens (#4759)
                                                                     500 Delaware Avenue, 8th Floor
                                                                     Wilmington, DE 19801
                                                                     Telephone:  (302) 654-1888
                                                                     Fax: (302) 654-2067
                                                                     Email: wbowden@ashby-geddes.com
                                                                     Email: kowens@ashby-geddes.com

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{01134541;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

        */s/ Michael J. Sage*
        Michael J. Sage, Esq.
        DECHERT LLP
        1095 Avenue of the Americas
        New York, NY 10036-6797
        Tel: (212) 698-3500
        Email: michael.sage@dechert.com