**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ROADHOUSE HOLDING INC., *et al.*, | Case No. 16-11819 (BLS) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission pro hac vice of Brian E. Greer to represent (i) BOKF, NA, as successor to Wells Fargo Bank, National Association, as trustee and collateral agent under that certain Senior Secured Notes Indenture, dated as of October 4, 2010; (ii) Carl Marks Management Company, LLC; and (iii) Marblegate Asset Management, LLC in the above-captioned cases.

Dated: August 8, 2016

ASHBY & GEDDES

*/s/ Karen B. Skomorucha Owens*
William P. Bowden (#2553)
Karen B. Skomorucha Owens (#4759)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Brian E. Greer*
Brian E. Greer, Esq.
DECHERT LLP
1095 Avenue of the Americas
 New York, NY 10036-6797
Tel: (212) 698-3500
Email: brian.greer@dechert.com