# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,<br>          Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION
## <u>*PRO HAC VICE*</u> OF JEFFREY PAWLITZ

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey Pawlitz of King & Spalding LLP to represent GSO Capital Partners LP in the above-captioned action.

Dated:  August 8, 2016  
          Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

          */s/ William E. Chipman, Jr.*  
William E. Chipman, Jr. (No. 3818)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:     (302) 295-0191  
Facsimile:      (302) 295-0199  
Email:            chipman@chipmanbrown.com

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

### **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 8, 2016

Jeffrey Pawlitz
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
E-Mail: pawlitz@kslaw.com