**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ROADHOUSE HOLDING INC., *et al.*, <br>          Debtors. | Case No. 16-11819 (BLS) <br><br> (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF CHRISTOPHER G. BOIES**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher G. Boies of King & Spalding LLP to represent GSO Capital Partners LP in the above-captioned action.

Dated: August 8, 2016         **CHIPMAN BROWN CICERO & COLE, LLP**
        Wilmington, Delaware

                                               */s/ William E. Chipman, Jr.*
                                          William E. Chipman, Jr. (No. 3818)
                                          Hercules Plaza
                                          1313 North Market Street, Suite 5400
                                          Wilmington, Delaware 19801
                                          Telephone:   (302) 295-0191
                                          Facsimile:    (302) 295-0199
                                          Email:          chipman@chipmanbrown.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August ___, 2016

Christopher G. Boies
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
E-Mail: cboies@kslaw.com