**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROADHOUSE HOLDING, INC., *et al.*,[1] | ) | Case No. 16-11819 (BLS) |
| | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for JPMorgan Chase Bank, N.A., as administrative agent and collateral agent under that certain prepetition Credit Agreement dated October 4, 2010 ("JPMorgan"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Elisha D. Graff | Mark D. Collins (No. 2981) |
| Nicholas Baker | Paul N. Heath (No 3704) |
| 425 Lexington Avenue | Brendan J. Schlauch (No. 6115) |
| New York, New York  10017 | One Rodney Square |
| Telephone: (212) 455-2000 | 920 North King Street |
| Facsimile: (212) 455-2502 | Wilmington, Delaware  19801 |
| Email:  egraff@stblaw.com | Telephone:  (302) 651-7700 |
|         nbaker@stblaw.com | Facsimile:  (302) 651-7701 |
| | Email:  collins@rlf.com |
| |        heath@rlf.com |
| |        schlauch@rlf.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716).  The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

RLF1 14981881v.1

2

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of JPMorgan to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) JPMorgan's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) JPMorgan's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) JPMorgan's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which JPMorgan is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments JPMorgan expressly reserves.

RLF1 14981881v.1

Dated: August 8, 2016
      Wilmington, Delaware         **RICHARDS, LAYTON & FINGER, P.A.**

By: */s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Paul N. Heath (No 3704)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      heath@rlf.com
      schlauch@rlf.com

– and –

**SIMPSON THACHER & BARTLETT LLP**
Elisha D. Graff
Nicholas Baker
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
E-mail: egraff@stblaw.com
      nbaker@stblaw.com

*Counsel to JPMorgan Chase Bank, N.A.*