IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                     )  ss:
COUNTY OF KINGS   )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 8th day of August, 2016, I caused a true and accurate copy of the:

    (i) "Agenda for First Day Hearing and Index of First Day Pleadings" (Docket No. 14); and the

    (ii) "Notice of Hearing to Consider First Day Pleadings" (Docket No. 16),

    to be served via electronic mail upon the parties as set forth in Exhibit 1; via facsimile upon the parties as set forth in Exhibit 2; via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 3; and via USPS Express Mail Overnight upon the parties as set forth in Exhibit 4, attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 8th day of August, 2016 at Brooklyn, New York.

By _____
Sung Kim

Sworn before me this
8th day of August, 2016

_____
Notary Public

ROBERT HORAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #_____
COMM. EXP. September 21, 2017

BBQ000001

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000064P001-1348S-001<br>ASHBY & GEDDES PA<br>WILLIAM P BOWDEN; KAREN B SKOMORUCHA OWENS<br>500 DELAWARE AVE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON DE 19899-1150<br>WBOWDEN@ASHBY-GEDDES.COM | 000064P001-1348S-001<br>ASHBY & GEDDES PA<br>WILLIAM P BOWDEN; KAREN B SKOMORUCHA OWENS<br>500 DELAWARE AVE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON DE 19899-1150<br>KOWENS@ASHBY-GEDDES.COM | 000067P001-1348S-001<br>CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM E CHIPMAN JR<br>HERCULES PLAZA<br>1313 N MARKET ST STE 5400<br>WILMINGTON DE 19801<br>CHIPMAN@CHIPMANBROWN.COM | 000068P001-1348S-001<br>CITY OF BURLESON, BURLESON ISD<br>PERDUE BRANDON ET AL ELIZABETH BANDA CALVO<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010<br>EBCALVO@PBFCM.COM |
| 000070P001-1348S-001<br>DICKINSON WRIGHT PLLC<br>WILLIAM NOVOTNY<br>1850 N CENTRAL AVE STE 1400<br>PHOENIX AZ 85004<br>WNOVOTNY@DICKINSONWRIGHT.COM | 000069P001-1348S-001<br>FROST BROWN TODD LLC<br>RONALD E GOLD<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202<br>RGOLD@FBTLAW.COM | 000072P001-1348S-001<br>LINEBARGER GOGGAN ET AL<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | |
| 000020P002-1348S-001<br>RICHARDS LAYTON AND FINGER PA<br>MARK COLLINS; PAUL N HEATH; BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 N KING ST<br>WILMINGTON DE 19801<br>HEATH@RLF.COM | 000020P002-1348S-001<br>RICHARDS LAYTON AND FINGER PA<br>MARK COLLINS; PAUL N HEATH; BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 N KING ST<br>WILMINGTON DE 19801<br>SCHLAUCH@RLF.COM | | |

Records Printed :                    9

Case 16-11819-BLS    Doc 34    Filed 08/08/16    Page 5 of 15

Roadhouse Holding Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 3                                                                                                08/08/2016 01:42:11 PM

