IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | JUDGE |
| | ) | |
| ROADHOUSE HOLDING, INC., | ) | CASE NO. : 16-11819-BLS |
| | ) | |
| | ) | |
| DEBTOR. | ) | CHAPTER 11 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears on behalf of Huntington Mall Company dba Huntington Mall; Spotsylvania Mall Company dba Spotsylvania Towne Centre and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. § 1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 5577 Youngstown Warren Road, Niles, Ohio 44446, Attention: Richard T. Davis.

Dated:  August 9, 2016

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
The Cafaro Company
5577 Youngstown Warren Rd.
Niles, Ohio 44446
(330) 747-2661

RTD/kam