IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROADHOUSE HOLDING, INC., *et al.*, | ) | Case No. 16-11819 (BLS) |
| | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves for the admission *pro hac vice* of Nicholas Baker of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, to represent JPMorgan Chase Bank, N.A., in the above-captioned bankruptcy case.

Date:   August 8, 2016
        Wilmington, Delaware

        */s/ Paul N. Heath*
        Mark D. Collins (No. 2981)
        Paul N. Heath (No 3704)
        Brendan J. Schlauch (No. 6115)
        RICHARDS, LAYTON & FINGER, P.A.
        One Rodney Square
        920 North King Street
        Wilmington, Delaware  19801

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: August 9th, 2016**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 14981986v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States District Court for the Southern District of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Fund effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

       */s/ Nicholas Baker*
       Nicholas Baker
       SIMPSON THACHER & BARTLETT LLP
       425 Lexington Avenue
       New York, New York  10017
       Telephone: (212) 455-2000
       Facsimile: (212) 455-2502
       Email:  nbaker@stblaw.com