**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: § | |
| § | |
| ROADHOUSE HOLDING, INC., ET AL., § | CASE NO. 16-11819 |
| § | |
| DEBTORS. § | CHAPTER 11 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002 AND 9010**

    WRI Ridgeway, LLC  (Landlord), a creditor and party-in-interest herein, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> WRI Ridgeway, LLC
> c/o Weingarten Realty Investors
> 2600 Citadel Plaza Drive, Suite 125
> Houston, TX  77008
> Attention:  Jenny J. Hyun, Esq.
> Telephone:  713-866-6057
> Facsimile:  713-880-6146
> Email:  bankruptcycases@weingarten.com

    This request encompasses all notices, pleadings and papers filed in this case or referred to in Title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules including, without limitation, claim deadlines, motions and notices of hearing.

    Debtor, Logan's Roadhouse, Inc. is the tenant under a lease contract for nonresidential real property between Logan's Roadhouse, Inc. and Landlord.  The address of the leased premises is 5901 Poplar Avenue, Memphis, TN 38119.

DATED:  August 09, 2016

    Respectfully submitted,

    WEINGARTEN REALTY INVESTORS
    For WRI Ridgeway, LLC

By: *Lisa Seabron Williams*
    Lisa Seabron Williams
    Legal Administrator - Litigation
    2600 Citadel Plaza, Suite 125
    Houston, Texas 77008
    Telephone: (713) 866-6028
    Facsimile: (713) 880-6146
    Email: lwilliams@weingarten.com