# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ROADHOUSE HOLDING INC., <br><br>                Debtor. <br><br> Tax I.D. No. 27-4075939 | Chapter 11 <br><br> Case No. 16-11819 (BLS) |
| In re: <br><br> ROADHOUSE INTERMEDIATE INC., <br><br>                Debtor. <br><br> Tax I.D. No. 27-4076159 | Chapter 11 <br><br> Case No. 16-11820 (BLS) |
| In re: <br><br> ROADHOUSE MIDCO INC., <br><br>                Debtor. <br><br> Tax I.D. No. 27-4076337 | Chapter 11 <br><br> Case No. 16-11821 (BLS) |
| In re: <br><br> ROADHOUSE PARENT INC., <br><br> Debtor. <br><br> Tax I.D. No. 27-3425108 | Chapter 11 <br><br> Case No. 16-11822 (BLS) |
| In re: <br><br> LRI HOLDINGS, INC., <br><br> Debtor. <br><br> Tax I.D. No. 20-5894571 | Chapter 11 <br><br> Case No. 16-11823 (BLS) |

| | |
|---|---|
| In re:<br><br>LOGAN'S ROADHOUSE, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 62-1602074 | Chapter 11<br><br>Case No. 16-11825 (BLS) |
| In re:<br><br>LOGAN'S ROADHOUSE OF TEXAS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 74-2902372 | Chapter 11<br><br>Case No. 16-11826 (BLS) |
| In re:<br><br>LOGAN'S ROADHOUSE OF KANSAS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 20-5948716 | Chapter 11<br><br>Case No. 16-11827 (BLS) |

**ORDER DIRECTING THE JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "**Motion**")[1] of the Debtors, pursuant to sections 101(2) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rules 1015-1 and 9013-1(m), for an order (this "**Order**") directing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

01:18797418.5

District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and any objections to the Motion having been withdrawn or overruled on the merits; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. These chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The Clerk of the Court shall maintain one file and one docket for all of these chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Roadhouse Holding Inc., Case No. 16-_____ (____).

4. All pleadings filed in these chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |
|---|---|

01:18797418.5

3

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

5. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

6. The Clerk of the Court shall make a docket entry in each Debtor's chapter 11 case (except that of Roadhouse Holding Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Roadhouse Holding Inc., Roadhouse Intermediate Inc., Roadhouse Midco Inc., Roadhouse Parent Inc., LRI Holdings, Inc., Logan's Roadhouse, Inc., Logan's Roadhouse of Texas, Inc., and Logan's Roadhouse of Kansas, Inc. **The docket in the chapter 11 case of Roadhouse Holding Inc., Case No. 16-11819 (BLS), should be consulted for all matters affecting this case.**

7. One consolidated docket, one file and one consolidated service list shall be maintained for the chapter 11 cases by the Debtors and kept by the Clerk of the Court.

8. The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 8/9/2016
Wilmington, Delaware

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

01:18797418.5