# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ROADHOUSE HOLDING INC., *et al*., [1]<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C.

§§ 101-1532 (as applicable to the Bankruptcy Case, the "Bankruptcy Code") and Rule

9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law

firm of Womble Carlyle Sandridge & Rice, LLP hereby enters its appearance as counsel

for AR Global Investments, LLC ("AR Global") in the above-captioned bankruptcy cases

(the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules

2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings and

all other papers required to be served in the Bankruptcy Cases be served upon the

following persons, and that such persons be added to the mailing matrix in the

Bankruptcy Cases:

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

Kevin J. Mangan
**WOMBLE CARLYLE SANDRIDGE
& RICE, LLP**
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
Telephone: (302) 252-4631
Facsimile: (302) 661-7729
E-mail: kmangan@wcsr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceeding therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the right of AR Global to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after de novo review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by AR Global or consent by AR Global to final adjudication in the Bankruptcy Court of such matters); (b) the right of AR Global to have the reference withdrawn by the federal district court in any matter

subject to mandatory or discretional withdrawal; (c) the right of AR Global to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which AR Global is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  August 9, 2016

**WOMBLE CARLYLE SANDRIDGE**
**& RICE, LLP**

*/s/ Kevin J. Mangan*
Kevin J. Mangan (DE No. 3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone:  (302) 252-4631
Facsimile:  (302) 661-7729
E-mail:  kmangan@wcsr.com

*Attorneys for AR Global Investments, LLC*