IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br>ROADHOUSE HOLDING, INC. *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David M. Blau, Esquire of Clark Hill PLC to represent RLV Millennium Park LP, Ramco-Gershenson Properties, LP, Ramco Jacksonville LLC, Geenen DeKock Properties, LLC, JANAF Shopping Center, LLC, Kimco Riverview, LLC, PL Riverpark LP, and Burleson Gateway Station Limited Partnership.

Dated: August 9, 2016               CLARK HILL PLC

                                    */s/ Karen M. Grivner*
                                    Karen M. Grivner, Esquire (No. 4372)
                                    824 N. Market Street, Suite 710
                                    Wilmington, DE 19801
                                    302-250-4750 (Phone)
                                    302-421-9439 (Fax)
                                    kgrivner@clarkhill.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the United States District Court for the Eastern and Western District of Michigan, the United States District Court for the Northern District of Illinois, the Bankruptcy Court for the Eastern and Western District of Michigan, and the United States Court of Appeals for the Sixth Circuit. I am currently admitted *pro hac vice* before the Bankruptcy Courts of the Southern District of New York, Middle District of Tennessee, Eastern District of Virginia, Northern District of Ohio, Southern District of Indiana, the District of New Jersey, and this court. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, these cases. I also certify that I am generally familiar with the Local Rules and the *Revised Standing Order for District Court Fund*, effective March 25, 2014. I further certify that I previously paid the annual fee to the Clerk's Office for the District Court.

CLARK HILL, PLC

*/s/ David M. Blau*
David M. Blau (P52542)
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009
Tel. (248) 988-1817
Fax. (248) 988-2336
dblau@clarkhill.com