IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| ROADHOUSE HOLDING INC., | * | Case No. 16-11819-BLS |
| | * | |
| Debtor. | * | |

## REQUEST FOR NOTICES

COMES NOW SHERWIN FAMILY PARTNERSHIP by and through its attorney Joseph W. Powell, II, pursuant to Bankruptcy Rule 9010 (b) and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the address below:

Joseph W. Powell, II
Powell & Tante
Post Office Box 177
Columbus, Georgia 31902-0177

The undersigned counsel's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

RESPECTULLY SUBMITTED,

_____
Joseph W. Powell, II
GA Bar No. 586100
Powell & Tante
Post Office Box 177
Columbus, Georgia 31902-0177
706-324-6465
jpowell@powellandtantelaw.com

RE:  Logan's Roadhouse, Inc.
     2643 Manchester Expressway
     Columbus, Georgia 31904-5206
     Part of Land lot 47, 8th Land District
     Columbus, Muscogee County, Georgia
     File No.: 1443.10dayletter
     BALANCE: $48,270.85
     DEBT AMOUNT DUE AS OF: August 5, 2016
     DEBT DELINQUENCY: $48,270.85
     DEBT DUE: Sherwin Family Partnership, a California General Partnership

POWELL & TANTE
ATTORNEYS AT LAW
619 BROADWAY
COLUMBUS, GA
31901

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| ROADHOUSE HOLDING INC., | * | Case No. 16-11819-BLS |
| | * | |
| Debtor. | * | |

CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the attached Request for Notices on Edmon L. Morton, c/o Young, Conaway, Stargatt & Taylor, The Brandwine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19899 by electronic notification.

This 9th day of August, 2016.

POWELL & TANTE

Joseph W. Powell, II
GA Bar No. 586100
Powell & Tante
Post Office Box 177
Columbus, Georgia 31902-0177
706-324-6465
jpowell@powellandtantelaw.com