**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **CHAPTER 11** |
| **ROADHOUSE HOLDING INC.,** *et al.*, | ) | |
| | ) | **Case No. 16-11819** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

    Simon Property Group, Inc.
    Attn: Ronald M. Tucker, Esq.
    225 West Washington Street
    Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

    Respectfully submitted

    */s/Ronald M. Tucker*
    Ronald M. Tucker, Esq., Attorney for
    Simon Property Group, Inc. and its related entities
    IN 11428-49
    (317) 263-2346
    (317) 263-7901 (FAX)
    E-mail address: rtucker@simon.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 10th day of August, 2016 via ECF Noticing to the following persons:

By:     /s/Ronald M. Tucker
        Ronald M. Tucker, Esq.

| | |
|---|---|
| *Debtor* | represented **Ryan M. Bartley** |
| **Roadhouse Holding Inc.** | by Young Conaway Stargatt & Taylor, LLP |
| 3011 Armory Drive | Rodney Square |
| Suite 300 | 1000 North King Street |
| Nashville, TN 37207 | Wilmington, DE 19801 |
| DAVIDSON-TN | 302-571-6600 |
| Tax ID / EIN: 27-4075939 | Email: bankfilings@ycst.com |
| | |
| | **Robert S. Brady** |
| | Young, Conaway, Stargatt & Taylor, LLP |
| | 1000 North King Street |
| | Wilmington, DE 19801 |
| | 302-571-6600 |
| | Fax : 302-571-1253 |
| | Email: bankfilings@ycst.com |
| | |
| | **Elizabeth Soper Justison** |
| | Young Conaway |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, DE 19801 |
| | 302-571-6703 |
| | Email: bankfilings@ycst.com |
| | |
| | **Edmon L. Morton** |
| | Young, Conaway, Stargatt & Taylor |
| | The Brandywine Bldg. |
| | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| | Wilmington, DE 19899 |
| | usa |
| | 302 571-6600 |
| | Fax : 302-571-1253 |
| | Email: bankfilings@ycst.com |

| | |
|---|---|
| *U.S. Trustee* <br> **U.S. Trustee** <br> Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> (302)-573-6491 | represented **Timothy Jay Fox, Jr.** <br> by Office of the United States Trustee <br> U. S. Department of Justice <br> 844 King Street, Suite 2207 <br> Lockbox #35 <br> Wilmington, DE 19801 <br> 302-573-6491 <br> Fax : 302-573-6497 <br> Email: timothy.fox@usdoj.gov |