THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Roadhouse Holding Inc., *et al.*, | ) | Case No. 16-11819 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Inland Commercial Real Estate Services, LLC ("Inland"), creditor and/or party-in-interest in the above-captioned cases, hereby appears by its counsel, Connolly Gallagher LLP, and such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, including email addresses, telephone, and telecopy numbers:

Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801
Telephone: 302-888-6221
Facsimile: 302-757-7280
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes,

{05258537.DOC.}

without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings related thereto.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Inland's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Inland is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, Inland expressly reserves.

Dated: August 10, 2016

CONNOLLY GALLAGHER LLP

/s/ Kelly M. Conlan
Karen C. Bifferato (#3279)
Kelly M. Conlan (#4786)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7280
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

*Attorneys for Inland Commercial Real Estate Services, LLC*