# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 8/10/2016
Case: 16−11819−BLS     Form ID: ntcBK     Total: 7

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Edmon L. Morton | bankfilings@ycst.com |
| aty | Elizabeth Soper Justison | bankfilings@ycst.com |
| aty | Robert S. Brady | bankfilings@ycst.com |
| aty | Ryan M. Bartley | bankfilings@ycst.com |
| aty | Timothy Jay Fox, Jr. | timothy.fox@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Roadhouse Holding Inc. | 3011 Armory Drive | Suite 300 | Nashville, TN 37207 |

TOTAL: 1