# SIGN-IN SHEET

**Case Name:** Roadhouse Holding Inc.  **Courtroom No. 1 - Judge Shannon**

**Case No.:** 16-11819  **Date:** August 9, 2016

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gilbert R. Saydah Jr. | Kelley Drye & Warren LLP | National Retail Properties |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Michael Sage | Dechert | CalMarks; MaybeGato; BoxF |
| Bric Cies | Dechert | " |
| Janet Doherty | Dechert | " |
| Craig Bruens | Debevoise Plimpton | RepVE, LLC; Macaron Holding |
| Bill Bowden | Ashby & Geddes | CalMarks; MaybeGato; BoxF; RepVE; Mac |
| Karen Owens | " | " |
| Leslie Heilman | Ballard Spahr LLP | Brixmor Property Group, Inc. |
| Elisha Graff | Simpson Thacher | Oncor Realty Services |
| Nick Baker | " | ARC HO4 APTX001 LLC |
| Paul Heath | Richards Layton & Finger | PGIM Real Estate |

# SIGN-IN SHEET

Case Name: Roadhouse Holding Inc.

Case No.: 16-11819

Courtroom No.1 - Judge Shannon

Date: August 9, 2016

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Chapman Brown Cicero & Cole | GSO Capital Partners LP |
| Christopher Boies | King & Spalding | " |
| Jeffrey Pawlitz | " | " |
| Andrew Renning | Morris, Nichols, Arsht & Tunnell | Cortland / DIP Admin Agent |
| Elena Morbee | YCST | Debtors |
| Ryan Battey | " | " |
| Vince Thomas | " | " |
| Richard Riley | Duane Morris | The Chubb Companies |

Court Conference

| Calendar Date: | 08/09/2016 |
| --- | --- |
| Calendar Time: | 10:30 AM ET |

U.S. Bankruptcy Court-Delaware

Confirmed Telephonic Appearance Schedule

Honorable Brendan L. Shannon

#1

Amended Calendar 08/09/2016 06:34 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Roadhouse Holding, Inc. | 16-1819 | Hearing | 7774195 | Joanna D Anderson | (512) 771-3313 | Cortland Capital Market Services | Interested Party, Cortland Capital Market Services / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773439 | Jared M. Golub | (203) 413-6903 | Marblegate Asset Management, LLC | Interested Party, Marblegate Asset Management, LLC / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7774031 | Patrick Holohan | (646) 412-5336 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773402 | Caleb T. Holzaepfel | (423) 266-5500 | Husch Blackwell LLP | Creditor, CBL / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7772869 | Brian A. Jennings | (206) 359-3679 | Perkins Coie LLP | Interested Party, Perkins Coie / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773198 | George Kubin | (303) 864-7206 | BOKF, NA | Interested Party, BOKF, NA / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773154 | Natasha Labovitz | (212) 909-6044 | Debevoise & Plimpton LLP | Debtor, Roadhouse Holding / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7775007 | Nishant Machado | (773) 505-6288 | Mackinac Partners LLC | Debtor, Roadhouse Holdings / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773869 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party, Dawn McCarty / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773216 | Samuel S. Ory | (918) 583-9922 | Frederic Dorwart, Lawyers | Interested Party, BOKF, NA / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773478 | Esteban Rakela | 212-317-3373 | Carl Marks Management Company | Interested Party, Carl Marks Management Company / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773508 | Lillian A. Rizzo | (212) 416-2717 | The Wall Street Journal | Interested Party, Lillian Rizzo / LISTEN ONLY |
| | | Roadhouse Holding, Inc. | 16-11819 | Hearing | 7772779 | Michael C. Rupe | (212) 556-2100 | King & Spalding LLP | Interested Party, GSO / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773417 | Jessica Steinhagen | (212) 588-8890 | Reorg Research, Inc | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773497 | Daniel E. Stroik | (212) 909-6044 | Debevoise & Plimpton LLP | Debtor, Roadhouse Holding Inc. / LISTEN ONLY |
| Roadhouse Holding, Inc. | 16-11819 | Hearing | 7773495 | Wayne P. Weitz | (610) 613-9458 ext. 152 | Eisner Amper LLP | Interested Party, Eisner Amper, LLP / LISTEN ONLY |