IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          )  ss:
COUNTY OF KINGS      )

I, Robert Rotman, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 9th day of August, 2016, I caused a true and accurate copy of the:

    (i) "Debtors' Motion for Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief", along with the relevant exhibit (Docket No. 12); and

    (ii) "Interim Order (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

Cash Collateral of Prepetition Secured parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief", along with the relevant exhibits (Docket No. 60),

to be served via First Class U.S. Mail upon the parties as set forth in Exhibit 1, attached hereto.

4. Said documents were securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of August, 2016 at Brooklyn, New York.

By _____
Robert Rotman

Sworn before me this
10th day of August, 2016

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2017

BBQ000011

# EXHIBIT 1

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 1 of 3                                                                                                                     08/09/2016 06:49:57 PM

| | | | |
|---|---|---|---|
| 000060P001-1348S-002<br>2 COMBS ENTERPRISES INC<br>CHRIS COMBS<br>6562 E COUNTY LINE RD<br>ROGERSVILLE MO 65742 | 000051P001-1348S-002<br>AO SMITH CORP<br>DARREN HYDE<br>12024 COLLECTION CENTER DR<br>CHICAGO IL 60693 | 000043P001-1348S-002<br>AR GLOBAL<br>AKOMEA POTSU-KANKAM<br>7621 LITTLE AVE<br>STE 200<br>CHARLOTTE NC 28226 | 000052P001-1348S-002<br>ARAMARK UNIFORM AND CAREER APPAR<br>KELLEY SUZZANNE<br>22808 NETWORK PL<br>CHICAGO IL 60673-1228 |
| 000064P001-1348S-002<br>ASHBY & GEDDES PA<br>WILLIAM P BOWDEN; KAREN B SKOMORUCHA OWENS<br>500 DELAWARE AVE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 | 000062P001-1348S-002<br>BALLARD SPAHR LLP<br>DAVID L POLLACK<br>MELLON BANK CTR- 51ST FL, 1735 MARKET ST<br>PHILADELPHIA PA 19103 | 000063P001-1348S-002<br>BALLARD SPAHR LLP<br>LESLIE HEILMAN/MATTHEW SUMMERS<br>919 MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801 | 000056P001-1348S-002<br>BLAIR MANASSAS LLC<br>STEVE GOTLINGER<br>1489 CHAIN BRIDGE RD<br>STE 202<br>MCLEAN VA 22101 |
| 000066P001-1348S-002<br>BOKF,NA<br>ATTN: CORPORATE TRUST SERVICES<br>1600 BROADWAY, 3RD FLOOR<br>DENVER CO 80202 | 000040P001-1348S-002<br>BRINKS INC<br>AL RINGER<br>7373 SOLUTIONS CENTER<br>CHICAGO IL 60677-7003 | 000036P001-1348S-002<br>BULLSEYE TELECOM INC<br>PO BOX 33752<br>DETROIT MI 48232-3752 | 000047P001-1348S-002<br>BUTLER SHINE STERN AND PARTNER<br>A. BAYER<br>20 LIBERTY SHIP WAY<br>SAUSALITO CA 94965 |
| 000067P001-1348S-002<br>CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM E CHIPMAN JR<br>HERCULES PLAZA<br>1313 N MARKET ST STE 5400<br>WILMINGTON DE 19801 | 000033P001-1348S-002<br>CINTAS CORP NO 2<br>SEAN MCLAUGHLIN<br>4601 CREEKSTONE DR<br>STE 200<br>DURHAM NC 27703 | 000068P001-1348S-002<br>CITY OF BURLESON, BURLESON ISD<br>PERDUE BRANDON ET AL ELIZABETH BANDA CALVO<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010 | 000079P001-1348S-002<br>CLARK HILL PLC<br>DAVID M BLAU<br>151 S OLD WOODWARD AVE STE 200<br>BIRMINGHAM MI 48009 |
| 000037P001-1348S-002<br>COCA COLA DR PEPPER FAIRSHARE<br>B MARSHALL<br>PO BOX 102703<br>ATLANTA GA 30368 | 000044P001-1348S-002<br>COMPEAT INC<br>STACY DOUCET<br>12303 TECHNOLOGY BLVD<br>STE 930D<br>AUSTIN TX 78727 | 000075P001-1348S-002<br>CORTLAND CAPITAL MARKET SERVICES LLC<br>225 W. WASHINGTON ST. # 2100<br>CHICAGO IL 60606 | 000045P001-1348S-002<br>DBA PEOPLE MATTER BILLING<br>466 KING ST<br>CHARLESTON SC 29403 |
| 000035P001-1348S-002<br>DBA REMCO<br>CORT HARWOOD<br>995 YEAGER PKWY<br>PELHAM AL 35124 | 000030P001-1348S-002<br>DEBEVOISE AND PLIMPTON LLP<br>M NATASHA LABOVITZ<br>919 THIRD AVE<br>NEW YORK NY 10022 | 000031P001-1348S-002<br>DEBEVOISE AND PLIMPTON LLP<br>CRAIG BRUENS<br>919 THIRD AVE<br>NEW YORK NY 10022 | 000026P001-1348S-002<br>DECHERT LLP<br>BRIAN GREER<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 000027P001-1348S-002<br>DECHERT LLP<br>MICHAEL SAGE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000028P002-1348S-002<br>DECHERT LLP<br>JANET BOLLINGER DOHERTY<br>CIRA CENTRE<br>2929 ARCH ST<br>PHILADELPHIA PA 19104-2808 | 000010P001-1348S-002<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1348S-002<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 2 of 3                                                                                           08/09/2016 06:49:57 PM

