IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | CASE NO. 16-11819 |
| ROADHOUSE HOLDING, INC. | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

NOTICE OF REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters a request for notice on behalf of

| | | |
|---|---|---|
| **Nueces County** | **Cameron County** | **Hidalgo County** |
| **San Marcos CISD** | **City of Harlingen** | **Hays CISD** |
| **City of McAllen** | **Harlingen CISD** | **McLennan County** |

secured creditor(s) in the above-referenced proceeding. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any additional documents or instruments filed in the above-referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C  109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedure.

1

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)


By: */s/ Diane Wade Sanders*
     DIANE WADE SANDERS
     State Bar No. 16415500


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served electronically or mailed by first class mail to the parties listed below on this 10th day of August, 2016.


Ryan M. Bartley
Young Conaway Stargatt & Taylor, LLP
7000 North King Street
Wilmington, DE  19801

**ATTORNEY FOR DEBTOR**

US Trustee (Delaware)
844 King Street, RM 2207
Lock Box # 35
Wilmington, DE  19899-0035

**TRUSTEE**

*/s/ Diane Wade Sanders*
Diane Wade Sanders

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)


By: */s/ Diane Wade Sanders*
     DIANE WADE SANDERS
     State Bar No. 16415500


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served electronically or mailed by first class mail to the parties listed below on this 10th day of August, 2016.

Ryan M. Bartley
Young Conaway Stargatt & Taylor, LLP
7000 North King Street
Wilmington, DE  19801

**ATTORNEY FOR DEBTOR**

US Trustee (Delaware)
844 King Street, RM 2207
Lock Box # 35
Wilmington, DE  19899-0035

**TRUSTEE**

*/s/ Diane Wade Sanders*
Diane Wade Sanders