# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Macsen Holdings Limited ("Macsen") and KEP VI, LLC ("KEP", together with Macsen, the "Parties") hereby appear in the above-captioned cases through their counsel, Debevoise & Plimpton LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

| **DEBEVOISE & PLIMPTON LLP** | **ASHBY & GEDDES, P.A.** |
|---|---|
| M. Natasha Labovitz | William P. Bowden |
| Craig A. Bruens | Karen B. Skomorucha Owens |
| Nick S. Kaluk | 500 Delaware Avenue, 8th Floor |
| 919 Third Avenue | P.O. Box 1150 |
| New York, NY 10022 | Wilmington, DE 19899-1150 |
| Tel: (212) 909-6000 | Tel: (302) 654-1888 |
| Fax: (212) 909-6836 | Fax: (302) 654-2067 |
| Email: nlabovitz@debevoise.com | Email: wbowden@ashby-geddes.com |
| Email: cabruens@debevoise.com | Email: kowens@ashby-geddes.com |
| Email: nskaluk@debevoise.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

{01135429;v1 }

petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Parties intend that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Parties are or may be entitled under agreements in law or in equity.

Dated:  August 11, 2016

**ASHBY & GEDDES, P.A.**

*/s/ Karen B. Skomorucha Owens*
William P. Bowden (#2553)
Karen B. Skomorucha Owens (#4759)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Craig A. Bruens
Nick S. Kaluk
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
Email: cabruens@debevoise.com
Email: nskaluk@debevoise.com

*Counsel for Macsen Holdings Limited and KEP VI, LLC*