**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission pro hac vice of Craig A. Bruens to represent Macsen Holdings Limited and KEP VI, LLC in the above-captioned cases.

Dated: August 11, 2016              ASHBY & GEDDES

                    */s/ Karen B. Skomorucha Owens*
                    William P. Bowden (#2553)
                    Karen B. Skomorucha Owens (#4759)
                    500 Delaware Avenue, 8th Floor
                    Wilmington, DE 19801
                    Telephone: (302) 654-1888
                    Fax: (302) 654-2067
                    Email: wbowden@ashby-geddes.com
                    Email: kowens@ashby-geddes.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{01136086;v1 }

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Craig A. Bruens*
Craig A. Bruens, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Email: cabruens@debevoise.com

{01136086;v1 }