IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Dechert LLP ("Dechert") and Ashby & Geddes, P.A. ("Ashby & Geddes"), as counsel to (a) BOKF, NA, as successor to Wells Fargo Bank, National Association, as trustee and collateral agent under that certain Senior Secured Notes Indenture, dated as of October 4, 2010 (the "Successor Trustee"); (b) Carl Marks Management Company, LLC ("Carl Marks"); and (c) Marblegate Asset Management, LLC ("Marblegate" and together with the Successor Trustee and Carl Marks, the "Parties"), hereby submit this verified statement (the "Verified Statement"), and respectfully state as follows:

1.  On August 5, 2016, the Successor Trustee retained Dechert and Ashby & Geddes to represent it in connection with a potential restructuring of the above-captioned debtors and debtors-in-possession (the "Debtors"). On April 11, 2016 and July 20, 2016, respectively, Carl Marks retained Dechert and Ashby & Geddes to represent it in connection with a potential restructuring of the Debtors. On April 11, 2016 and July 20, 2016, respectively, Marblegate

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

retained Dechert and Ashby & Geddes to represent it in connection with a potential restructuring of the Debtors.

2. The terms of engagement for each of the Parties is set forth in separate communications with Dechert and Ashby & Geddes, which will not be filed with the Court due to confidentiality concerns, but are available from Dechert and Ashby & Geddes.

3. As of the date of this Verified Statement, Dechert represents only the Parties. Dechert does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases. Dechert does not represent the Parties as a "group" or "committee" (as such terms are employed in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Dechert. Dechert does not hold any claim against, or own any interest in, the Debtors nor has it at any time held such claim or owned any such interest.

4. As of the date of this Verified Statement, Ashby & Geddes represents the Parties. In addition, Ashby & Geddes represents Kelso & Company, L.P., Macsen Holdings Limited, and KEP VI, LLC (together, "Kelso"). On August 8, 2016, Kelso retained Ashby & Geddes to represent it as Delaware co-counsel in connection with the Debtors' bankruptcy cases. Ashby & Geddes does not represent or purport to represent any other entities in connection with the Debtors' bankruptcy cases. Ashby & Geddes does not represent the Parties or Kelso as a "group" or "committee" (as such terms are employed in the Bankruptcy Code and Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or other entity that has not signed a retention agreement with Ashby &

Geddes. Ashby & Geddes does not hold any claim against, or own any interest in, the Debtors nor has it at any time held such claim or owned any such interest.

5.  Carl Marks and Marblegate do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

6.  Nothing contained in this Verified Statement (or the exhibits hereto) should be construed as a limitation upon, or waiver of, any rights of the Parties to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these bankruptcy cases.

7.  Dechert and Ashby & Geddes reserve the right to amend and/or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

*-Signature Page to Follow-*

Dated: August 11, 2016      **ASHBY & GEDDES, P.A.**

*/s/ Karen B. Skomorucha Owens*
William P. Bowden (#2553)
Karen B. Skomorucha Owens (#4759)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com

*Co-Counsel for BOKF, NA, as successor trustee, Carl Marks Management Company, LLC, Marblegate Asset Management, LLC, and Kelso*

-and-

**DECHERT LLP**
Michael J. Sage (admitted pro hac vice)
Brian E. Greer (admitted pro hac vice)
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
Email: michael.sage@dechert.com
Email: brian.greer@dechert.com

-and-

Janet Bollinger Doherty (admitted pro hac vice)
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel:  (215) 994-4000
Fax: (215) 994-2222
Email: janet.doherty@dechert.com

*Counsel for BOKF, NA, as successor trustee, Carl Marks Management Company, LLC, and Marblegate Asset Management, LLC*