IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ROADHOUSE HOLDING INC., *et al*.,[1] | Case No. 16-11819 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Rachel Obaldo
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Rachel Obaldo*
RACHEL OBALDO
Texas Bar No. 24041617
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4551
Facsimile: (512) 936-1409
rachel.obaldo@texasattorneygeneral.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2016, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Roadhouse Holding Inc.
3011 Armory Drive, Ste. 300
Nashville, TN 37207

By Electronic Means as listed on the Court's ECF Noticing System:

- Nicholas Baker    nbaker@stblaw.com
- Elizabeth Banda Calvo    ebcalvo@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Ryan M. Bartley    bankfilings@ycst.com
- Karen C Bifferato    kbifferato@connollygallagher.com
- David M. Blau    dblau@clarkhill.com
- Christopher G. Boies    cboies@kslaw.com, rtrowbridge@kslaw.com
- Robert S. Brady    bankfilings@ycst.com
- William E. Chipman    chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Mark D. Collins    rbgroup@rlf.com
- Kelly M. Conlan    kconlan@connollygallagher.com
- Richard T. Davis    rdavis@cafarocompany.com
- Donlin, Recano & Co., Inc.    ljordan@donlinrecano.com
- Timothy Jay Fox    timothy.fox@usdoj.gov
- Ronald E Gold    rgold@fbtlaw.com, awebb@fbtlaw.com;eseverini@fbtlaw.com
- Elisha D. Graff    egraff@stblaw.com
- Brian E Greer    brian.greer@dechert.com, brett.stone@dechert.com
- Karen M. Grivner    kgrivner@clarkhill.com, sambrose@clarkhill.com
- Paul N. Heath    RBGroup@rlf.com
- Paul Noble Heath    heath@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Leslie C. Heilman    heilmanl@ballardspahr.com
- Elizabeth Soper Justison    bankfilings@ycst.com
- Nick S. Kaluk    nskaluk@debevoise.com, amcdermott@debevoise.com
- M. Natasha Labovitz    nlabovitz@debevoise.com, amcdermott@debevoise.com
- Kevin J. Mangan    kmangan@wcsr.com, hsasso@wcsr.com;jwray@wcsr.com
- Rachel B. Mersky    rmersky@monlaw.com
- Laura J. Monroe    lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
- Edmon L. Morton    bankfilings@ycst.com
- Edmon L. Morton    emorton@ycst.com
- William Novotny    WNovotny@dickinsonwright.com
- David L. Pollack    pollack@ballardspahr.com, blunt@ballardspahr.com

- Joseph W. Powell     jpowell@powellandtantelaw.com
- Diane W. Sanders     austin.bankruptcy@publicans.com
- Brendan Joseph Schlauch     schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Karen B. Skomorucha Owens     kskomorucha@ashby-geddes.com
- Karen B. Skomorucha Owens     kowens@ashby-geddes.com
- Owen M. Sonik     houbank@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Ronald Mark Tucker     rtucker@simon.com, bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
- U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
- Helen Elizabeth Weller     dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

*/s/Rachel Obaldo*
RACHEL OBALDO