Christopher R. Belmonte
Pamela A. Bosswick
SATTERLEE STEPHENS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
|  |  |
|---|---|
| In re: | : Chapter 11 |
| ROADHOUSE HOLDING INC., *et al.*, | : Case No. 16-11819 (BLS) |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Moody's Investors Service, Inc. ("Moody's"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, requests that copies of all notices or pleadings filed, given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following offices, post office addresses, email addresses, fax and telephone numbers:

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email: cbelmonte@ssbb.com
pbosswick@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims,

2524188_1

set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
       August 11, 2016

                          SATTERLEE STEPHENS LLP
                          Attorneys for Moody's Investors Service, Inc.

                          By: _____
                               Christopher R. Belmonte
                               Pamela A. Bosswick
                          230 Park Avenue
                          New York, New York 10169
                          (212) 818-9200

2524188_1

## DECLARATION OF SERVICE

Christopher R. Belmonte, declares:

1. I am a partner of Satterlee Stephens LLP which represents Moody's Investors Service, Inc. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On August 11, 2016, I caused to be electronically filed the Notice of Appearance and Request for Notice and Documents on behalf of Moody's Investors Service, Inc. with the Clerk of the court (using the CM/ECF System).

3. In addition, on August 11, 2016, I caused to be served the foregoing document via U.S. Mail upon the persons listed below:

| | | |
|---|---|---|
| Nicholas Baker<br>Elisha Graff<br>Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Elizabeth Banda Calvo<br>Perdue Brandon Fielder Collins & Mott<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010 | Ryan M. Bartley<br>Robert S. Brady<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 |
| David M. Blau<br>Clark Hill, PLC<br>151 S. Old Woodward Ave.<br>Suite 200<br>Birmingham, MI 48009 | Christopher G. Boies<br>Jeffrey Pawlitz<br>Michael C. Rupe<br>King & Spaulding LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | William P. Bowden<br>Karen B. Skomorucha Owens<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 |
| William E. Chipman, Jr.<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801 | Mark D. Collins<br>Brendan Joseph Schlauch<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | Kelly M. Conlan, Esquire<br>Connolly Gallagher LLP<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801 |
| Richard T. Davis<br>Cafaro Management Company<br>2445 Belmonte Avenue<br>P.O. Box 2186<br>Youngstown, OH 44504-0186 | Timothy Jay Fox, Jr.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Ronald E. Gold<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202 |

2524188_1

| | | |
|---|---|---|
| Brian E. Greer<br>Dechert, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 | Karen M. Grivner<br>Clark Hill PLC<br>824 Market Street, Suite 710<br>Wilmington, DE 19801 | Paul N. Heath<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 |
| Leslie C. Heilman<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | Kevin J. Mangan<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801 | Rachel B. Mersky<br>Monzack Mersky McLaughlin & Browder, PA<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 |
| Elizabeth Soper Justison<br>Edmon L. Morton<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | William Novotny<br>Dickinson Wright PLLC<br>1850 North Central Ave., #1400<br>Phoenix, AZ 85004 | David L. Pollack<br>Ballard Spahr LLP<br>Mellon Bank Center<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 |
| Joseph W. Powell, II<br>Powell & Tante<br>Post Office Box 177<br>Columbus, GA 31902-0177 | Michael J. Sage<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | Owen M. Sonik<br>Perdue, Brandon, Fielder, Collins & Mott<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 |
| Matthew G. Summers<br>Ballard Spahr LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801 | Ronald Mark Tucker<br>Simon Property Group, LP<br>225 West Washington Street<br>Indianapolis, IN 46204 | Helen Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy<br>Ste. 1000<br>Dallas, TX 75207 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 11th day of August, 2016, at New York, New York.

By: _____
Christopher R. Belmonte

2524188_1