Richard J. Cinclair, Jr.
State Bar ID No. 04251375
Thomas, Cinclair & Beuttenmuller, P.C.
5335 Spring Valley Road
Dallas, Texas 75254-3009
(972) 991-2121
(972) 991-3220 (Facsimile)
Attorneys for Maidstone Tulsa, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | |
| ROADHOUSE HOLDING INC, et al., § | CASE NO. 16-11819 (BLS) |
| § | (Chapter 11) |
| Debtors. § | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

NOW COMES Maidstone Tulsa, LLC and hereby appears by and through its attorneys and files this its *Notice of Appearance and Demand for Service of Papers* and pursuant to 11 U.S.C. §§102(1), 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 respectfully requests that all notices given or required to be given in this case be also given to and served on:

> Richard J. Cinclair, Jr., Esq.
> Thomas, Cinclair & Beuttenmuller, P.C.
> 5335 Spring Valley Road
> Dallas, Texas 75254
> Telephone:   (972) 991-2121
> Facsimile:     (972) 991-3220
> Email: rick@tcblawfirm.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any applications, complaints, demands, hearings, motions, objections, orders, plans, pleadings or other request, formal or informal,

whether transmitted or conveyed by mail, telephone, courier service, hand delivery, facsimile transmission, electronic mail, telex or otherwise that affects or seeks to affect or may potentially affect the rights or interest of any creditor or party-in-interest in this case affects or seeks to affect the above-captioned Debtor and/or its estate.

PLEASE TAKE FURTHER NOTICE that Maidstone Tulsa, LLC does not, by filing this Notice of Appearance or any other appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that the Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after a *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding relating to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Maidstone Tulsa, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 11, 2016  
      Dallas, Texas

Respectfully submitted,

By: _____/s/ Richard J. Cinclair, Jr.____  
     Richard J. Cinclair, Jr.  
     State Bar No. 04251375

THOMAS, CINCLAIR & BEUTTENMULLER, P.C.  
5335 Spring Valley Road  
Dallas, Texas 75254  
(972) 991-2121 (Telephone)  
(972) 991-3220 (Fax)

Counsel for Maidstone Tulsa, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 11th day of August, 2016, he caused a true and correct copy of the foregoing *Notice of Appearance* to be served on the persons identified on the attached Service List via First Class United States Mail, postage prepaid and/or the ecf system, if available.

/s/ Richard J. Cinclair, Jr.
Richard J. Cinclair, Jr.

## SERVICE LIST

**Debtor:**

**Roadhouse Holding Inc.**
3011 Armory Drive
Suite 300
Nashville, TN 37204

**Debtor's Counsel:**

**Ryan M. Bartley**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Robert S. Brady**
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

**Elizabeth Soper Justison**
Young Conaway
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**Edmon L. Morton**
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

**Governmental Agencies:**

*U.S. Trustee*

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Timothy Jay Fox, Jr.**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

*Claims Agent*
**Donlin, Recano & Co., Inc.**
Donlin, Recano & Co., Inc
6201 15th Avenue
Brooklyn, NY 11219

## NOTICES OF APPEARANCE

**Nicholas Baker**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Elizabeth Banda Calvo**
Perdu Brandon Fielder Collins & Mott LLP
500 E. Border Street, Suite 640
Arlington, TX 76010

**Christopher R. Belmonte**
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169

**Karen C Bifferato**
Connolly Gallagher LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801

**David M. Blau**
Clark Hill, PLC
151 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009

**Christopher G. Boies**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Janet Bollinger Doherty**
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

**Pamela A. Bosswick**
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

**William P. Bowden**
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

**Craig A. Bruens**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

**William E. Chipman, Jr.**
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801

**Mark D. Collins**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Kelly M. Conlan**
Connolly Gallagher LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801

**James E. Davis**
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**Richard T. Davis**
Cafaro Management Company
5577 Youngstown Warren Road
Niles, OH 44446

**Ronald R. Del Vento**
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**Ronald E Gold**
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202

MTL004 NOAOC
PAGE 4

**Elisha D. Graff**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

**Brian E Greer**
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

**Karen M. Grivner**
Clark Hill PLC
824 N. Market Street
Suite 710
Wilmington, DE 19801

**Paul N. Heath**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Leslie C. Heilman**
Ballard Spahr LLP
919 Market Street
11th Floor
Wilmington, DE 19801

**Nick S. Kaluk, III**
Debevoise & Plimpton LLP
919 Third Ave
New York, NY 10022

**Kevin J. Mangan**
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

**Jeffrey C. Mateer**
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Laura J. Monroe**
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 817
Lubbock, TX 79408

**William Novotny**
Dickinson Wright PLLC
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004

**Rachel Obaldo**
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**Jeffrey Pawlitz**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Ken Paxton**
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**David L. Pollack**
Ballard Spahr LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**Joseph W. Powell, II**
Powell & Tante
Post Office Box 177
Columbus, GA 31902-0177

**Michael C. Rupe**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

**Michael J. Sage**
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

**Diane W. Sanders**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

**Brendan Joseph Schlauch**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Karen B. Skomorucha Owens**
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150

**Owen M. Sonik**
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West
Suite 600
Houston, TX 77008

**Brantley Starr**
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

**Matthew G. Summers**
Ballard Spahr LLP
919 Market Street
11th Floor
Wilmington, DE 19801

**Ronald Mark Tucker**
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204

**Helen Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207