# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves the admission pro hac vice of M. Natasha Labovitz to represent Macsen Holdings Limited and KEP VI, LLC in the above-captioned cases.

Dated: August 11, 2016

ASHBY & GEDDES

*/s/ Karen B. Skomorucha Owens*
William P. Bowden (#2553)
Karen B. Skomorucha Owens (#4759)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: August 12th, 2016
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

{01136502;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

            */s/ M. Natasha Labovitz*
            M. Natasha Labovitz, Esq.
            DEBEVOISE & PLIMPTON LLP
            919 Third Avenue
            New York, NY 10022
            Tel: (212) 909-6000
            Email: nlabovitz@debevoise.com