IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:                              | Chapter 11                  |
|-------------------------------------|-----------------------------|
| ROADHOUSE HOLDING INC., *et al.*,[1] | Case No. 16-11819 (BLS)     |
|                            Debtors. | (Jointly Administered)      |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF KINGS      )

I, Sung Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 11th day of August, 2016, I caused a true and accurate copy of the "Debtors' First Omnibus Motion for Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code and Bankruptcy Rule 6004, Authorizing (A) Rejection of Certain Unexpired Leases of Nonresidential Real Property Nunc Pro Tunc to August 12, 2016 and (B) Abandonment of Any Remaining Property Located at Locations Covered by Real Property Leases", along with the Notice and the proposed Order (Docket No. 87), to be served via Federal Express Priority Overnight delivery upon the parties as set forth in Exhibit 1; via USPS Express Mail Overnight upon the parties as set forth in Exhibit 2; and via First Class US Mail upon the parties as set forth in Exhibit 3, attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

4.     I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of August, 2016 at Brooklyn, New York.

By _/s/ Sung Joe Kim_
Sung Kim

Sworn before me this
12th day of August, 2016

_____
Notary Public

ROBERT ROTHAN
NOTARY PUBLIC, STATE OF NEW YORK
NEW YORK COUNTY
LIC# 02RO6281735
COMM. EXP. [illegible]

