## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                          ) ss:
COUNTY OF KINGS        )

I, Ted Tokuda declare:

1.      I am over the age of 18 years and not a party to these chapter 11 cases.

2.      I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3.      On the 10th day of August 2016, DRC, acting under my supervision caused to serve the following materials via First Class U.S. Mail to the parties set forth on Exhibit C, attached hereto.

      (i)      Notice of Funding Participation (the "Funding Participation Notice"), attached hereto as Exhibit A; and

      (ii)     a cover letter, attached hereto as Exhibit B.

4.      On the 10th day of August 2016, DRC, acting under my supervision caused to serve 2,000 copies of the Funding Participation Notice via Federal Express Priority Overnight to Broadridge Financial Solutions, Attn: Special Processing, 51 Mercedes Way, Edgewood, NY 11717 for service upon holders of CUSIP No. 76972KAC3.

5.      On the 10th day of August 2016, DRC, acting under my supervision caused to serve 40 copies of the Funding Participation Notice via Federal Express Priority Overnight to Mediant Communications Inc., Attn: Stephanie Fitzhenry, 100

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

Demarest Drive, Wayne, NJ 07470 for service upon holders of CUSIP No. 76972KAC3.

6.   On the 10th day of August 2016, DRC, acting under my supervision caused to serve 5 copies of the Funding Participation Notice via Federal Express Priority Overnight to INVeSHARE, Corporate Actions, Attn: Receiving, 156 Fernwood Avenue, Edison, NJ 08837-3857 for service upon holders of CUSIP No. 76972KAC3.

7.   On the 10th day of August 2016, DRC, acting under my supervision caused to serve the Funding Participation Notice via First Class U.S. Mail to Ashby & Geddes PA, William P Bowden & Karen B Skomorucha Owens, 500 Delaware Ave, 8th floor, PO Box 1150, Wilmington DE 19899-1150 and BOKF, NA, Corporate Trust Services, George Kubin, Trust Admin., 1600 Broadway, 3rd floor, Denver, CO 80202.

8.   On the 10th day of August 2016, DRC, acting under my supervision caused to serve the Funding Participation Notice via electronic mail to the parties set forth on <u>Exhibit D</u>, attached hereto.

9.   I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 12th day of August, 2016 in Brooklyn, New York.

By _____
Ted Tokuda

Sworn before me this
12th day of August, 2016

_____
Notary Public

Jungwoo Song
Notary Public, State of New York
No. 02SO6231374
Qualified in Kings County
Commission Expires; Nov. 22, 2018

EXHIBIT A

**ONLY RETURN THE FUNDING NOTICE IF YOU ARE (1) AN ACCREDITED INVESTOR OR QUALIFIED INSTITUTIONAL BUYER AND (2) INTERESTED IN BEING A DIP LENDER**

Re:  Notice of Funding Participation

You are receiving this NOTICE OF FUNDING PARTICIPATION (the "**Funding Participation Notice**") as a holder (a "**Noteholder**") of 10.75% Senior Secured Notes due 2017 (the "**Notes**") under that certain Senior Secured Notes Indenture, dated as of October 4, 2010 (the "**Indenture**"), among Roadhouse Financing, Inc. (n/k/a Logan's Roadhouse, Inc. ("**Logan's**")), Roadhouse Merger, Inc. (n/k/a LRI Holdings, Inc.) and BOKF, N.A., as trustee and collateral agent.  On August 8, 2016, (the "**Petition Date**"), Logan's and their affiliates (collectively, the "**Debtors**") commenced voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  Additional information on the Bankruptcy Cases can be found at: www.donlinrecano.com/logans.

On August 9, 2016, the Bankruptcy Court entered that certain *Interim Order (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief* (the "**Interim DIP Order**") [Docket No. 60].  Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Interim DIP Order.

A copy of the Interim DIP Order can be found at:
**https://www.donlinrecano.com/Clients/lr/Static/InterimDIPOrder**

Pursuant to the Interim Order, the Debtors are authorized to borrow up to an aggregate principal amount of $25 million (the "**New Money Facility**"), with $10 million available following entry of the Interim DIP Order.  The remainder of the New Money Facility to be made available upon entry of the Final Order.  Furthermore, the Debtors are authorized to issue new loans (the "**Roll Up Facility**" and together with the New Money Facility, the "**DIP Facilities**"), in exchange for each DIP Lender's claim for notes issued under the Prepetition Indentures[1] on a dollar-for-dollar basis for every dollar of borrowings under the New Money Facility, and upon entry of a Final Order, additional loans under the Roll Up Facility so that the total loans under the Roll Up Facility received by each DIP Lender that has a claim for notes issued under the Prepetition Indentures shall result in an exchange on a 2:1 basis for every dollar of borrowings under the New Money Facility.

The DIP Facilities are priming facilities, which are senior to the existing notes issued under the Prepetition Indentures, but are junior in priority to the Revolving Lender Facility.

Pursuant to paragraph 6 of the Interim DIP Order, as a Noteholder, if you are an accredited investor or qualified institutional buyer, you have the opportunity to be a DIP Lender and (i) fund a pro rata share of the New Money Facility based on the amount of Notes, including principal and accrued interest to the Petition Date (but excluding any interest on interest required on overdue cash interest payments), held by you as a Noteholder and (ii) as a result of participating in the New Money Facility, receiving new loans

---

[1] Prepetition Indentures includes the Indenture and that certain Indenture dated as of October 15, 2015, among Logan's Roadhouse, Inc., LRI Holdings, Inc. and Wells Fargo Bank, N.A., as trustee and collateral agent, and all exhibits, amendments, and supplements thereto, including, without limitation, the Series 2015-1 Supplemental Indenture dated October 15, 2015, the Second Series 2015-1 Supplemental Indenture dated October 15, 2015 and the Series 2015-2 Supplemental Indenture dated October 15, 2015 (collectively, the "**2015 Indenture**").  Thus, the DIP Lenders include holders of notes under the Indenture and the 2015 Indenture.  Collectively, the prepetition principal amount owed under the Indenture and the 2015 Indenture is $378.025 million.

**ONLY RETURN THE FUNDING NOTICE IF YOU ARE (1) AN ACCREDITED INVESTOR OR QUALIFIED INSTITUTIONAL BUYER AND (2) INTERESTED IN BEING A DIP LENDER**

under the Roll Up Facility. For example, if you are an accredited investor or qualified institutional buyer and you hold $1,000,000 in Notes, your total accrued interest for purposes of this calculation will be $87,493.06, and your percentage of total prepetition Note claims for purposes of this calculation will be 0.270%.[2] Accordingly, you can participate in the New Money Facility with your pro rata share being 0.270% of the New Money Facility. Thus, your funding of the New Money Facility would be $67,618.22.[3] Upon entry of the Final Order, you will receive $135,236.44 in loans under the Roll Up Facility in exchange for $135,236.44 of your Notes.

