# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Roadhouse Holding Inc.
3011 Armory Drive
Suite 300                                    **Chapter:** 11
Nashville, TN 37207
 **EIN:** 27–4075939

*Case No.*:  16–11819–BLS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 8/9/2016 was filed on 8/10/2016 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/31/2016 .

If a request for redaction is filed, the redacted transcript is due 9/12/2016 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/8/2016 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

David D. Bird, Clerk of Court

Date: 8/10/16

(ntc)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 16-11819-BLS
Roadhouse Holding Inc.                                          Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1         User: Brandon         Page 1 of 2            Date Rcvd: Aug 10, 2016
                             Form ID: ntcBK        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db              +Roadhouse Holding Inc.,    3011 Armory Drive,    Suite 300,    Nashville, TN 37204-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                       Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
          Brendan Joseph Schlauch    on behalf of Interested Party    JPMorgan Chase Bank, N.A.
           schlauch@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Brian E Greer    on behalf of Interested Party    BOKF, NA, as successor trustee, Carl Marks
           Management Company, LLC, and Marblegate Asset Management, LLC brian.greer@dechert.com,
           brett.stone@dechert.com
          Christopher G. Boies    on behalf of Creditor    GSO Capital Partners LP cboies@kslaw.com,
           rtrowbridge@kslaw.com
          David L. Pollack    on behalf of Creditor    Brixmor Property Group, Inc. pollack@ballardspahr.com,
           blunt@ballardspahr.com
          David M. Blau    on behalf of Interested Party    RLV Millennium Park LP dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    Geenen DeKock Properties, LLC dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    Ramco-Gershenson Properties, LP
           dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    Janaf Shopping Center, LLC dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    Burleson Gateway Station Limited Partnership
           dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    PL Riverpark LP dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    Kimco Riverview, LLC dblau@clarkhill.com
          David M. Blau    on behalf of Interested Party    Ramco Jacksonville LLC dblau@clarkhill.com
          Donlin, Recano & Co., Inc.    ljordan@donlinrecano.com
          Edmon L. Morton    on behalf of Debtor    LRI Holdings, Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Logan's Roadhouse, Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Logan's Roadhouse of Kansas, Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Roadhouse Parent Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Roadhouse Midco Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Roadhouse Holding Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Roadhouse Intermediate Inc. bankfilings@ycst.com
          Edmon L. Morton    on behalf of Debtor    Logan's Roadhouse of Texas, Inc. bankfilings@ycst.com
          Elisha  Graff    on behalf of Interested Party    JPMorgan Chase Bank, N.A. egraff@stblaw.com
          Elizabeth  Banda Calvo    on behalf of Creditor    City of Burleson, Burleson ISD
           rgleason@pbfcm.com,  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Soper Justison    on behalf of Debtor    Roadhouse Holding Inc. bankfilings@ycst.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
           evelyn.palmer@lgbs.com
          Joseph W. Powell, II    on behalf of Creditor    Sherwin Family Partnership
           jpowell@powellandtantelaw.com
          Karen B. Skomorucha Owens    on behalf of Interested Party    BOKF, NA, as successor trustee, Carl
           Marks Management Company, LLC, and Marblegate Asset Management, LLC kskomorucha@ashby-geddes.com
          Karen M. Grivner    on behalf of Interested Party    Geenen DeKock Properties, LLC
           kgrivner@clarkhill.com,  sambrose@clarkhill.com
          Karen M. Grivner    on behalf of Interested Party    RLV Millennium Park LP kgrivner@clarkhill.com,
           sambrose@clarkhill.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Karen M. Grivner    on behalf of Interested Party    Ramco Jacksonville LLC kgrivner@clarkhill.com,
               sambrose@clarkhill.com
              Karen M. Grivner    on behalf of Interested Party    Burleson Gateway Station Limited Partnership
               kgrivner@clarkhill.com,    sambrose@clarkhill.com
              Karen M. Grivner    on behalf of Interested Party    Janaf Shopping Center, LLC
               kgrivner@clarkhill.com,    sambrose@clarkhill.com
              Karen M. Grivner    on behalf of Interested Party    Kimco Riverview, LLC kgrivner@clarkhill.com,
               sambrose@clarkhill.com
              Karen M. Grivner    on behalf of Interested Party    PL Riverpark LP kgrivner@clarkhill.com,
               sambrose@clarkhill.com
              Karen M. Grivner    on behalf of Interested Party    Ramco-Gershenson Properties, LP
               kgrivner@clarkhill.com,    sambrose@clarkhill.com
              Kelly M. Conlan, Esquire    on behalf of Creditor    Inland Commercial Real Estate Services, LLC
               kconlan@connollygallagher.com
              Kevin J. Mangan    on behalf of Creditor    AR Global Investments, LLC kmangan@wcsr.com,
               hsasso@wcsr.com;jwray@wcsr.com
              Leslie C. Heilman    on behalf of Creditor    Brixmor Property Group, Inc. heilmanl@ballardspahr.com
              Mark D. Collins    on behalf of Interested Party    JPMorgan Chase Bank, N.A. rbgroup@rlf.com
              Nicholas Baker    on behalf of Interested Party    JPMorgan Chase Bank, N.A. nbaker@stblaw.com
              Owen M. Sonik    on behalf of Creditor    Dickinson Independent School District osonik@pbfcm.com,
               tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Paul N. Heath    on behalf of Interested Party    JPMorgan Chase Bank, N.A. RBGroup@rlf.com
              Paul Noble Heath    on behalf of Interested Party    JPMorgan Chase Bank, N.A. heath@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Rachel B. Mersky    on behalf of Interested Party    Cafaro Management Company rmersky@monlaw.com
              Richard T. Davis    on behalf of Creditor    Huntington Mall Company dba Huntington Mall;
               Spotsylvania Mall Company dba Spotsylvania Towne Centre rdavis@cafarocompany.com
              Robert S. Brady    on behalf of Debtor    Roadhouse Holding Inc. bankfilings@ycst.com
              Ronald E Gold    on behalf of Creditor    WP Glimcher Inc. rgold@fbtlaw.com,
               awebb@fbtlaw.com;eseverini@fbtlaw.com
              Ronald Mark Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com;cmartin@simon.com;antimm@simon.com
              Ryan M. Bartley    on behalf of Debtor    Roadhouse Holding Inc. bankfilings@ycst.com
              Timothy Jay Fox, Jr.    on behalf of U.S. Trustee    U.S. Trustee timothy.fox@usdoj.gov
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              William Novotny    on behalf of Creditor    HVTC, L.L.C. WNovotny@dickinsonwright.com
              William E. Chipman, Jr.    on behalf of Creditor    GSO Capital Partners LP
               chipman@chipmanbrown.com,    dero@chipmanbrown.com;mccloskey@chipmanbrown.com

                                                                                            TOTAL: 53