IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                                       CASE NO. 16-11819

ROADHOUSE HOLDING INC.

    DEBTOR                                                            CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

     Notice is hereby given that Lee Gordon, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Tax Appraisal District of Bell County, The County of Comal, Texas, The County of Denton, Texas, The County of Hays, Texas, City of Waco and/or Waco Independent School District, Central Appraisal District of Taylor County and The County of Williamson, Texas, (hereinafter the "Texas Ad Valorem Taxing Jurisdictions") in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: August 13, 2016

                                             Respectfully submitted,

                                             MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                             Attorneys for the Texas Ad Valorem Taxing
                                             Jurisdictions

                                             */s/Lee Gordon*
                                             Lee Gordon
                                             State Bar Number 08212500
                                             P.O. Box 1269
                                             Round Rock, Texas 78680
                                             Telephone: (512) 323-3200
                                             Fax: (512) 323-3205

CERTIFICATE OF SERVICE

     I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Edmon L. Morton, Young, Conaway, Stargatt & Taylor, The Brandywine Bldg. 1000 West Street, 17th Floor P.O. Box 391, Wilmington, Delaware 19899, and to those parties listed on the Court's Notice of Electronic Filing on August 13, 2016, by Electronic Notification.

                                             */s/Lee Gordon*
                                             Lee Gordon