**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter  11 |
| Roadhouse Holding Inc., *et al.*, | Case No.  **16-11819** |
| Debtor(s). | (Jointly Administered) |

**REQUEST FOR NOTICE AND SERVICE OF NOTICES AND PAPERS**

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Sr. Associate General Counsel of GGP Limited Partnership, as Direct and Indirect Owner and/or Managing Agent as Landlord for the Debtor**,** hereby enters her appearance pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate**
**GGP Limited Partnership, as Agent**
**110 N. Wacker Drive**
**Chicago, IL  60606**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place his name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 8th day of August, 2016

                                            Respectfully submitted,

                                            /s/   Kristen N. Pate
                                            Kristen N. Pate
                                            Sr. Associate General Counsel
                                            GGP Limited Partnership, as Agent
                                            110 N. Wacker Drive
                                            Chicago, IL  60606
                                            (312) 960-2940
                                            (312) 442-6374 (fax)

**CERTIFICATE OF SERVICE**

To:

**Clerk**
**U.S. Bankruptcy Court**
3rd Floor – 824 North Market Street
Wilmington, DE 19801


**Edmon L. Morton**
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801


**U.S. Trustee**
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801


The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing REQUEST FOR NOTICE AND SERVICE OF NOTICES AND PAPERS was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 8th day of August, 2016
.


    _/s/  Julie Minnick Bowden_____
    Julie Minnick Bowden