UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>ROADHOUSE HOLDING INC., et al.,[1]<br><br>Debtors | ) <br>) Chapter 11<br>) <br>) Case No.  16-11819 (BLS)<br>) <br>) Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** Cintas Corporation No. 2 d/b/a Cintas ("Cintas") appears herein by and through its counsel, Jason V. Stitt of Keating Muething & Klekamp PLL, and demands that all notices given or required to be given in this case and papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Jason V. Stitt
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-3964
Fax: (513) 579-6457
jstitt@kmklaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the foregoing demand includes not only the notice referred to in the Rule specified above, but also includes, without limitation, notices of any application, motion, or other pleading, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, or facsimile: (1) that affects or seeks to affect in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

any rights or interests of (a) the Debtors, (b) property in which the Debtors may claim an interest, (c) property in the possession, custody or control of the Debtors, or (d) claims against the Debtors to the estates; or (2) that seeks to require any act, payment, or other conduct by, or that in any manner affects, the rights of Cintas.

**PLEASE TAKE FURTHER NOTICE THAT**, Cintas intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) Cintas' right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) Cintas' right to a trial by jury in any proceeding so triable in this case; (3) Cintas' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Cintas is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Cintas expressly reserves.

Respectfully submitted,

/s/ Jason V. Stitt
Jason V. Stitt (OH 0078513)
Keating Muething & Klekamp PLL
Suite 1400
One East Fourth Street
Cincinnati, Ohio 45202
(513) 639-3964 Phone:
(513) 579-6457 Fax:
jstitt@kmklaw.com

*Attorneys for Cintas Corporation No. 2*

**6996103.1**