**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

_____

| | |
|---|---|
| ANDREW R. VARA | T. PATRICK TINKER |
| ACTING UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN CHAPTER 11 CASES.
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTORS**:       Roadhouse Holding Inc., et al.

**LEAD CASE NO:**    16-11819 (BLS)

**DATE:**            Thursday, September 15, 2016

**TIME:**            10:00 a.m.

**LOCATION:**        J. Caleb Boggs Federal Building
                     844 King Street
                     2nd Floor, Room 2112
                     Wilmington, DE 19801

By: */s/ Timothy J. Fox*
Timothy J. Fox
Trial Attorney

Dated:  August 16, 2016

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME PRESCRIBED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    Edmon L. Morton, Esquire  (Debtors' counsel)