# GILBERT | BIRD

LAW FIRM, PC

---

10575 North 114th Street, Suite 115  
Scottsdale, Arizona 85259  
480.767.6149 Ext. 204

Ryan J. Bird  
rbird@gilbertbirdlaw.com  
Admitted in Arizona and Wisconsin

August 10, 2016

Clerk's Office  
Bankruptcy Court, District of Delaware  
824 North Market Street  
Wilmington, Delaware 19801

    In Re: Logan's Roadhouse, Inc.  
           Case No. 16-11825-BLS

    **REQUEST FOR SERVICE OF NOTICES – Store No. 466**

Dear Sir/Madam:

    Please be advised that this firm represents Hamilton Chase – Gilbert, LLC, the Landlord of Store No. 466, 2649 South Market Street, Gilbert, Arizona 85295.

    We are requesting that all future notices in connection with the above referenced bankruptcy case be sent to us on behalf of the Landlord c/o our office address of 10575 North 114th Street, Suite 115, Scottsdale, AZ 85259, and by email to rbird@gilbertbirdlaw.com.

    Thank you. Please contact us if you have any questions or require anything further.

                          Very truly yours,

                          Ryan J. Bird

cc: Client