# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

| | | |
|---|---|---|
| | § | CASE NO. 16-11825 |
| | § | (Chapter 11) |
| LOGAN'S ROADHOUSE INC | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

CITY OF WICHITA FALLS, WICHITA FALLS INDEPENDENT SCHOOL DISTRICT AND WICHITA COUNTY

> c/o Jeanmarie Baer
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> P. O. BOX 8188
> WICHITA FALLS, TX 76307
> (940) 723-4323
> (940) 723-8553 FAX
> jbaer@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

> Respectfully submitted,
>
> **PERDUE, BRANDON, FIELDER,**



COLLINS & MOTT, L.L.P.
P. O. BOX 8188
WICHITA FALLS, TX 76307
(940) 723-4323
(940) 723-8553

Attorneys for Claimant

By: [signature]
Jeanmarie Baer
Bar No: 09832700

## CERTIFICATE OF SERVICE

I Jeanmarie Baer do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 9th day of August, 2016.

LOGAN'S ROADHOUSE INC
3011 ARMORY DRIVE STE 300
NASHVILLE TN 37204

EDMON L MORTON
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 NORTH KING ST
WILMINGTON DE 19801

                              Jeanmarie Baer
                              Bar No: 09832700