| | | | |
|---|---|---|---|
| 000060P001-1348S-001<br>2 COMBS ENTERPRISES INC<br>CHRIS COMBS<br>6562 E COUNTY LINE RD<br>ROGERSVILLE MO 65742<br>CHRISTOPHERLCOMBS.34@GMAIL.COM | 000051P001-1348S-001<br>AO SMITH CORP<br>DARREN HYDE<br>12024 COLLECTION CENTER DR<br>CHICAGO IL 60693<br>DHYDE@HOTWATER.COM | 000043P001-1348S-001<br>AR GLOBAL<br>AKOMEA POTSU-KANKAM<br>7621 LITTLE AVE<br>STE 200<br>CHARLOTTE NC 28226<br>APOKU-KANKAM@AR-GLOBAL.COM | 000052P001-1348S-001<br>ARAMARK UNIFORM AND CAREER APPAR<br>KELLEY SUZZANNE<br>22808 NETWORK PL<br>CHICAGO IL 60673-1228<br>KELLEY-SUZANNE@ARAMARK.COM |
| 000062P001-1348S-001<br>BALLARD SPAHR LLP<br>DAVID L POLLACK<br>MELLON BANK CTR- 51ST FL, 1735 MARKET ST<br>PHILADELPHIA PA 19103<br>POLLACK@BALLARDSPAHR.COM | 000056P001-1348S-001<br>BLAIR MANASSAS LLC<br>STEVE GOTLINGER<br>1489 CHAIN BRIDGE RD<br>STE 202<br>MCLEAN VA 22101<br>BGOTLINGER@VERIZON.NET | 000056P001-1348S-001<br>BLAIR MANASSAS LLC<br>STEVE GOTLINGER<br>1489 CHAIN BRIDGE RD<br>STE 202<br>MCLEAN VA 22101<br>STEVE.GEORGILAKIS2@VERIZON.NET | 000040P001-1348S-001<br>BRINKS INC<br>AL RINGER<br>7373 SOLUTIONS CENTER<br>CHICAGO IL 60677-7003<br>ALRINGER@BRINKSINC.COM |
| 000036P001-1348S-001<br>BULLSEYE TELECOM INC<br>PO BOX 33752<br>DETROIT MI 48232-3752<br>HELP@BULLSEYETELECOM.COM | 000047P001-1348S-001<br>BUTLER SHINE STERN AND PARTNER<br>A. BAYER<br>20 LIBERTY SHIP WAY<br>SAUSALITO CA 94965<br>ABAYER@BSSP.COM | 000033P001-1348S-001<br>CINTAS CORP NO 2<br>SEAN MCLAUGHLIN<br>4601 CREEKSTONE DR<br>STE 200<br>DURHAM NC 27703<br>APPLEM@CINTAS.COM | 000033P001-1348S-001<br>CINTAS CORP NO 2<br>SEAN MCLAUGHLIN<br>4601 CREEKSTONE DR<br>STE 200<br>DURHAM NC 27703<br>MCLAUGHLINS@CINTAS.COM |
| 000037P001-1348S-001<br>COCA COLA DR PEPPER FAIRSHARE<br>B MARSHALL<br>PO BOX 102703<br>ATLANTA GA 30368<br>BIMARSHALL@COCA-COLA.COM | 000044P001-1348S-001<br>COMPEAT INC<br>STACY DOUCET<br>12303 TECHNOLOGY BLVD<br>STE 930D<br>AUSTIN TX 78727<br>STACY.DOUCET@COMPEAT.COM | 000045P001-1348S-001<br>DBA PEOPLE MATTER BILLING<br>466 KING ST<br>CHARLESTON SC 29403<br>BILLING@PEOPLEMATTER.COM | 000035P001-1348S-001<br>DBA REMCO<br>CORT HARWOOD<br>995 YEAGER PKWY<br>PELHAM AL 35124<br>SERVICE@REMCOALABAMA.COM |
| 000035P001-1348S-001<br>DBA REMCO<br>CORT HARWOOD<br>995 YEAGER PKWY<br>PELHAM AL 35124<br>CORT@REMCOSOUTHEAST.COM | 000031P001-1348S-001<br>DEBEVOISE AND PLIMPTON LLP<br>CRAIG BRUENS<br>919 THIRD AVE<br>NEW YORK NY 10022<br>CABRUENS@DEBEVOISE.COM | 000030P001-1348S-001<br>DEBEVOISE AND PLIMPTON LLP<br>M NATASHA LABOVITZ<br>919 THIRD AVE<br>NEW YORK NY 10022<br>NLABOVITZ@DEBEVOISE.COM | 000026P001-1348S-001<br>DECHERT LLP<br>BRIAN GREER<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>BRIAN.GREER@DECHERT.COM |
| 000028P001-1348S-001<br>DECHERT LLP<br>JANET DOHERTY<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>JANET.BOLLINGER@DECHERT.COM | 000027P001-1348S-001<br>DECHERT LLP<br>MICHAEL SAGE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>MICHAEL.SAGE@DECHERT.COM | 000010P001-1348S-001<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>ZILLAH.FRAMPTON@STATE.DE.US | 000048P001-1348S-001<br>DYKES RESTAURANT SUPPLY<br>FRAN SPINELLI<br>PO BOX 5100<br>HUNTSVILLE AL 35814<br>FSPINELLI@DYKESFOODSERVICE.COM |