| | | | |
|---|---|---|---|
| 000009P001-1348S-002<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 | 000073P001-1348S-002<br>DICKINSON INDEPENDENT SCHOOL DISTRICT<br>PERDUE BRANDON ET AL OWEN M SONIK<br>1235 N LOOP WEST STE 600<br>HOUSTON TX 77008 | 000070P001-1348S-002<br>DICKINSON WRIGHT PLLC<br>WILLIAM NOVOTNY<br>1850 N CENTRAL AVE STE 1400<br>PHOENIX AZ 85004 | 000048P001-1348S-002<br>DYKES RESTAURANT SUPPLY<br>FRAN SPINELLI<br>PO BOX 5100<br>HUNTSVILLE AL 35814 |
| 000038P001-1348S-002<br>ECOLAB PEST<br>GUY TURNER<br>26252 NETWORK PL<br>CHICAGO IL 60673-1262 | 084321P002-1348A-002<br>FIFTH THIRD BANK<br>SUE K VEITH<br>NATIONAL TREASURY MANAGEMENT OFFICER<br>424 CHURCH ST<br>NASHVILLE TN 37219 | 000011P001-1348S-002<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>P.O. BOX 2952<br>SACRAMENTO CA 95812-2952 | 000029P001-1348S-002<br>FREDERIC DORWART LAWYERS<br>SAMUEL S ORY<br>OLD CITY HALL<br>124 EAST 4TH ST<br>TULSA OK 74103-5027 |
| 000069P001-1348S-002<br>FROST BROWN TODD LLC<br>RONALD E GOLD<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202 | 000053P001-1348S-002<br>IA MANAGEMENT LLC<br>CHRISSY HART<br>62953 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-0629 | 000001P001-1348S-002<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1348S-002<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 |
| 000059P001-1348S-002<br>JOHN E LEWIS<br>3125 BUTTERCUP LN<br>CAMARILLO CA 93012 | 000080P001-1348S-002<br>KAREN M GRIVNER<br>824 N MARKET ST STE 710<br>WILMINGTON DE 19801 | 000015P001-1348S-002<br>KING AND SPALDING LLP<br>MICHAEL RUPE<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000016P001-1348S-002<br>KING AND SPALDING LLP<br>JEFFREY PAWLITZ<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 000017P001-1348S-002<br>KING AND SPALDING LLP<br>CHRISTOPHER BOIES<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000072P001-1348S-002<br>LINEBARGER GOGGAN ET AL<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY<br>DALLAS TX 75207 | 000012P001-1348S-002<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 000078P001-1348S-002<br>MONZACK MERSKY MCLAUGHLIN & BROWDER PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST STE 400<br>WILMINGTON DE 19801-1155 |
| 000057P001-1348S-002<br>MOODYS<br>DONNA HAMRAH<br>PO BOX 102597<br>ATLANTA GA 30368-0597 | 000021P001-1348S-002<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ROBERT DEHNEY<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801 | 000022P001-1348S-002<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ANDREW REMMING<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801 | 000032P001-1348S-002<br>NATIONAL RETAIL PROPERTIES<br>SAM KHATIB<br>450 S ORANGE AVE<br>STE 900<br>ORLANDO FL 32801 |
| 000058P001-1348S-002<br>NSF INTERNATIONAL FOOD SAFETY<br>CHRISTINE ANDREWS<br>DEPT LOCKBOX 771380<br>PO BOX 77000<br>DETRIOT MI 48277-1380 | 000003P001-1348S-002<br>OFFICE OF THE U.S. TRUSTEE<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000071P001-1348S-002<br>OFFICE OF THE UNITED STATES ATTY GENERAL<br>LORETTA LYNCH<br>U.S. DEPT. OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530 | 000049P001-1348S-002<br>OUTDOOR NATION LLC<br>KIM CLAUSEN<br>1807 TAFT HIGHWAY STE 1<br>STE 1<br>SIGNAL MOUNTAIN GA 37377 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 3 of 3                                                                                                                        08/09/2016 06:49:57 PM