BBQ000014

# EXHIBIT 1

# Roadhouse Holding Inc., et al.
## Federal Express
### Exhibit Page

Page # : 1 of 1																																		08/11/2016 07:07:40 PM

| | | | |
|---|---|---|---|
| 000033P001-1348A-014<br>BOW G JUNG AND YING-FUNG JUNG<br>8030 N PARK ST<br>DUNN LORING VA 22027 | 000119P001-1348A-014<br>BRIXMOR GA WILKES BARRE LP<br>BRIXMOR PROPERTY GROUP INC<br>CHRISTOPHER BISHOP ASSISTANT SECRETARY<br>420 LEXINGTON AVE 7TH FL<br>NEW YORK NY 10170 | 083549P001-1348A-014<br>CLNM HOLDINGS LLC<br>LAW OFFICE OF CORONADO KATZ<br>MARK D. KATZ<br>14 WEST THIRD ST<br>STE 200<br>KANSAS CITY MO 64105 | 000056P001-1348A-014<br>EFA AMO LR HOUSTON TX DST<br>COLE REAL ESTATE INVESTMENTS<br>TONIA JONES<br>2325 EAST CAMELBACK RD STE 1100<br>PHOENIX AZ 85016 |
| 000056S001-1348A-014<br>EFA AMO LR HOUSTON TX DST<br>LYTLE AND CARTWRIGHT PLC<br>KEVIN T LYTLE ESQ<br>9903 EAST BELL RD STE 110<br>SCOTTSDALE AZ 85260 | 083530P001-1348A-014<br>GENEVIEVE BRATSCHIE<br>BRATSCHIE & BORN PC<br>ATTN STEVEN BRATSCHIE<br>2180 44TH STREET SE<br>STE 300<br>GRAND RAPIDS MI 49508 | 067604P001-1348A-014<br>HAMILTON CHASE GILBERT LLC<br>828 BALLARD CANYON RD<br>SOLVANG CA 93463 | 000050P001-1348A-014<br>HIMALOY LLC<br>4705 TOWNE CENTRE STE 201<br>SAGINAW MI 48604 |
| 000180P001-1348A-014<br>INLAND AMERICAN RETAIL MANAGEMENT LLC<br>BLDG #44727<br>NORMA ALEMAN<br>12340 JONES RD STE 290<br>HOUSTON TX 77070 | 000180S001-1348A-014<br>INLAND AMERICAN RETAIL MANAGEMENT LLC<br>BLDG #44727   SENIOR VP<br>2901 BUTTERFIELD RD<br>OAK BROOK IL 60523 | 000180S002-1348A-014<br>INLAND AMERICAN RETAIL MANAGEMENT LLC<br>INVENTRUST PROPERTIES<br>19450 STATE HIGHWAY 249<br>STE 450<br>HOUSTON TX 77070 | 000193P001-1348A-014<br>JEANNETTE ABDELMALAK<br>AS TRUSTEE OF THE RESIDUAL BYPASS TRUST<br>10728 ASHTON AVE<br>LOS ANGELES CA 90024 |
| 000136P001-1348A-014<br>JOHN M RIFE JR<br>427 S NEW YORK AVE<br>WINTER PARK FL 32789 | 000136S001-1348A-014<br>JOHN M RIFE JR<br>GRANT T DOWNING ESQ<br>GODBOLD DOWNING SHEEHAN AND BILL<br>222 W COMSTOCK AVEN  STE 101<br>WINTER PARK FL 32789 | 000026P001-1348A-014<br>LAFAYETTE PARISH SCHOOL BOARD<br>DIRECTOR OF FINANCE<br>113 CHAPLIN DR<br>LAFAYETTE LA 70502 | 078623P001-1348A-014<br>LEVITON BERNARD<br>METROPOLITAN RENTAL CORP<br>1839 NORTH LINCOLN AVE<br>CHICAGO IL 60614 |
| 070097P001-1348A-014<br>LOGAN LOT LLC RENT  ON HOLD<br>2960 FAIRVIEW DR<br>OWENSBORO KY 42303 | 000181P001-1348A-014<br>NATIONAL RETAIL PROPERTIES LP<br>VICE PRESIDENT ASSET MANAGEMENT<br>450 SOUTH ORANGE AVE STE 900<br>ORLANDO FL 32801 | 000181S001-1348A-014<br>NATIONAL RETAIL PROPERTIES LP<br>GENERAL COUNSEL<br>450 SOUTH ORANGE AVE STE 900<br>ORLANDO FL 32801 | 000172P001-1348A-014<br>PTCK LLC<br>5000 WHITESBURG DR STE 200<br>HUNTSVILLE AL 35802 |
| 000172S001-1348A-014<br>PTCK LLC<br>HARRISON GAMMONS AND RAWLINSON PC<br>MATTHEW R HARRISON<br>2430 L AND N DRIVE<br>HUNTSVILLE AL 35801 | 000032P001-1348A-014<br>RAINBOW VENTURES LLC<br>10624 S EASTERN AVE STE A414<br>HENDERSON NV 89052 | 083552P001-1348A-014<br>RIFE MILLER INC<br>ANNETTE GANGALE<br>427 SOUTH NEW YORK AVENUE SUITE 204<br>WINTER PARK FL 32789 | 000146P001-1348A-014<br>ST CLAIR SQUARE LIMITED PARTNERSHIP<br>CBL & ASSOCIATES LP CBL CENTER -SUITE 500<br>2030 HAMILTON PLACE BLVD<br>CHATTANOOGA TN 37421 |
| 000029P001-1348A-014<br>U GAS INVESTMENTS INC<br>895 BOLGER CT<br>FENTON MO 63026 | 000031P001-1348A-014<br>WELL MADE LLC<br>DONALD TANG<br>9701 SPICEWOOD LN<br>POTOMAC MD 20854 | | |

Records Printed :        26

**EXHIBIT 2**

# Roadhouse Holding Inc., et al.
# USPS Express Mail
### Exhibit Page

Page # : 1 of 1                                                                                       08/11/2016 07:09:10 PM

| | |
|---|---|
| 000025P001-1348A-014<br>MALL OF LOUISIANA LLC<br>JIM WILSON<br>PO BOX 4480<br>MONTGOMERY AL 36103 | 000082P001-1348A-014<br>SHERWOOD PROPERTIES LLC<br>WALDEN AND KIRKLAND REALTORS<br>LARRY WALDEN<br>PO BOX 178<br>ALBANY GA 31707- |