In order to participate as a DIP Lender, you must also execute a joinder ("**RSA Joinder**") to that certain Restructuring Support Agreement dated August 8, 2016, among the Debtors, certain Noteholders, GSO, Kelso, the Revolving Facility Agent and the Revolving Facility Lenders (the "**RSA**"). **In executing a RSA Joinder, you will be bound to support the Plan as described in the term sheet attached as Exhibit A to the RSA (the "RSA Term Sheet"), which among other things, provides that the obligations under the DIP Facilities will repaid by an in-kind dollar-for-dollar exchange for obligations under the Exit Second Lien Facility, rather than payment in cash on the Effective Date**.

A copy of the RSA can be found at:
 **https://www.donlinrecano.com/Clients/lr/Static/rsa**

The RSA Term Sheet is attached as Exhibit A to the RSA. The term sheet describing the Exit Second Lien Facility is attached as Exhibit B to the RSA Term Sheet. THIS FUNDING PARTICIPATION NOTICE IS NOT A SOLICITATION OF ACCEPTANCES OF A CHAPTER 11 PLAN WITHIN THE MEANING OF SECTION 1125 OF THE BANKRUPTCY CODE. ANY SUCH SOLICITATION WILL COMPLY WITH ALL PROVISIONS OF THE BANKRUPTCY CODE.

In order to participate as a DIP Lender, you must return this Funding Participation Notice, with all information complete, execute an RSA Joinder (which is annexed hereto) and provide all of the following documentation:

1. Tax Form W-9 or W-8
2. Formation Documents:
    i.   LLC: Recorded Articles of Organization
    ii.  LP: Certificate of Limited Partnership (if not available provide Partnership Agreement)
    iii. Corporation: Recorded Articles of Incorporation
    iv.  Trust: Trust Agreement and Trustee Certificate
    v.   For Individuals: appropriate tax withholding form, government issued photo ID and a utility bill.

Your completed Funding Participating Notice, RSA Joinder, and the other documents requested herein should be sent by electronic mail, first class mail, overnight courier, or hand delivery to Donlin, Recano & Company, Inc., at:

---

[2] 1.087493 million / 402.071 million = 0.270%
[3] 0.270% * 25,000,000 = $67,618.22

**ONLY RETURN THE FUNDING NOTICE IF YOU ARE (1) AN ACCREDITED INVESTOR OR QUALIFIED INSTITUTIONAL BUYER AND (2) INTERESTED IN BEING A DIP LENDER**

*By electronic mail at (preferred method):*
LRH_Funding@donlinrecano.com

*By regular mail at:*
Donlin, Recano & Company, Inc.
Re: Roadhouse Holding, Inc., et al
P.O. Box 192016
Blythebourne Station
Brooklyn, NY 11219

*By hand delivery or overnight mail at:*
Donlin, Recano & Company, Inc.
Re: Roadhouse Holding, Inc., et al
6201 15th Avenue
Brooklyn, NY 11219

**This Funding Participation Notice, the RSA Joinder and all other applicable documents requested herein must be received by Donlin, Recano & Company, Inc. on or before 5:00 p.m. (prevailing Eastern Time) on September 8, 2016 (the "Deadline").** If a Funding Participation Notice, the RSA Joinder and other applicable documents requested herein are received after the Deadline, you will not be a DIP Lender.

3

**ONLY RETURN THE FUNDING NOTICE IF YOU ARE (1) AN ACCREDITED INVESTOR OR QUALIFIED INSTITUTIONAL BUYER AND (2) INTERESTED IN BEING A DIP LENDER**

The undersigned Noteholder certifies that:

1.  The undersigned Noteholder is accredited investor or qualified institutional buyer.

2.  The undersigned Noteholder holds $_____ in Notes.

3.  The undersigned Noteholder elects to commit $_____ to fund the New Money Facility.

4.  The undersigned agrees to be bound under the terms of the Interim DIP Order, the Final Order, the DIP Credit Agreement and RSA as a DIP Lender and will execute the joinder to the RSA annexed hereto to be so bound.

_____
Name of Noteholder

_____
Signature

_____
Name of Institution

_____
Street Address

_____
City, State, Zip Code

_____
Taxpayer Identification Number

_____
Telephone Number

_____
Email Address

_____
Date Completed

If you are a beneficial holder, please provide DTC Participant information:

_____
DTC Participant Name

_____
DTC Participant Number

_____
DTC Contact Name

_____
DTC Contact Telephone Number

**ONLY RETURN THE FUNDING NOTICE IF YOU ARE (1) AN ACCREDITED INVESTOR OR QUALIFIED INSTITUTIONAL BUYER AND (2) INTERESTED IN BEING A DIP LENDER**

_____
DTC Contact Email Address

# Administrative Details

## Payment Instructions

**USD:**                          Bank Name:
                                  ABA:
                                  Account Name:
                                  Account Number:
                                  Attn:

## Signature Block

[Fund Name:]

By: _____

## Contacts

**Operations (Agent Notices):**      [Fund Name]
                                     Address:

                                     Attn:
                                     Phone:
                                     Fax:
                                     E-mail:

**Credit/Legal (Public/Private):**   [Fund Name]
                                     Address:

                                     Attn:
                                     Phone:
                                     Fax:
                                     E-mail:

## RSA JOINDER

The undersigned hereby acknowledges that it has read and understands the Restructuring Support Agreement, dated as of August 8, 2016 (the "***Agreement***"), by and among Roadhouse Holding Inc. and each of its direct and indirect subsidiaries that are party thereto (collectively, the "***Debtors***") and certain holders of claims against the Debtors signatory thereto, and agrees to be bound by the terms and conditions thereof, and shall be deemed a "***Joining Party***" under the terms of the Agreement.  The Joining Party hereby makes the representations and warranties of the Supporting Parties (as defined in the Agreement) set forth in <u>Section 2</u> of the Agreement to the other Parties thereto.  This joinder shall be governed by, and construed in accordance with, the internal laws of the State of New York, without giving effect to the principles of conflict of laws that would require the application of the law of any other jurisdiction.

Date Executed: _____

## JOINING PARTY

Name: _____

By: _____

Name: _____

Title: _____

Notice Party: _____

Address: _____

_____

Telephone: _____

Facsimile: _____

Email: _____

## CLAIMS

$ _____

EXHIBIT B

**DRC** | Donlin Recano

Tel: 212.481.1411
Fax: 212.481.1416
www.donlinrecano.com

To Custodians, Banks, Brokers, and Other Nominees (each, a "Nominee"):

*Re: Case No. 16-11819 (BLS) –ROADHOUSE HOLDING INC., et al. CHAPTER 11 BANKRUPTCY*

**_CUSIP No. 76972KAC3 (10.75% Senior Secured Notes due 2017)_**

On August 9, 2016, the United States Bankruptcy Court for the District of Delaware, having jurisdiction over the chapter 11 cases of Roadhouse Holding Inc. ("Logan"), entered the *Interim Order (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief* (the "Interim DIP Order") [Docket No. 60].