| | | | |
|---|---|---|---|
| 000038P001-1348S-001<br>ECOLAB PEST<br>GUY TURNER<br>26252 NETWORK PL<br>CHICAGO IL 60673-1262<br>GUY.TURNER@ECOLAB.COM | 000029P001-1348S-001<br>FREDERIC DORWART LAWYERS<br>SAMUEL S ORY<br>OLD CITY HALL<br>124 EAST 4TH ST<br>TULSA OK 74103-5027<br>SORY@FDLAW.COM | 000053P001-1348S-001<br>IA MANAGEMENT LLC<br>CHRISSY HART<br>62953 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-0629<br>CHRISSY.HART@IAMANAGEMENT.COM | 000017P001-1348S-001<br>KING AND SPALDING LLP<br>CHRISTOPHER BOIES<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>CBOIES@KSLAW.COM |
| 000016P001-1348S-001<br>KING AND SPALDING LLP<br>JEFFREY PAWLITZ<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>JPAWLITZ@KSLAW.COM | 000015P001-1348S-001<br>KING AND SPALDING LLP<br>MICHAEL RUPE<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>MRUPE@KSLAW.COM | 000057P001-1348S-001<br>MOODYS<br>DONNA HAMRAH<br>PO BOX 102597<br>ATLANTA GA 30368-0597<br>DONNA.HAMRAH@MOODYS.COM | 000022P001-1348S-001<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ANDREW REMMING<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801<br>AREMMING@MNAT.COM |
| 000021P001-1348S-001<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ROBERT DEHNEY<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801<br>RDEHNEY@MNAT.COM | 000032P001-1348S-001<br>NATIONAL RETAIL PROPERTIES<br>SAM KHATIB<br>450 S ORANGE AVE<br>STE 900<br>ORLANDO FL 32801<br>SAM.KHATIB@NNNREIT.COM | 000032P001-1348S-001<br>NATIONAL RETAIL PROPERTIES<br>SAM KHATIB<br>450 S ORANGE AVE<br>STE 900<br>ORLANDO FL 32801<br>LETICIA.THRESHER@NNNREIT.COM | 000058P001-1348S-001<br>NSF INTERNATIONAL FOOD SAFETY<br>CHRISTINE ANDREWS<br>DEPT LOCKBOX 771380<br>PO BOX 77000<br>DETRIOT MI 48277-1380<br>NSFBILLING@NSF.ORG |
| 000049P001-1348S-001<br>OUTDOOR NATION LLC<br>KIM CLAUSEN<br>1807 TAFT HIGHWAY STE 1<br>STE 1<br>SIGNAL MOUNTAIN GA 37377<br>KIM.CLAUSEN@OUTDOORNATION.NET | 000041P001-1348S-001<br>PRINTED IMAGES INC<br>MARK MCGILL<br>1650 ELM HILL PIKE<br>#9<br>NASHVILLE TN 37210<br>MARK.MCGILL@PROFORMA.COM | 000042P001-1348S-001<br>REED SMITH LLP<br>M AIRES<br>225 FIFTH AVE<br>PITTSBURGH PA 15222<br>MAIRES@REEDSMITH.COM | 000034P001-1348S-001<br>REPUBLIC SVCS LLC<br>JEFF MOODY<br>PO BOX 99917<br>CHICAGO IL 60696-7717<br>SSMETZLER@REPUBLICSERVICES.COM |
| 000034P001-1348S-001<br>REPUBLIC SVCS LLC<br>JEFF MOODY<br>PO BOX 99917<br>CHICAGO IL 60696-7717<br>JMOODY@REPUBLICSERVICES.COM | 000020P001-1348S-001<br>RICHARDS LAYTON AND FINGER<br>MARK COLLINS<br>ONE RODNEY SQUARE<br>920 N KING ST<br>WILMINGTON DE 19801<br>COLLINS@RLF.COM | 000061P001-1348S-001<br>SANG S YI AND YOUNG AE YI<br>SANG S YI<br>47 MCMULLEN LN<br>GURLEY AL 35748<br>SAMMYLEE53@GMAIL.COM | 000018P001-1348S-001<br>SIMPSON THATCHER AND BARTLETT LLP<br>ELISHA D GRAFF<br>425 LEXINGTON AVE<br>NEW YORK NY 10017<br>EGRAFF@STBLAW.COM |
| 000019P001-1348S-001<br>SIMPSON THATCHER AND BARTLETT LLP<br>NICHOLAS BAKER<br>425 LEXINGTON AVE<br>NEW YORK NY 10017<br>NBAKER@STBLAW.COM | 000050P001-1348S-001<br>SQUIRREL SYSTEMS GP<br>K GREWAL<br>PMB 740   250 H ST<br>BLAINE WA 98230-4033<br>KGREWAL@SQUIRRELSYSTEMS.COM | 000039P001-1348S-001<br>STORE CAPITAL<br>C BARNETT<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255<br>CBARNETT@STORECAPITAL.COM | 000039P001-1348S-001<br>STORE CAPITAL<br>C BARNETT<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255<br>FINCOLLECTIONS@STORECAPITAL.COM |