| | | | |
|---|---|---|---|
| 000081P001-1348S-002<br>POWELL & TANTE<br>JOSEPH W POWELL II<br>P O BOX 177<br>COLUMBUS GA 31902-0177 | 000041P001-1348S-002<br>PRINTED IMAGES INC<br>MARK MCGILL<br>1650 ELM HILL PIKE<br>#9<br>NASHVILLE TN 37210 | 000042P001-1348S-002<br>REED SMITH LLP<br>M AIRES<br>225 FIFTH AVE<br>PITTSBURGH PA 15222 | 000034P001-1348S-002<br>REPUBLIC SVCS LLC<br>JEFF MOODY<br>PO BOX 99917<br>CHICAGO IL 60696-7717 |
| 000074P001-1348S-002<br>RICHARD DAVIS<br>THE CAFARO COMPANY<br>5577 YOUNGSTOWN WARREN RD<br>NILES OH 44446 | 000020P002-1348S-002<br>RICHARDS LAYTON AND FINGER PA<br>MARK COLLINS; PAUL N HEATH; BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 N KING ST<br>WILMINGTON DE 19801 | 000061P001-1348S-002<br>SANG S YI AND YOUNG AE YI<br>SANG S YI<br>47 MCMULLEN LN<br>GURLEY AL 35748 | 000004P001-1348S-002<br>SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 |
| 000005P001-1348S-002<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG. OFFICE  A. CALAMARI REG. DIR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | 000006P001-1348S-002<br>SECURITIES & EXCHANGE COMMISSION<br>SEC. OF THE TREASURY OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000018P001-1348S-002<br>SIMPSON THATCHER AND BARTLETT LLP<br>ELISHA D GRAFF<br>425 LEXINGTON AVE<br>NEW YORK NY 10017 | 000019P001-1348S-002<br>SIMPSON THATCHER AND BARTLETT LLP<br>NICHOLAS BAKER<br>425 LEXINGTON AVE<br>NEW YORK NY 10017 |
| 000014P001-1348S-002<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000050P001-1348S-002<br>SQUIRREL SYSTEMS GP<br>K GREWAL<br>PMB 740   250 H ST<br>BLAINE WA 98230-4033 | 000039P001-1348S-002<br>STORE CAPITAL<br>C BARNETT<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | 000023P001-1348S-002<br>THOMPSON HINE<br>IRVING APAR<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 |
| 000024P001-1348S-002<br>THOMPSON HINE<br>YESENIA BATISTA<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 | 000025P001-1348S-002<br>THOMPSON HINE<br>JUDITH QUADRELLO<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 | 000007P001-1348S-002<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 | 000013P001-1348S-002<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>BETTINA DUNN, PARALEGAL SPECIALIST<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 |
| 000046P001-1348S-002<br>VEREIT<br>GLENN KINDRED<br>2325 EAST CAMELBACK RD<br>STE 1100<br>PHOENIX AZ 85016 | 000055P001-1348S-002<br>WARREN LOGANS OHIO LLC<br>HELEN C STEPHENSON<br>10 S. HOWARD ST<br>STE 110<br>BALTIMORE MD 21201 | 084320P002-1348A-002<br>WELLS FARGO BANK RESTAURANT FINANCE<br>WELLS FARGO CORPORATE BANKING<br>CHRIS CRONIN, REL;ATIONSHIP MGR.<br>1808 ASTON AVE SUITE 250<br>CARLSBAD CA 92008 | 000065P001-1348S-002<br>WELLS FARGO BANK, NATIONAL ASSOCIATION<br>ATTN: CORPORATE TRUST SERVICES<br>150 EAST 42ND STREET, 40TH FLOOR<br>NEW YORK NY 10017 |
| 000054P001-1348S-002<br>WHITEX FINANCIAL INC<br>ALEC DEFFIS-WHITTAKER<br>15 ROUNDUP DR<br>SEDONA AZ 86336 | 000077P001-1348S-002<br>WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>KEVIN J MANGAN<br>222 DELAWARE AVE STE 1501<br>WILMINGTON DE 19801 | 000076P001-1348S-002<br>WRI RIDGEWAY LLC<br>WEINGARTEN REALTY INVESTORS<br>ATTN: JENNY J HYUN, ESQ<br>2600 CITADEL PLAZA DR STE 125<br>HOUSTON TX 77008 | |