Records Printed :           2

# EXHIBIT 3

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 1 of 4                                                                                           08/11/2016 07:05:08 PM

| | | | |
|---|---|---|---|
| 000060P001-1348S-014<br>2 COMBS ENTERPRISES INC<br>CHRIS COMBS<br>6562 E COUNTY LINE RD<br>ROGERSVILLE MO 65742 | 000051P001-1348S-014<br>AO SMITH CORP<br>DARREN HYDE<br>12024 COLLECTION CENTER DR<br>CHICAGO IL 60693 | 000043P001-1348S-014<br>AR GLOBAL<br>AKOMEA POTSU-KANKAM<br>7621 LITTLE AVE<br>STE 200<br>CHARLOTTE NC 28226 | 000052P001-1348S-014<br>ARAMARK UNIFORM AND CAREER APPAR<br>KELLEY SUZZANNE<br>22808 NETWORK PL<br>CHICAGO IL 60673-1228 |
| 000064P001-1348S-014<br>ASHBY & GEDDES PA<br>WILLIAM P BOWDEN; KAREN B SKOMORUCHA OWENS<br>500 DELAWARE AVE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 | 000091P001-1348S-014<br>ASHBY & GEDDES PA<br>WILLIAM P BOWDEN; KAREN B SKOMORUCHA OWENS<br>500 DELAWARE AVE, 8TH FLOOR<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 | 000062P001-1348S-014<br>BALLARD SPAHR LLP<br>DAVID L POLLACK<br>MELLON BANK CTR- 51ST FL, 1735 MARKET ST<br>PHILADELPHIA PA 19103 | 000063P001-1348S-014<br>BALLARD SPAHR LLP<br>LESLIE HEILMAN/MATTHEW SUMMERS<br>919 MARKET ST 11TH FLOOR<br>WILMINGTON DE 19801 |
| 000056P001-1348S-014<br>BLAIR MANASSAS LLC<br>STEVE GOTLINGER<br>1489 CHAIN BRIDGE RD<br>STE 202<br>MCLEAN VA 22101 | 000066P001-1348S-014<br>BOKF,NA<br>ATTN: CORPORATE TRUST SERVICES<br>1600 BROADWAY, 3RD FLOOR<br>DENVER CO 80202 | 000040P001-1348S-014<br>BRINKS INC<br>AL RINGER<br>7373 SOLUTIONS CENTER<br>CHICAGO IL 60677-7003 | 000036P001-1348S-014<br>BULLSEYE TELECOM INC<br>PO BOX 33752<br>DETROIT MI 48232-3752 |
| 000047P001-1348S-014<br>BUTLER SHINE STERN AND PARTNER<br>A. BAYER<br>20 LIBERTY SHIP WAY<br>SAUSALITO CA 94965 | 000067P001-1348S-014<br>CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM E CHIPMAN JR<br>HERCULES PLAZA<br>1313 N MARKET ST STE 5400<br>WILMINGTON DE 19801 | 000033P001-1348S-014<br>CINTAS CORP NO 2<br>SEAN MCLAUGHLIN<br>4601 CREEKSTONE DR<br>STE 200<br>DURHAM NC 27703 | 000068P001-1348S-014<br>CITY OF BURLESON, BURLESON ISD<br>PERDUE BRANDON ET AL ELIZABETH BANDA CALVO<br>500 E BORDER ST STE 640<br>ARLINGTON TX 76010 |
| 000079P001-1348S-014<br>CLARK HILL PLC<br>DAVID M BLAU<br>151 S OLD WOODWARD AVE STE 200<br>BIRMINGHAM MI 48009 | 000037P001-1348S-014<br>COCA COLA DR PEPPER FAIRSHARE<br>B MARSHALL<br>PO BOX 102703<br>ATLANTA GA 30368 | 000044P001-1348S-014<br>COMPEAT INC<br>STACY DOUCET<br>12303 TECHNOLOGY BLVD<br>STE 930D<br>AUSTIN TX 78727 | 000082P001-1348S-014<br>CONNOLLY GALLAGHER LLP<br>KAREN C BIFFERATO; KELLY M CONLAN<br>1000 NORTH WEST ST STE 1400<br>WILMINGTON DE 19801 |
| 000093P001-1348S-014<br>CONNOLLY GALLAGHER LLP<br>KAREN C BIFFERATO; KELLY M CONLAN<br>1000 NORTH WEST ST STE 1400<br>WILMINGTON DE 19801 | 000075P001-1348S-014<br>CORTLAND CAPITAL MARKET SERVICES LLC<br>225 W. WASHINGTON ST. # 2100<br>CHICAGO IL 60606 | 000045P001-1348S-014<br>DBA PEOPLE MATTER BILLING<br>466 KING ST<br>CHARLESTON SC 29403 | 000035P001-1348S-014<br>DBA REMCO<br>CORT HARWOOD<br>995 YEAGER PKWY<br>PELHAM AL 35124 |
| 000030P002-1348S-014<br>DEBEVOISE AND PLIMPTON LLP<br>M NATASHA LABOVITZ; NICK S KALUK<br>919 THIRD AVE<br>NEW YORK NY 10022 | 000031P001-1348S-014<br>DEBEVOISE AND PLIMPTON LLP<br>CRAIG BRUENS<br>919 THIRD AVE<br>NEW YORK NY 10022 | 000026P001-1348S-014<br>DECHERT LLP<br>BRIAN GREER<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000027P001-1348S-014<br>DECHERT LLP<br>MICHAEL SAGE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 2 of 4                                                                                                     08/11/2016 07:05:08 PM