Donlin, Recano & Company, Inc. ("DRC"), the Noticing Agent for Logan, was instructed by Logan's Counsels that the enclosed *Notice of Funding Participation* (the "Funding Participation Notice")[1] must be served upon holders of the above referenced CUSIP Number (the "Senior Secured Notes"). You have received this letter because your firm has been identified as a nominee who held Logan Senior Secured Notes as of August 9, 2016 (the "Record Date").

| CUSIP No | Record Date | Security Type |
|---|---|---|
| 76972KAC3 | August 9, 2016 | 10.75% Senior Secured Notes due 2017 |

DRC will provide the appropriate number of sets of the Funding Participation Notice to financial noticing companies such as Broadridge, Mediant, and INVeSHARE (the "Noticing Companies") and the Noticing Companies will serve upon the beneficial owners who held Logan Senior Secured Notes as of the Record Date on behalf of the Nominees that are affiliated with them.

If you would like to request DRC to either provide extra copies of the Funding Participation Notice or serve the Funding Participation Notice on your behalf to your respective clients, please provide DRC with either the number of copies you require or a list of names and addresses to whom you would like DRC to serve.

| By Mail | By Overnight or Hand Delivery | By Email |
|---|---|---|
| Donlin, Recano & Company, Inc.<br>Re: Roadhouse Holding Inc.<br>Attn: Public Securities Group<br>P.O. Box 192016<br>Blythebourne Station<br>Brooklyn, NY 11219 | Donlin, Recano & Company, Inc.<br>Re: Roadhouse Holding Inc.<br>Attn: Public Securities Group<br>6201 15th Avenue<br>Brooklyn, NY 11219 | PublicSecuritiesGroup@DonlinRecano.com |

If you are not the correct individual or department to research and disburse the requested information, please forward to the proper individual at your firm.

_____
Donlin, Recano & Company, Inc.

---
[1] Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Interim DIP Order.

EXHIBIT C

# Roadhouse Holding Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 084335P001-1348A-012<br>AMERICAN ENTERPRISE INVESTMENT SVCS INC<br>SARAH R WATSON<br>2178 AMERIPRISE FINANCIAL<br>ROUTING S6/2178<br>MINNEAPOLIS MN 55474 | 084336P001-1348A-012<br>AMERICAN ENTERPRISE INVESTMENT SVCS INC<br>CRISTINA POLANSKY<br>2178 AMERIPRISE FINANCIAL CENTER<br>ROUTING S6/2178<br>MINNEAPOLIS MN 55474 | 084337P001-1348A-012<br>AMERICAN ENTERPRISE INVESTMENT SVCS INC<br>PENNY ZALESKY<br>2178 AMERIPRISE FINANCIAL CENTER<br>ROUTING S6/2178<br>MINNEAPOLIS MN 55474 | 084359P001-1348A-012<br>AMERICAN ENTERPRISE INVESTMENT SVCS INC<br>GREG WRAALSTAD<br>CORPORATE ACTIONS<br>901 3RD AVE SOUTH<br>MINNEAPOLIS MN 55474 |
| 084429P001-1348A-012<br>AMERICAN ENTERPRISE INVESTMENT SVCS INC<br>ERIN M STIELER<br>682 AMP FINANCIAL CENTER<br>MINNEAPOLIS MN 55474 | 084340P001-1348A-012<br>APEX CLEARING CORP<br>1700 PACIFIC AVE<br>STE 1400<br>DALLAS TX 75201 | 084341P001-1348A-012<br>APEX CLEARING CORP<br>BRIAN DARBY<br>ONE DALLAS CENTER<br>350 M ST PAUL STE 1300<br>DALLAS TX 75201 | 084342P001-1348A-012<br>APEX CLEARING CORP<br>BILIANA STOIMENOVA<br>1700 PACIFIC AVE<br>STE 1400<br>DALLAS TX 75201 |
| 084343P001-1348A-012<br>BARCLAYS CAPITAL INC BARCLAYS CAPIT<br>CORPORATE ACTIONS<br>200 CEDAR KNOLLS RD<br>CORPORATE ACTIONS<br>WHIPPANY NJ 07981 | 084344P001-1348A-012<br>BB AND T SECURITIES LLC<br>CORPORATE ACTIONS<br>200 S. COLLEGE ST 8TH FL<br>CHARLOTTE NC 28202 | 084345P001-1348A-012<br>BB AND T SECURITIES LLC<br>MARY GLASSCOCK<br>8006 DISCOVERY DR<br>RICHMOND VA 23229-8600 | 084427P001-1348A-012<br>BB AND T SECURITIES LLC<br>JESSE W SPROUSE<br>8006 DISCOVERY DR<br>STE 200<br>RICHMOND VA 23229 |
| 084346P001-1348A-012<br>BNP PARIBAS NEW YORK BRANCH<br>CUSTODY CLIENTASSETS<br>RONALD PERSAUD<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY NJ 07310 | 084372P001-1348A-012<br>BROWN BROTHERS HARRIMAN AND CO<br>JERRY TRAVERS<br>525 WASHINGTON BLVD<br>JERSEY CITY NJ 07310 | 084347P001-1348A-012<br>CHARLES SCHWAB AND CO INC<br>CORPORATE ACTIONS DEPT 01-1B572<br>2423 E LINCOLN DR<br>PHOENIX AZ 85016-1215 | 084398P001-1348A-012<br>CITIBANK NA<br>SHERIDA SINANAN<br>3801 CITIBANK CENTER<br>B/3RD FL ZONE 12<br>TAMPA FL 33610 |
| 084431P001-1348A-012<br>CITIBANK NA<br>PAUL WATTERS<br>3801 CITIBANK CENTER<br>B/3RD FL ZONE 12<br>TAMPA FL 33610 | 084338P001-1348A-012<br>COR CLEARING LLC<br>ANH MECHALS<br>9300 UNDERWOOD AVE<br>STE 400<br>OMAHA NE 68114 | 084362P001-1348A-012<br>COR CLEARING LLC<br>ISSUER SERVICES<br>8000 REGENCY PKWY<br>CARY NC 27518 | 084419P001-1348A-012<br>COR CLEARING LLC<br>LUKE HOLLAND<br>1200 LANDMARK CENTER<br>STE 800<br>OMAHA NE 68102 |
| 084350P001-1348A-012<br>D A DAVIDSON AND CO<br>DEBBIE GYGER<br>8 THIRD STREET NORTH<br>GREAT FALLS MT 59401 | 084351P001-1348A-012<br>D A DAVIDSON AND CO<br>BARB QUIRK<br>8 THIRD STREET NORTH<br>GREAT FALLS MT 59401 | 084352P001-1348A-012<br>D A DAVIDSON AND CO<br>CORPORATE ACTIONS<br>8 THIRD STREET NORTH<br>GREAT FALLS MT 59401 | 084393P001-1348A-012<br>D A DAVIDSON AND CO<br>RITA LINSKEY<br>8 THIRD STREET NORTH<br>GREAT FALLS MT 59401 |
| 084356P001-1348A-012<br>E TRADE CLEARING LLC<br>BROADRIDGE<br>CORPORATE ACTIONS DEPT<br>2 JOURNAL SQUARE PLZ<br>5TH FL<br>JERSEY CITY NJ 07306 | 084426P001-1348A-012<br>E TRADE CLEARING LLC<br>VICTOR LAU<br>34 EXCHANGE PL<br>PLAZA II<br>5TH FL<br>JERSEY CITY NJ 07311 | 084353P001-1348A-012<br>EDWARD D JONES & CO<br>DEREK ADAMS<br>12555 MANCHESTER RD<br>ST LOUIS MO 63131 | 084349P001-1348A-012<br>FIRST CLEARING LLC<br>CLASS ACTION  MATT BUETTNER<br>2801 MARKET ST<br>H0006-09B<br>ST. LOUIS MO 63103 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