**Roadhouse Holding Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

Page # : 3 of 3                                                                                                                08/08/2016 01:42:11 PM

| 000023P001-1348S-001 | 000024P001-1348S-001 | 000046P001-1348S-001 | 000055P001-1348S-001 |
|---|---|---|---|
| THOMPSON HINE | THOMPSON HINE | VEREIT | WARREN LOGANS OHIO LLC |
| IRVING APAR | YESENIA BATISTA | GLENN KINDRED | HELEN C STEPHENSON |
| 335 MADISON AVE | 335 MADISON AVE | 2325 EAST CAMELBACK RD | 10 S. HOWARD ST |
| 11TH FL | 11TH FL | STE 1100 | STE 110 |
| NEW YORK NY 10017-4611 | NEW YORK NY 10017-4611 | PHOENIX AZ 85016 | BALTIMORE MD 21201 |
| IRVING.APAR@THOMPSONHINE.COM | YESENIA.BATISTA@THOMPSONHINE.COM | GKINDRED@VEREIT.COM | HELEN@OTISWARREN.COM |

000054P001-1348S-001
WHITEX FINANCIAL INC
ALEC DEFFIS-WHITTAKER
15 ROUNDUP DR
SEDONA AZ 86336
ALEC@DEFFIS-WHITTAKER.COM

Records Printed :          53

**EXHIBIT 2**

Case 16-11819-BLS    Doc 34    Filed 08/08/16    Page 9 of 15

Roadhouse Holding Inc., et al.
Facsimile
Exhibit Pages

Page # : 1 of 2                                                                                                                08/08/2016 01:41:20 PM