Records Printed :        83

# Roadhouse Holding Inc., et al.
## Exhibit Page

Page # : 1 of 1                                                                                                                                            08/09/2016 06:41:49 PM

058691P001-1348A-011
CARL MARKS MANAGEMENT COMPANY LLC
900 THIRD AVENUE 33RD FLR
NEW YORK NY 10022

058688P001-1348A-011
CREDIT SUISSE
DIDIER SIFFER SR VP
11 MADISON AVE
NEW YORK NY 10010

058690P001-1348A-011
GSO/ BLACKSTONE DEBT FUNDS MANAGEMENT LLC
345 PARK AVENUE 31ST FLOOR
NEW YORK NY 10154

058911P001-1348A-011
IRON MOUNTAIN INFORMATION MANAGEMENT INC
6005 DANA WAY
ANTIOCH TN 37013

058912P001-1348A-011
J2 GLOBAL INC EFAX CORPORATE
LEGAL DEPT
6922 HOLLYWOOD BLVD 5TH FL
LOS ANGELES CA 90028

058913P001-1348A-011
J2 GLOBAL, INC.
LEGAL DEPT
6922 HOLLYWOOD BLVD 5TH FL
LOS ANGELES CA 90028

058914P001-1348A-011
JBS USA LLC
DIRECTOR OF BEEF FINANCE
1770 PROMONTORY CIR
GREELEY CO 80634

058915P001-1348A-011
JBS USA LLC
GENERAL COUNSEL
1770 PROMONTORY CIR
GREELEY CO 80634

058916P001-1348A-011
JD EDWARDS WORLD MARKET SOLUTIONS CO
ONE TECHNOLOGY WAY
DENVER CO 80237

058916S001-1348A-011
JD EDWARDS WORLD SOLUTIONS CO
ONE TECHNOLOGY WAY
DENVER CO 80237

058917P001-1348A-011
JEFFERIES LLC
GENERAL COUNSEL
520 MADISON AVE
NEW YORK NY 10022

058687P001-1348A-011
JP MORGAN CHASE BANK
DOUGLAS KRAVITZ VP EXEC DIRECTOR
383 MADISON AVE
NEW YORK NY 10179

083561P001-1348A-011
JP MORGAN CHASE BANK NA
AS ADMINISTRATIVE AGENT
PO BOX 2558
HOUSTON TX 77252

058689P001-1348A-011
KELSO CAPITAL MANAGEMENT
320 PARK AVENUE 24TH FLOOR
NEW YORK NY 10022

058693P001-1348A-011
MARBLEGATE ASSET MANAGEMENT LLC
80 FIELD POINT SUITE 101
GREENWICH CT 06830

058692P001-1348A-011
MORGAN STANLEY INVESTMENT MANAGEMENT INC
522 5TH AVE
NEW YORK NY 10036

083564P001-1348A-011
VAR RESOURCES LLC
2330 INTERSTATE 30
MESQUITE TX 75150

083565P001-1348A-011
WALLER LANSDEN DORTH AND DAVIS LLP
JANAE N MAGEE ESQ
511 UNION STREET SUITE 2700
NASHVILLE TN 37219

083562P001-1348A-011
WELLS FARGO BANK NATIONAL ASSOCIATION
AS COLLATERAL AGENT
150 EAST 42ND STREET 40TH FL
NEW YORK NY 10017

083563P001-1348A-011
WELLS FARGO BANK NATIONAL ASSOCIATION
AS COLLATERAL AGENT
ATTN: STEPHAN VICTORY
7000 CENTRAL PKWY NE
ATLANTA GA 30328

083566P001-1348A-011
WELLS FARGO BANK NATIONAL ASSOCIATION
AS COLLATERAL AGENT
ATTN: CORP. TRUST - LOGAN'S ADMINI
150 EAST 42ND STREET 40TH FL
NEW YORK NY 10017

Records Printed :         21