| | | | |
|---|---|---|---|
| 000028P002-1348S-014<br>DECHERT LLP<br>JANET BOLLINGER DOHERTY<br>CIRA CENTRE<br>2929 ARCH ST<br>PHILADELPHIA PA 19104-2808 | 000010P001-1348S-014<br>DELAWARE DIVISION OF REVENUE<br>ZILLAH A. FRAMPTON, BANKR. ADMIN.<br>CARVEL STATE OFFICE BUILD. 8TH FLOOR<br>820 N. FRENCH STREET<br>WILMINGTON DE 19801 | 000008P001-1348S-014<br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>401 FEDERAL STREET, SUITE 4<br>DOVER DE 19901 | 000009P001-1348S-014<br>DELAWARE STATE TREASURY<br>820 SILVER LAKE BLVD., SUITE 100<br>DOVER DE 19904 |
| 000073P001-1348S-014<br>DICKINSON INDEPENDENT SCHOOL DISTRICT<br>PERDUE BRANDON ET AL OWEN M SONIK<br>1235 N LOOP WEST STE 600<br>HOUSTON TX 77008 | 000070P001-1348S-014<br>DICKINSON WRIGHT PLLC<br>WILLIAM NOVOTNY<br>1850 N CENTRAL AVE STE 1400<br>PHOENIX AZ 85004 | 000048P001-1348S-014<br>DYKES RESTAURANT SUPPLY<br>FRAN SPINELLI<br>PO BOX 5100<br>HUNTSVILLE AL 35814 | 000038P001-1348S-014<br>ECOLAB PEST<br>GUY TURNER<br>26252 NETWORK PL<br>CHICAGO IL 60673-1262 |
| 000011P001-1348S-014<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION, MS:A-340<br>P.O. BOX 2952<br>SACRAMENTO CA 95812-2952 | 000029P001-1348S-014<br>FREDERIC DORWART LAWYERS<br>SAMUEL S ORY<br>OLD CITY HALL<br>124 EAST 4TH ST<br>TULSA OK 74103-5027 | 000069P001-1348S-014<br>FROST BROWN TODD LLC<br>RONALD E GOLD<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH ST<br>CINCINNATI OH 45202 | 000053P001-1348S-014<br>IA MANAGEMENT LLC<br>CHRISSY HART<br>62953 COLLECTIONS CENTER DR<br>CHICAGO IL 60693-0629 |
| 000001P001-1348S-014<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000002P001-1348S-014<br>INTERNAL REVENUE SERVICE<br>2970 MARKET STREET<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 000059P001-1348S-014<br>JOHN E LEWIS<br>3125 BUTTERCUP LN<br>CAMARILLO CA 93012 | 000080P001-1348S-014<br>KAREN M GRIVNER<br>824 N MARKET ST STE 710<br>WILMINGTON DE 19801 |
| 000015P001-1348S-014<br>KING AND SPALDING LLP<br>MICHAEL RUPE<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000016P001-1348S-014<br>KING AND SPALDING LLP<br>JEFFREY PAWLITZ<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000017P001-1348S-014<br>KING AND SPALDING LLP<br>CHRISTOPHER BOIES<br>1185 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | 000089P001-1348S-014<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DIANE WADE SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760 |
| 000072P001-1348S-014<br>LINEBARGER GOGGAN ET AL<br>ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY<br>DALLAS TX 75207 | 000095P001-1348S-014<br>LINEBARGER GOGGAN ET AL<br>JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | 000090P001-1348S-014<br>LUBBOCK CENTRAL APPRAISAL DISTRICT; MIDLAND COUNTY<br>PERDUE BRANDON ET EL LAURA J MONROE<br>P O BOX 817<br>LUBBOCK TX 79408 | 000012P001-1348S-014<br>MICHIGAN DEPT. OF TREASURY, TAX POL. DIV.<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 |
| 000078P001-1348S-014<br>MONZACK MERSKY MCLAUGHLIN & BROWDER PA<br>RACHEL B MERSKY<br>1201 N ORANGE ST STE 400<br>WILMINGTON DE 19801-1155 | 000057P001-1348S-014<br>MOODYS<br>DONNA HAMRAH<br>PO BOX 102597<br>ATLANTA GA 30368-0597 | 000021P001-1348S-014<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ROBERT DEHNEY<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801 | 000022P001-1348S-014<br>MORRIS NICHOLS ARSHT AND TUNNELL LLP<br>ANDREW REMMING<br>1201 N MARKET ST 16TH FL<br>WILMINGTON DE 19801 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 3 of 4                                                                                                           08/11/2016 07:05:08 PM