| | | | |
|---|---|---|---|
| 084358P001-1348A-012<br>GOLDMAN SACHS AND CO<br>STEVE BERRIOS CLASS ACTION<br>100 BURMA RD<br>JERSEY CITY NJ 07305 | 084386P001-1348A-012<br>GOLDMAN SACHS AND CO<br>PROXY HOTLINE 1<br>30 HUDSON ST<br>PROXY DEPT<br>JERSEY CITY NJ 07302 | 084360P001-1348A-012<br>HILLTOP SECURITIES INC<br>CORPORATE ACTIONS<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270 | 084361P001-1348A-012<br>HILLTOP SECURITIES INC<br>BONNIE ALLEN<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270 |
| 084391P001-1348A-012<br>HILLTOP SECURITIES INC<br>RHONDA JACKSON<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270 | 084399P001-1348A-012<br>HILLTOP SECURITIES INC<br>BONNIE ALLEN CORPORATE ACTIONS<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270-2180 | 084374P001-1348A-012<br>INGALLS AND SNYDER LLC<br>JOSEPH DI BUONO<br>61 BROADWAY<br>31ST FL<br>NEW YORK NY 10006 | 084377P001-1348A-012<br>INTERACTIVE BROKERS RETAIL EQUITY CLEARING<br>KARIN MCCARTHY<br>8 GREENWICH OFFICE PARK<br>GREENWICH CT 06831 |
| 084367P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>BRENDAI KIRBY<br>1717 ARCH ST<br>19TH FL<br>PHILADELPHIA PA 19103 | 084368P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>ZACHARY SCHWARZ<br>1717 ARCH ST<br>19TH FL<br>PHILADELPHIA PA 19103 | 084369P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>CLASS ACTION DEPT<br>1717 ARCH ST 19TH FL<br>PHILADELPHIA PA 19103 | 084390P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>REGINA LUTZ<br>1801 MARKET ST 9TH FL<br>PHILADELPHIA PA 19103-1675 |
| 084425P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>MARK F GRESS<br>MEDIANT COMMUNICATIONS INC<br>200 REGENCY FOREST DR<br>CARY NC 27518 | 084363P001-1348A-012<br>JP MORGAN CLEARING CORP<br>CORPORATE ACTIONS<br>14201 DALLAS PKWY<br>12TH FL<br>DALLAS TX 75254 | 084379P001-1348A-012<br>JP MORGAN CLEARING CORP<br>MARCIN BIEGANSKI<br>14201 DALLAS PKWY 12TH FL<br>DALLAS TX 75254 | 084424P001-1348A-012<br>JP MORGAN CLEARING CORP<br>JOHN FAY<br>500 STANTON CHRISTIANA RD<br>OPS 4 FL 03<br>NEWARK DE 19713-2107 |
| 084376P001-1348A-012<br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>MARCIN BIEGANSKI<br>ASSOCIATE<br>14201 DALLAS PKWY<br>FL 12 CORP ACTIONS DEPT<br>DALLAS TX 75254 | 084430P001-1348A-012<br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>SACHIN GOYAL<br>500 STANTON CHRISTIANA RD<br>OPS 4 FLOOR 02<br>NEWARK DE 19713-2107 | 084378P001-1348A-012<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968 | 084357P001-1348A-012<br>MERRILL LYNCH PIERCE FENNER AND SMITH<br>EARL WEEKS<br>4804 DEER LAKE DR E<br>JACKSONVILLE FL 32246 |
| 084373P001-1348A-012<br>MORGAN STANLEY SMITH BARNEY LLC<br>JOHN BARRY<br>1300 THAMES ST<br>6TH FL<br>BALTIMORE MD 21231 | 084385P001-1348A-012<br>NATIONAL FINANCIAL SVCS LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD.<br>JERSEY CITY NJ 07310 | 084422P001-1348A-012<br>NATIONAL FINANCIAL SVCS LLC<br>JOANNE PADARATHSIGN<br>499 WASHINGTON BLVD<br>JERSEY CITY NJ 07310 | 084380P001-1348A-012<br>OPPENHEIMER AND CO INC<br>SUSAN STOIA<br>85 BROAD ST<br>NEW YORK NY 10004 |
| 084381P001-1348A-012<br>OPPENHEIMER AND CO INC<br>FRAN BANSON<br>85 BROAD ST<br>NEW YORK NY 10004 | 084382P001-1348A-012<br>OPPENHEIMER AND CO INC<br>CLASS ACTION<br>85 BROAD ST<br>NEW YORK NY 10004 | 084383P001-1348A-012<br>OPPENHEIMER AND CO INC<br>OSCAR MAZARIO<br>85 BROAD ST<br>NEW YORK NY 10004 | 084392P001-1348A-012<br>OPTIONSXPRESS INC<br>RICH TRINH<br>311 W MONROE ST<br>CHICAGO IL 60606 |