| | | | |
|---|---|---|---|
| 000043P001-1348S-001<br>AR GLOBAL<br>AKOMEA POTSU-KANKAM<br>7621 LITTLE AVE<br>STE 200<br>CHARLOTTE NC 28226<br>Fax#: (704) 247-4956 | 000062P001-1348S-001<br>BALLARD SPAHR LLP<br>DAVID L POLLACK<br>MELLON BANK CTR- 51ST FL, 1735 MARKET ST<br>PHILADELPHIA PA 19103<br>Fax#: 215-864-9473 | 000063P001-1348S-001<br>BALLARD SPAHR LLP<br>LESLIE HEILMAN/MATTHEW SUMMERS<br>919 MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801<br>Fax#: 302-252-4466 | 000033P001-1348S-001<br>CINTAS CORP NO 2<br>SEAN MCLAUGHLIN<br>4601 CREEKSTONE DR<br>STE 200<br>DURHAM NC 27703<br>Fax#: (919) 882-8325 |
| 000035P001-1348S-001<br>DBA REMCO<br>CORT HARWOOD<br>995 YEAGER PKWY<br>PELHAM AL 35124<br>Fax#: (205) 620-1254 | 000030P001-1348S-001<br>DEBEVOISE AND PLIMPTON LLP<br>M NATASHA LABOVITZ<br>919 THIRD AVE<br>NEW YORK NY 10022<br>Fax#: (212) 521-7684 | 000026P001-1348S-001<br>DECHERT LLP<br>BRIAN GREER<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: (212) 698-3599 | 000027P001-1348S-001<br>DECHERT LLP<br>MICHAEL SAGE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: (212) 698-3599 |
| 000028P001-1348S-001<br>DECHERT LLP<br>JANET DOHERTY<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: (215) 994-2222 | 000010P001-1348S-001<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801<br>Fax#: (302) 577-8656 | 000048P001-1348S-001<br>DYKES RESTAURANT SUPPLY<br>FRAN SPINELLI<br>PO BOX 5100<br>HUNTSVILLE AL 35814<br>Fax#: (256) 721-1365 | 000038P001-1348S-001<br>ECOLAB PEST<br>GUY TURNER<br>26252 NETWORK PL<br>CHICAGO IL 60673-1262<br>Fax#: (407) 830-5868 |
| 084321P001-1348A-001<br>FIFTH THIRD BANK<br>Fax#: 615-687-3016 | 000029P001-1348S-001<br>FREDERIC DORWART LAWYERS<br>SAMUEL S ORY<br>OLD CITY HALL<br>124 EAST 4TH ST<br>TULSA OK 74103-5027<br>Fax#: (918) 583-8251 | 000001P001-1348S-001<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346<br>Fax#: (267) 941-1015 | 000002P001-1348S-001<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016<br>Fax#: (267) 941-1015 |
| 000015P001-1348S-001<br>KING AND SPALDING LLP<br>MICHAEL RUPE<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: (212) 556-2222 | 000016P001-1348S-001<br>KING AND SPALDING LLP<br>JEFFREY PAWLITZ<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: (212) 556-2222 | 000017P001-1348S-001<br>KING AND SPALDING LLP<br>CHRISTOPHER BOIES<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>Fax#: (212) 556-2222 | 000057P001-1348S-001<br>MOODYS<br>DONNA HAMRAH<br>PO BOX 102597<br>ATLANTA GA 30368-0597<br>Fax#: (212) 298-6463 |
| 000021P001-1348S-001<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ROBERT DEHNEY<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801<br>Fax#: (302) 425-4673 | 000022P001-1348S-001<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ANDREW REMMING<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801<br>Fax#: (302) 425-3003 | 000049P001-1348S-001<br>OUTDOOR NATION LLC<br>KIM CLAUSEN<br>1807 TAFT HIGHWAY STE 1<br>STE 1<br>SIGNAL MOUNTAIN GA 37377<br>Fax#: (423) 517-0075 | 000041P001-1348S-001<br>PRINTED IMAGES INC<br>MARK MCGILL<br>1650 ELM HILL PIKE<br>#9<br>NASHVILLE TN 37210<br>Fax#: (615) 315-9300 |
| 000042P001-1348S-001<br>REED SMITH LLP<br>M AIRES<br>225 FIFTH AVE<br>PITTSBURGH PA 15222<br>Fax#: (215) 851-1420 | 084322P001-1348A-001<br>REGIONS BANK<br>Fax#: 205-560-5193 | 000020P001-1348S-001<br>RICHARDS LAYTON AND FINGER<br>MARK COLLINS<br>ONE RODNEY SQUARE<br>920 N KING ST<br>WILMINGTON DE 19801<br>Fax#: (302) 498-7531 | 000005P001-1348S-001<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG. OFFICE  A. CALAMARI REG. DIR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022<br>Fax#: (212) 336-1323 |
| 000006P001-1348S-001<br>SECURITIES & EXCHANGE COMMISSION<br>SEC. OF THE TREASURY OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549<br>Fax#: (202) 772-9318 | 000018P001-1348S-001<br>SIMPSON THATCHER AND BARTLETT LLP<br>ELISHA D GRAFF<br>425 LEXINGTON AVE<br>NEW YORK NY 10017<br>Fax#: (212) 455-2502 | 000019P001-1348S-001<br>SIMPSON THATCHER AND BARTLETT LLP<br>NICHOLAS BAKER<br>425 LEXINGTON AVE<br>NEW YORK NY 10017<br>Fax#: (212) 455-2502 | 000050P001-1348S-001<br>SQUIRREL SYSTEMS GP<br>K GREWAL<br>PMB 740  250 H ST<br>BLAINE WA 98230-4033<br>Fax#: (604) 412-3399 |