| | | | |
|---|---|---|---|
| 000032P001-1348S-014<br>NATIONAL RETAIL PROPERTIES<br>SAM KHATIB<br>450 S ORANGE AVE<br>STE 900<br>ORLANDO FL 32801 | 000058P001-1348S-014<br>NSF INTERNATIONAL FOOD SAFETY<br>CHRISTINE ANDREWS<br>DEPT LOCKBOX 771380<br>PO BOX 77000<br>DETROIT MI 48277-1380 | 000003P001-1348S-014<br>OFFICE OF THE U.S. TRUSTEE<br>844 KING STREET<br>SUITE 2207<br>WILMINGTON DE 19801 | 000071P001-1348S-014<br>OFFICE OF THE UNITED STATES ATTY GENERAL<br>LORETTA LYNCH<br>U.S. DEPT. OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON DC 20530 |
| 000049P001-1348S-014<br>OUTDOOR NATION LLC<br>KIM CLAUSEN<br>1807 TAFT HIGHWAY STE 1<br>STE 1<br>SIGNAL MOUNTAIN GA 37377 | 000081P001-1348S-014<br>POWELL & TANTE<br>JOSEPH W POWELL II<br>P O BOX 177<br>COLUMBUS GA 31902-0177 | 000041P001-1348S-014<br>PRINTED IMAGES INC<br>MARK MCGILL<br>1650 ELM HILL PIKE<br>#9<br>NASHVILLE TN 37210 | 000092P001-1348S-014<br>RACHEL OBALDO, ASST ATTORNEY GENERAL<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P O BOX 12548<br>AUSTIN TX 78711-2548 |
| 000042P001-1348S-014<br>REED SMITH LLP<br>M AIRES<br>225 FIFTH AVE<br>PITTSBURGH PA 15222 | 000034P001-1348S-014<br>REPUBLIC SVCS LLC<br>JEFF MOODY<br>PO BOX 99917<br>CHICAGO IL 60696-7717 | 000074P001-1348S-014<br>RICHARD DAVIS<br>THE CAFARO COMPANY<br>5577 YOUNGSTOWN WARREN RD<br>NILES OH 44446 | 000020P002-1348S-014<br>RICHARDS LAYTON AND FINGER PA<br>MARK COLLINS; PAUL N HEATH; BRENDAN J SCHLAUCH<br>ONE RODNEY SQUARE<br>920 N KING ST<br>WILMINGTON DE 19801 |
| 000061P001-1348S-014<br>SANG S YI AND YOUNG AE YI<br>SANG S YI<br>47 MCMULLEN LN<br>GURLEY AL 35748 | 000094P001-1348S-014<br>SATTERLEE STEPHENS LLP<br>CHRISTOPHER R BELMONTE;PAMELA A BOSSWICK<br>230 PARK AVE<br>NEW YORK NY 10169 | 000004P001-1348S-014<br>SECRETARY OF STATE<br>DIV OF CORPORATIONS FRANCHISE TAX<br>P.O. BOX 898<br>DOVER DE 19903 | 000005P001-1348S-014<br>SECURITIES & EXCHANGE COMMISSION<br>NY REG. OFFICE  A. CALAMARI REG. DIR<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 |
| 000006P001-1348S-014<br>SECURITIES & EXCHANGE COMMISSION<br>SEC. OF THE TREASURY OFFICE OF GEN. COUNSEL<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000083P001-1348S-014<br>SIMON PROPERTY GROUP INC<br>RONALD M TUCKER, ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS IN 46204 | 000018P001-1348S-014<br>SIMPSON THATCHER AND BARTLETT LLP<br>ELISHA D GRAFF<br>425 LEXINGTON AVE<br>NEW YORK NY 10017 | 000019P001-1348S-014<br>SIMPSON THATCHER AND BARTLETT LLP<br>NICHOLAS BAKER<br>425 LEXINGTON AVE<br>NEW YORK NY 10017 |
| 000014P001-1348S-014<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL, REGION 3<br>300 SPRING GARDEN STREET<br>PHILADELPHIA PA 19123 | 000050P001-1348S-014<br>SQUIRREL SYSTEMS GP<br>K GREWAL<br>PMB 740   250 H ST<br>BLAINE WA 98230-4033 | 000039P001-1348S-014<br>STORE CAPITAL<br>C BARNETT<br>8501 E PRINCESS DR<br>STE 190<br>SCOTTSDALE AZ 85255 | 000096P001-1348S-014<br>THOMAS, CINCLAIR & BEUTTENMULLER PC<br>RICHARD J. CINCLAIR, JR., ESQ.<br>5335 SPRING VALLEY RD<br>DALLAS TX 75254 |
| 000023P001-1348S-014<br>THOMPSON HINE<br>IRVING APAR<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 | 000024P001-1348S-014<br>THOMPSON HINE<br>YESENIA BATISTA<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 | 000025P001-1348S-014<br>THOMPSON HINE<br>JUDITH QUADRELLO<br>335 MADISON AVE<br>11TH FL<br>NEW YORK NY 10017-4611 | 000007P001-1348S-014<br>US ATTORNEY'S OFFICE<br>DISTRICT OF DELAWARE<br>1007 N. ORANGE STREET<br>WILMINGTON DE 19801 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