**Roadhouse Holding Inc., et al.**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 084423P001-1348A-012<br>OPTIONSXPRESS INC<br>SCOTT TORTORELLA<br>150 SOUTH WACKER DR<br>11TH FL<br>CHICAGO IL 60606 | 084375P001-1348A-012<br>PERSHING LLC<br>JOSEPH LAVARA<br>ONE PERSHING PLX<br>JERSEY CITY NJ 07399 | 084384P001-1348A-012<br>PERSHING LLC<br>TIFFANY WILLIAMS<br>CORPORATE ACTIONS<br>ONE PERSHING PLZ<br>10TH FL<br>JERSEY CITY NJ 07399 | 084387P001-1348A-012<br>RAYMOND JAMES AND ASSOCIATES INC<br>ELAINE MULLEN<br>CORPORATE ACTIONS<br>880 CARILLON PKWY<br>ST. PETERSBURG FL 33716 |
| 084394P001-1348A-012<br>RAYMOND JAMES AND ASSOCIATES INC<br>ROBERTA GREEN<br>880 CARILION PKWY<br>SAIT PETERSBURG FL 33716 | 084388P001-1348A-012<br>RBC CAPITAL MARKETS LLC<br>STEVE SCHAFER SR<br>ASSOCIATE<br>60 S 6TH ST P09<br>MINNEAPOLIS MN 55402-4400 | 084389P001-1348A-012<br>RBC CAPITAL MARKETS LLC<br>REORG DEPT<br>60 S 6TH ST<br>MINNEAPOLIS MN 55402 | 084397P001-1348A-012<br>RBC CAPITAL MARKETS LLC<br>SHANNON JONES<br>60 S 6TH ST P09<br>MINNEAPOLIS MN 55402-4400 |
| 084365P001-1348A-012<br>ROBERT W BAIRD AND CO INC<br>JAN SUDFELD<br>777 E. WISCONSIN AVE<br>19TH FL<br>MILWAUKEE WI 53202 | 084339P001-1348A-012<br>SANFORD C BERNSTEIN AND CO LLC<br>ANITA BACTAWAR<br>1 NORTH LEXINGTON AVE<br>RIDGE<br>WHITE PLAINS NY 10601 | 084395P001-1348A-012<br>SCOTTRADE INC<br>LEGAL DEPT<br>BETH VOGEL<br>PO BOX 31759<br>SAINT LOUIS MO 63131-0759 | 084396P001-1348A-012<br>SCOTTRADE INC<br>REORG<br>12855 FLUSHING MEADOWS DR<br>ST. LOUIS MO 63131 |
| 084428P001-1348A-012<br>SCOTTRADE INC<br>ISSUER SERVICES<br>BROADRIDGE<br>51 MERCEDES WAY<br>EDGEWOOD NY 11717 | 084400P001-1348A-012<br>SSB TRUST CUSTODY<br>ED CHANEY<br>VICE PRESIDENT<br>1200 CROWN COLONY DR<br>QUINCY MA 02169 | 084348P001-1348A-012<br>STATE STREET BANK AND TRUST COMPANY<br>CHRISTINE SULLIVAN<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171 | 084401P001-1348A-012<br>STATE STREET BANK AND TRUST STATE ST TOTALETF<br>GLOBAL CORP ACTION DEPT JAB5W<br>JOSEPH J CALLAHAN<br>PO BOX 1631<br>BOSTON MA 02105-1631 |
| 084364P001-1348A-012<br>STERNE AGEE AND LEACH INC<br>JAMES MEZRANO<br>2 PERIMETER PARK<br>STE 100W<br>BIRMINGHAM AL 35209 | 084402P001-1348A-012<br>STERNE AGEE AND LEACH INC<br>JUSTIN WOODHAM<br>CORPORATE ACTIONS<br>2 PERIMETER PARK SOUTH<br>STE 100W<br>BIRMINGHAM AL 35243 | 084403P001-1348A-012<br>STIFEL NICOLAUS AND COMPANY INC<br>ZACHARY J RESMANN<br>501 N BROADWAY<br>ST. LOUIS MO 63102 | 084404P001-1348A-012<br>STIFEL NICOLAUS AND COMPANY INC<br>CHRIS WIEGAND<br>501 N BROADWAY<br>ST. LOUIS MO 63102 |
| 084405P001-1348A-012<br>STIFEL NICOLAUS AND COMPANY INC<br>TINA SCHWEITZER<br>ONE FINANCIAL PLZ<br>501 N BROADWAY<br>ST. LOUIS MO 63102 | 084406P001-1348A-012<br>STIFEL NICOLAUS AND COMPANY INC<br>MEDIAN COMMUNICATIONS<br>200 REGENCY FOREST DR<br>CARY NC 27518 | 084354P001-1348A-012<br>STOCKCROSS FINANCIAL SVCS INC<br>DIANE TOBEY<br>77 SUMMER ST<br>BOSTON MA 02110 | 084407P001-1348A-012<br>STOCKCROSS FINANCIAL SVCS INC<br>KIMBERLEY DEHN<br>1900 ST JAMES PLACE #120<br>HOUSTON TX 77056 |
| 084408P001-1348A-012<br>STOCKCROSS FINANCIAL SVCS INC<br>LISA BRUNSON<br>9464 WILSHIRE BLVD<br>BEVERLY HILLS CA 90212 | 084409P001-1348A-012<br>STOCKCROSS FINANCIAL SVCS INC<br>CORPORATE ACTIONS<br>9464 WILSHIRE BLVD<br>BEVERLY HILLS CA 90212 | 084410P001-1348A-012<br>STOCKCROSS FINANCIAL SVCS INC<br>CLASS ACTION LORETTA RACER<br>1900 ST JAMES PLACE #120<br>HOUSTON TX 77056 | 084411P001-1348A-012<br>TD AMERITRADE CLEARING INC<br>JANICE GUDE<br>200 S 108TH AVE<br>OMAHA NE 68154 |

# Roadhouse Holding Inc., et al.
## Exhibit Pages

084412P001-1348A-012
TD AMERITRADE CLEARING INC
KEVIN STRINE
4211 S 102ND ST
OMAHA NE 68127

084421P001-1348A-012
TD AMERITRADE CLEARING INC
MANDI FOSTER
1005 N AMERITRADE PL
BELLEVUE NE 68005

084371P001-1348A-012
THE BANK OF NEW YORK MELLON
JENNIFER MAY
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259

084370P001-1348A-012
THE BANK OF NEW YORK MELLON FMSBONDS INC
JENNIFER MAY
16 WALL ST 5TH FL
NEW YORK NY 10005

084413P001-1348A-012
THE BANK OF NEW YORK MELLON/MID CAP SPDRS
JENNIFER MAY
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259

084366P001-1348A-012
UBS FINANCIAL SERVICES INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086

084414P001-1348A-012
UBS FINANCIAL SVCS INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086

084415P001-1348A-012
VANGUARD MARKETING CORP
PO BOX 1170
VALLEY FORGE PA 19482-1170

084416P001-1348A-012
VANGUARD MARKETING CORP
100 VANGUARD BLVD
MALVERN PA 19355

084417P001-1348A-012
VANGUARD MARKETING CORP
BEN BEGUIN
14321 N NORTHSIGHT BLVD
SCOTTSDALE AZ 85260

084418P001-1348A-012
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
ASSOCIATE VICE PRESIDENT
4 HIGH RIDGE PARK
STAMFORD CT 06804

084355P001-1348A-012
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030

084420P001-1348A-012
WEDBUSH SECURITIES INC
ALAN FERREIRA
PO BOX 30014
LOS ANGELES CA 90030

EXHIBIT D

# Roadhouse Holding Inc., et al.
## Electronic Mail
## Exhibit Pages

---

084336P001-1348A-012
AMERICAN ENTERPRISE INVESTMENT SVCS INC
CRISTINA POLANSKY
2178 AMERIPRISE FINANCIAL CENTER
ROUTING S6/2178
MINNEAPOLIS MN 55474
CRISTINA.R.POLANSKY@AMPF.COM

084336P001-1348A-012
AMERICAN ENTERPRISE INVESTMENT SVCS INC
CRISTINA POLANSKY
2178 AMERIPRISE FINANCIAL CENTER
ROUTING S6/2178
MINNEAPOLIS MN 55474
reorg@ampf.com

084359 000-1348A-012
AMERICAN ENTERPRISE INVESTMENT SVCS INC
GREG WRAALSTAD
CORPORATE ACTIONS
901 3RD AVE SOUTH
MINNEAPOLIS MN 55474
GREGORY.A.WRAALSTAD@AMPF.COM

084337P001-1348A-012
AMERICAN ENTERPRISE INVESTMENT SVCS INC
PENNY ZALESKY
2178 AMERIPRISE FINANCIAL CENTER
ROUTING S6/2178
MINNEAPOLIS MN 55474
PENNY.L.ZALESKY@AMPF.COM

084335P001-1348A-012
AMERICAN ENTERPRISE INVESTMENT SVCS INC
SARAH R WATSON
2178 AMERIPRISE FINANCIAL
ROUTING S6/2178
MINNEAPOLIS MN 55474
SARAH.R.WATSON@AMPF.COM