Case 16-11819-BLS    Doc 34    Filed 08/08/16    Page 10 of 15

Page # : 2 of 2
**Roadhouse Holding Inc., et al.**
**Facsimile**
**Exhibit Pages**
08/08/2016 01:41:21 PM

| | |
|---|---|
| 000007P001-1348S-001<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801<br>Fax#: (302) 573-6220 | 084320P001-1348A-001<br>WELLS FARGO BANK<br>Fax#: 877-471-2875 |

Records Printed : **34**

**EXHIBIT 3**

# Roadhouse Holding Inc., et al.
# Federal Express
# Exhibit Page

Page # : 1 of 1                                                                                                              08/08/2016 01:23:14 PM

| | | | |
|---|---|---|---|
| 000008P001-1348S-001<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000009P001-1348S-001<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000059P001-1348S-001<br>JOHN E LEWIS<br>3125 BUTTERCUP LN<br>CAMARILLO CA 93012 | 000012P001-1348S-001<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 |
| 000003P001-1348S-001<br>OFFICE OF THE U.S. TRUSTEE<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000014P001-1348S-001<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000025P001-1348S-001<br>THOMPSON HINE<br>JUDITH QUADRELLO<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 | 000013P001-1348S-001<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>BETTINA DUNN, PARALEGAL SPECIALIST<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 |

Records Printed :                    8

# Roadhouse Holding Inc., et al.
# Federal Express
### Exhibit Page

Page # : 1 of 1                                                                                             08/08/2016 04:24:04 PM

| | | |
|---|---|---|
| 000066P001-1348S-001<br>BOKF,NA<br>ATTN: CORPORATE TRUST SERVICES<br>1600 BROADWAY, 3RD FLOOR<br>DENVER CO 80202 | 000040P001-1348S-001<br>BRINKS INC<br>AL RINGER<br>7373 SOLUTIONS CENTER<br>CHICAGO IL 60677-7003 | 000065P001-1348S-001<br>WELLS FARGO BANK, NATIONAL ASSOCIATION<br>ATTN: CORPORATE TRUST SERVICES<br>150 EAST 42ND STREET, 40TH FLOOR<br>NEW YORK NY 10017 |

Records Printed :        3

# EXHIBIT 4

# Roadhouse Holding Inc., et al.
# USPS Express Mail
### Exhibit Page

Page # : 1 of 1                                                                                                          08/08/2016 01:22:34 PM

| | |
|---|---|
| 000011P001-1348S-001 | 000004P001-1348S-001 |
| FRANCHISE TAX BOARD | SECRETARY OF STATE |
| BANKRUPTCY SECTION, MS:A-340 | DIV OF CORPORATIONS FRANCHISE TAX |
| P.O. BOX 2952 | P.O. BOX 898 |
| SACRAMENTO CA 95812 | DOVER DE 19903- |

Records Printed :            2