Page # : 4 of 4                                                                 08/11/2016 07:05:08 PM

| | | | |
|---|---|---|---|
| 000013P001-1348S-014<br>US EPA REG. 3, OFFICE OF REG. COUNSEL<br>BETTINA DUNN, PARALEGAL SPECIALIST<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103 | 000046P001-1348S-014<br>VEREIT<br>GLENN KINDRED<br>2325 EAST CAMELBACK RD<br>STE 1100<br>PHOENIX AZ 85016 | 000055P001-1348S-014<br>WARREN LOGANS OHIO LLC<br>HELEN C STEPHENSON<br>10 S. HOWARD ST<br>STE 110<br>BALTIMORE MD 21201 | 000065P001-1348S-014<br>WELLS FARGO BANK, NATIONAL ASSOCIATION<br>ATTN: CORPORATE TRUST SERVICES<br>150 EAST 42ND STREET, 40TH FLOOR<br>NEW YORK NY 10017 |
| 000054P001-1348S-014<br>WHITEX FINANCIAL INC<br>ALEC DEFFIS-WHITTAKER<br>15 ROUNDUP DR<br>SEDONA AZ 86336 | 000077P001-1348S-014<br>WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>KEVIN J MANGAN<br>222 DELAWARE AVE STE 1501<br>WILMINGTON DE 19801 | 000076P001-1348S-014<br>WRI RIDGEWAY LLC<br>WEINGARTEN REALTY INVESTORS<br>ATTN: JENNY J HYUN, ESQ<br>2600 CITADEL PLAZA DR STE 125<br>HOUSTON TX 77008 | |

Records Printed :                91