084340 000-1348A-012
APEX CLEARING CORP
1700 PACIFIC AVE
STE 1400
DALLAS TX 75201
CORPORATEACTIONS@APEXCLEARING.COM

084342P001-1348A-012
APEX CLEARING CORP
BILIANA STOIMENOVA
1700 PACIFIC AVE
STE 1400
DALLAS TX 75201
FRANK.A.CONTI@RIDGECLEARING.COM

084340P001-1348A-012
APEX CLEARING CORP
1700 PACIFIC AVE
STE 1400
DALLAS TX 75201
MATTHEW.FREIFELD@RIDGECLEARING.COM

084341P001-1348A-012
APEX CLEARING CORP
BRIAN DARBY
ONE DALLAS CENTER
350 M ST PAUL STE 1300
DALLAS TX 75201
PAUL_JOSEPH@RIDGECLEARING.COM

084413 000-1348A-012
BANK OF NEW YORK MELLON/MID CAP SPDRS
JENNIFER MAY
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
GCE_INQUIRY_AMERICAS_CLIENTS@BNYMELLON.COM

084413 000-1348A-012
BANK OF NEW YORK MELLON/MID CAP SPDRS
JENNIFER MAY
VICE PRESIDENT
525 WILLIAM PENN PL
PITTSBURGH PA 15259
SEAN.GARRISON@BNYMELLON.COM

084343P001-1348A-012
BARCLAYS CAPITAL INC BARCLAYS CAPIT
CORPORATE ACTIONS
200 CEDAR KNOLLS RD
CORPORATE ACTIONS
WHIPPANY NJ 07981
CORPORATEACTIONSU@BARCLAYS.COM

084343P001-1348A-012
BARCLAYS CAPITAL INC BARCLAYS CAPIT
CORPORATE ACTIONS
200 CEDAR KNOLLS RD
CORPORATE ACTIONS
WHIPPANY NJ 07981
SUNNY.X.JEON@BARCLAYS.COM

084343P001-1348A-012
BARCLAYS CAPITAL INC BARCLAYS CAPIT
CORPORATE ACTIONS
200 CEDAR KNOLLS RD
CORPORATE ACTIONS
WHIPPANY NJ 07981
MRUDULA.PAGADALA@BARCLAYSCAPTIAL.COM

084344 000-1348A-012
BB AND T SECURITIES LLC
CORPORATE ACTIONS
200 S. COLLEGE ST 9TH FL
CHARLOTTE NC 28202
DIVIDENDS@BBTSECURITIES.COM

084345P001-1348A-012
BB AND T SECURITIES LLC
MARY GLASSOCK
8006 DISCOVERY DR
RICHMOND VA 23229-8600
MGLASSCOCK@BBTSECURITIES.COM

084372P001-1348A-012
BROWN BROTHERS HARRIMAN AND CO
JERRY TRAVERS
525 WASHINGTON BLVD
JERSEY CITY NJ 07310
CA.CLASS.ACTIONS@BBH.COM

084372P000-1348A-012
BROWN BROTHERS HARRIMAN AND CO
JERRY TRAVERS
525 WASHINGTON BLVD
JERSEY CITY NJ 07310
CALEB.LANFEAR@BBH.COM

084347P001-1348A-012
CHARLES SCHWAB AND CO INC
CORPORATE ACTIONS DEPT 01-1B572
2423 E LINCOLN DR
PHOENIX AZ 85016-1215
phxmcbr@schwab.com

084398P001-1348A-012
CITIBANK NA
SHERIDA SINANAN
3801 CITIBANK CENTER
B/3RD FL ZONE 12
TAMPA FL 33610
SHERIDA.SINANAN@CITI.COM

084338P001-1348A-012
COR CLEARING LLC
ANH MECHALS
9300 UNDERWOOD AVE
STE 400
OMAHA NE 68114
ANH.MECHALS@LEGENTCLEARING.COM

084419 000-1348A-012
COR CLEARING LLC
LUKE HOLLAND
1200 LANDMARK CENTER
STE 800
OMAHA NE 68102
CORPORATE.ACTION@CORCLEARING.COM

084351P001-1348A-012
D A DAVIDSON AND CO
BARB QUIRK
8 THIRD STREET NORTH
GREAT FALLS MT 59401
BQUIRK@DADCO.COM

084350P001-1348A-012
D A DAVIDSON AND CO
DEBBIE GYGER
8 THIRD STREET NORTH
GREAT FALLS MT 59401
DGYGER@DADCO.COM

**Roadhouse Holding Inc., et al.**
**Electronic Mail**
**Exhibit Pages**

| | | | |
|---|---|---|---|
| 084352 000-1348A-012<br>D A DAVIDSON AND CO<br>CORPORATE ACTIONS<br>8 THIRD STREET NORTH<br>GREAT FALLS MT 59401<br>REORG@DADCO.COM | 084393P001-1348A-012<br>D A DAVIDSON AND CO<br>RITA LINSKEY<br>8 THIRD STREET NORTH<br>GREAT FALLS MT 59401<br>RLINSKEY@DADCO.COM | 084356P001-1348A-012<br>E TRADE CLEARING LLC<br>BROADRIDGE<br>CORPORATE ACTIONS DEPT<br>2 JOURNAL SQUARE PLZ<br>5TH FL<br>JERSEY CITY NJ 07306<br>VANDANA.X.VEMULA@BROADRIDGE.COM | 084353P001-1348A-012<br>EDWARD D JONES & CO<br>DEREK ADAMS<br>12555 MANCHESTER RD<br>ST LOUIS MO 63131<br>GINGER.STILLMAN@EDWARDJONES.COM |
| 084349P001-1348A-012<br>FIRST CLEARING LLC<br>CLASS ACTION  MATT BUETTNER<br>2801 MARKET ST<br>H0006-09B<br>ST. LOUIS MO 63103<br>MATT.BUETTNER@FIRSTCLEARING.COM | 084349P001-1348A-012<br>FIRST CLEARING LLC<br>CLASS ACTION  MATT BUETTNER<br>2801 MARKET ST<br>H0006-09B<br>ST. LOUIS MO 63103<br>cynthia.brown@firstclearing.com | 084349P001-1348A-012<br>FIRST CLEARING LLC<br>CLASS ACTION  MATT BUETTNER<br>2801 MARKET ST<br>H0006-09B<br>ST. LOUIS MO 63103<br>Cynthia.brown@wellsfargoadvisors.com | 084386P001-1348A-012<br>GOLDMAN SACHS AND CO<br>PROXY HOTLINE 1<br>30 HUDSON ST<br>PROXY DEPT<br>JERSEY CITY NJ 07302<br>GS-AS-NY-PROXY@GS.COM |
| 084358P001-1348A-012<br>GOLDMAN SACHS AND CO<br>STEVE BERRIOS CLASS ACTION<br>100 BURMA RD<br>JERSEY CITY NJ 07305<br>SAI.GUNTUMADUGU@GS.COM | 084361P001-1348A-012<br>HILLTOP SECURITIES INC<br>BONNIE ALLEN<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270<br>BONNIE.ALLEN@HILLTOPSECURITIES.COM | 084399P001-1348A-012<br>HILLTOP SECURITIES INC<br>BONNIE ALLEN CORPORATE ACTIONS<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270-2180<br>BONNIE.ALLEN@SWST.COM | 084391P001-1348A-012<br>HILLTOP SECURITIES INC<br>RHONDA JACKSON<br>1201 ELM ST<br>STE 3500<br>DALLAS TX 75270<br>PROXY@SWST.COM |
| 084374P001-1348A-012<br>INGALLS AND SNYDER LLC<br>JOSEPH DI BUONO<br>61 BROADWAY<br>31ST FL<br>NEW YORK NY 10006<br>JDIBUONO@INGALLS.NET | 084374 000-1348A-012<br>INGALLS AND SNYDER LLC<br>JOSEPH DI BUONO<br>61 BROADWAY<br>31ST FL<br>NEW YORK NY 10006<br>MSCURA@INGALLS.NET | 084377P001-1348A-012<br>INTERACTIVE BROKERS RETAIL EQUITY CLEARING<br>KARIN MCCARTHY<br>8 GREENWICH OFFICE PARK<br>GREENWICH CT 06831<br>PROXY@INTERACTIVEBROKERS.COM | 084377P001-1348A-012<br>INTERACTIVE BROKERS RETAIL EQUITY CLEARING<br>KARIN MCCARTHY<br>8 GREENWICH OFFICE PARK<br>GREENWICH CT 06831<br>bankruptcy@interactivebrokers.com |
| 084367P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>BRENDAI KIRBY<br>1717 ARCH ST<br>19TH FL<br>PHILADELPHIA PA 19103<br>CLASSACTIONJMS@JANNEY.COM | 084368P001-1348A-012<br>JANNEY MONTGOMERY SCOTT LLC<br>ZACHARY SCHWARZ<br>1717 ARCH ST<br>19TH FL<br>PHILADELPHIA PA 19103<br>ZSCHWARZ@JANNEY.COM | 084379P001-1348A-012<br>JP MORGAN CLEARING CORP<br>MARCIN BIEGANSKI<br>14201 DALLAS PKWY 12TH FL<br>DALLAS TX 75254<br>IB.PROXY@JPMORGAN.COM | 084363P001-1348A-012<br>JP MORGAN CLEARING CORP<br>CORPORATE ACTIONS<br>14201 DALLAS PKWY<br>12TH FL<br>DALLAS TX 75254<br>JPMCC.CLASS.ACTIONS@JPMCHASE.COM |
| 084376P001-1348A-012<br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION<br>MARCIN BIEGANSKI<br>ASSOCIATE<br>14201 DALLAS PKWY<br>FL 12 CORP ACTIONS DEPT<br>DALLAS TX 75254<br>USSO.PROXY.TEAM@JPMORGAN.COM | 084378P001-1348A-012<br>LPL FINANCIAL CORP<br>KRISTIN KENNEDY<br>9785 TOWNE CENTRE DR<br>SAN DIEGO CA 92121-1968<br>KRISTIN.KENNEDY@LPL.COM | 084357 000-1348A-012<br>MERRILL LYNCH PIERCE FENNER AND SMITH<br>EARL WEEKS<br>4804 DEER LAKE DR E<br>JACKSONVILLE FL 32246<br>CPACTIONSLITIGATION@ML.COM | 084373P001-1348A-012<br>MORGAN STANLEY SMITH BARNEY LLC<br>JOHN BARRY<br>1300 THAMES ST<br>6TH FL<br>BALTIMORE MD 21231<br>JOHN.BARRY@MSSB.COM |

# Roadhouse Holding Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 084385P001-1348A-012<br>NATIONAL FINANCIAL SVCS LLC<br>PETER CLOSS<br>499 WASHINGTON BLVD.<br>JERSEY CITY NJ 07310<br>PETER.CLOSS@FMR.COM | 084382 000-1348A-012<br>OPPENHEIMER AND CO INC<br>CORPORATE ACTIONS<br>85 BROAD ST<br>NEW YORK NY 10004<br>OSCAR.MAZARIO@OPCO.COM | 084423 000-1348A-012<br>OPTIONSXPRESS INC<br>SCOTT TORTORELLA<br>150 SOUTH WACKER DR<br>11TH FL<br>CHICAGO IL 60606<br>CORPORATEACTIONS@OPTIONSXPRESS.COM | 084392P001-1348A-012<br>OPTIONSXPRESS INC<br>RICH TRINH<br>311 W MONROE ST<br>CHICAGO IL 60606<br>RTRINH@OPTIONSXPRESS.COM |
| 084375P001-1348A-012<br>PERSHING LLC<br>JOSEPH LAVARA<br>ONE PERSHING PLX<br>JERSEY CITY NJ 07399<br>JLAVARA@PERSHING.COM | 084384P001-1348A-012<br>PERSHING LLC<br>TIFFANY WILLIAMS<br>CORPORATE ACTIONS<br>ONE PERSHING PLZ<br>10TH FL<br>JERSEY CITY NJ 07399<br>TIFFANY.WILLIAMS1@BNYMELLON.COM | 084387P001-1348A-012<br>RAYMOND JAMES AND ASSOCIATES INC<br>ELAINE MULLEN<br>CORPORATE ACTIONS<br>880 CARILLON PKWY<br>ST. PETERSBURG FL 33716<br>ELAINE.MULLEN@RAYMONDJAMES.COM | 084394P001-1348A-012<br>RAYMOND JAMES AND ASSOCIATES INC<br>ROBERTA GREEN<br>880 CARILION PKWY<br>SAIT PETERSBURG FL 33716<br>ROBERTA.GREEN@RAYMONDJAMES.COM |
| 084397P001-1348A-012<br>RBC CAPITAL MARKETS LLC<br>SHANNON JONES<br>60 S 6TH ST P09<br>MINNEAPOLIS MN 55402-4400<br>SHANNON.JONES@RBC.COM | 084388P001-1348A-012<br>RBC CAPITAL MARKETS LLC<br>STEVE SCHAFER SR<br>ASSOCIATE<br>60 S 6TH ST P09<br>MINNEAPOLIS MN 55402-4400<br>STEVE.SCHAFER@RBC.COM | 084365P001-1348A-012<br>ROBERT W BAIRD AND CO INC<br>JAN SUDFELD<br>777 E. WISCONSIN AVE<br>19TH FL<br>MILWAUKEE WI 53202<br>JSUDFELD@RWBAIRD.COM | 084365 000-1348A-012<br>ROBERT W BAIRD AND CO INC<br>JAN SUDFELD<br>777 E. WISCONSIN AVE<br>19TH FL<br>MILWAUKEE WI 53202<br>JSUDFELD@RWBAIRD.COM |
| 084365 000-1348A-012<br>ROBERT W BAIRD AND CO INC<br>JAN SUDFELD<br>777 E. WISCONSIN AVE<br>19TH FL<br>MILWAUKEE WI 53202<br>DMARTINI@RWBAIRD.COM | 084339 000-1348A-012<br>SANFORD C BERNSTEIN AND CO LLC<br>ANITA BACTAWAR<br>1 NORTH LEXINGTION AVE<br>RIDGE<br>WHITE PLAINS NY 10601<br>SCB-CUSTODYSERVICES@ALLIANCEBERNSTEIN.COM | 084396P001-1348A-012<br>SCOTTRADE INC<br>REORG<br>12855 FLUSHING MEADOWS DR<br>ST. LOUIS MO 63131<br>REORGANIZATION@SCOTTRADE.COM | 084395 000-1348A-012<br>SCOTTRADE INC<br>LEGAL DEPT<br>BETH VOGEL<br>PO BOX 31759<br>SAINT LOUIS MO 63131-0759<br>SUPPORT@SCOTTRADE.COM |
| 084395P001-1348A-012<br>SCOTTRADE INC<br>LEGAL DEPT<br>BETH VOGEL<br>PO BOX 31759<br>SAINT LOUIS MO 63131-0759<br>bvogel@scottrade.com | 084395P001-1348A-012<br>SCOTTRADE INC<br>LEGAL DEPT<br>BETH VOGEL<br>PO BOX 31759<br>SAINT LOUIS MO 63131-0759<br>HCARR@SCOTTRADE.COM | 084348P001-1348A-012<br>STATE STREET BANK AND TRUST COMPANY<br>CHRISTINE SULLIVAN<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>CMSULLIVAN2@STATESTREET.COM | 084348 000-1348A-012<br>STATE STREET BANK AND TRUST COMPANY<br>CHRISTINE SULLIVAN<br>1776 HERITAGE DR<br>NORTH QUINCY MA 02171<br>USCARESEARCH@STATESTREET.COM |
| 084364P001-1348A-012<br>STERNE AGEE AND LEACH INC<br>JAMES MEZRANO<br>2 PERIMETER PARK<br>STE 100W<br>BIRMINGHAM AL 35209<br>JMEZRANO@STERNEAGEE.COM | 084364 000-1348A-012<br>STERNE AGEE AND LEACH INC<br>JAMES MEZRANO<br>2 PERIMETER PARK<br>STE 100W<br>BIRMINGHAM AL 35209<br>KSIMPSON@STERNEAGEE.COM | 084402P001-1348A-012<br>STERNE AGEE AND LEACH INC<br>JUSTIN WOODHAM<br>CORPORATE ACTIONS<br>2 PERIMETER PARK SOUTH<br>STE 100W<br>BIRMINGHAM AL 35243<br>SECURITIESTRANSFER@STERNEAGEE.COM | 084403 000-1348A-012<br>STIFEL NICOLAUS AND COMPANY INC<br>ZACHARY J RESMANN<br>501 N BROADWAY<br>ST. LOUIS MO 63102<br>KIVLEHENS@STIFEL.COM |

# Roadhouse Holding Inc., et al.
## Electronic Mail
## Exhibit Pages

08/12/2016 04:30:30 PM

084403P001-1348A-012
STIFEL NICOLAUS AND COMPANY INC
ZACHARY J RESMANN
501 N BROADWAY
ST. LOUIS MO 63102
RESMANNZ@STIFEL.COM

084405P001-1348A-012
STIFEL NICOLAUS AND COMPANY INC
TINA SCHWEITZER
ONE FINANCIAL PLZ
501 N BROADWAY
ST. LOUIS MO 63102
SCHWEITT@STIFEL.COM

084404 000-1348A-012
STIFEL NICOLAUS AND COMPANY INC
CHRIS WIEGAND
501 N BROADWAY
ST. LOUIS MO 63102
WIEGANDC@STIFEL.COM

084354 000-1348A-012
STOCKCROSS FINANCIAL SVCS INC
DIANE TOBEY
77 SUMMER ST
BOSTON MA 02110
DIANE.TOBEY@STOCKCROSS.COM

084410P001-1348A-012
STOCKCROSS FINANCIAL SVCS INC
CLASS ACTION LORETTA RACER
1900 ST JAMES PLACE #120
HOUSTON TX 77056
INFO@STOCKCROSS.COM

084407P001-1348A-012
STOCKCROSS FINANCIAL SVCS INC
KIMBERLEY DEHN
1900 ST JAMES PLACE #120
HOUSTON TX 77056
KIMBERLEY.DEHN@STOCKCROSS.COM

084408P001-1348A-012
STOCKCROSS FINANCIAL SVCS INC
LISA BRUNSON
9464 WILSHIRE BLVD
BEVERLY HILLS CA 90212
LISA.BRUNSON@STOCKCROSS.COM

084411P000-1348A-012
TD AMERITRADE CLEARING INC
JANICE GUDE
200 S 108TH AVE
OMAHA NE 68154
CORPORATEACTIONS@TDAMERITRADE.COM

084411P001-1348A-012
TD AMERITRADE CLEARING INC
JANICE GUDE
200 S 108TH AVE
OMAHA NE 68154
ZCLASSACTIONS@TDAMERITRADE.COM

084411P001-1348A-012
TD AMERITRADE CLEARING INC
JANICE GUDE
200 S 108TH AVE
OMAHA NE 68154
DIANE.EASTER@TDAMERITRADE.COM

084371P001-1348A-012
THE BANK OF NEW YORK MELLON
JENNIFER MAY
525 WILLIAM PENN PL
STE 153-0400
PITTSBURGH PA 15259
GSSPROXYINQUIRIES@BNYMELLON.COM

084366P001-1348A-012
UBS FINANCIAL SERVICES INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
JANE.FLOOD@UBS.COM

084366P001-1348A-012
UBS FINANCIAL SERVICES INC
JANE FLOOD
1000 HARBOR BLVD
WEEHAWKEN NJ 07086
PAVAN.MATAPATHI@UBS.COM

084414P001-1348A-012
UBS FINANCIAL SVCS INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
HEMANT.TIWARI@UBS.COM

084414P001-1348A-012
UBS FINANCIAL SVCS INC
CORPORATE ACTIONS
1000 HARBOR DR
WEEHAWKEN NJ 07086
DL-WMA-PROXY@UBS.COM

084415P001-1348A-012
VANGUARD MARKETING CORP
PO BOX 1170
VALLEY FORGE PA 19482-1170
BS_CORPORATE_ACTIONS@VANGUARD.COM

084416P001-1348A-012
VANGUARD MARKETING CORP
100 VANGUARD BLVD
MALVERN PA 19355
KEVIN_M_SCULLY@VANGUARD.COM

084417P001-1348A-012
VANGUARD MARKETING CORP
BEN BEGUIN
14321 N NORTHSIGHT BLVD
SCOTTSDALE AZ 85260
VBS_CORPORATE_ACTIONS@VANGUARD.COM

084418P001-1348A-012
VISION FINANCIAL MARKETS LLC
ANA MARTINEZ
ASSOCIATE VICE PRESIDENT
4 HIGH RIDGE PARK
STAMFORD CT 06804
AMARTINEZ@VISIONFINANCIALMARKETS.COM

084355 000-1348A-012
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
ALAN.FERREIRA@WEDBUSH.COM

084355P001-1348A-012
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
DONNA.WONG@WEDBUSH.COM

084355P001-1348A-012
WEDBUSH SECURITIES INC
DONNA WONG
1000 WILSHIRE BLVD
LOS ANGELES CA 90030
CARMEN.RIVERA@WEDBUSH.COM