# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **Roadhouse Holding Inc., et al.** | : | |
| | : | **Case No.   16-11819-BLS** |
| Debtor. | : | |
| | : | (Jointly Administered) |
| | : | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*) and § 1109(b) of Title 11 of the United States Code (the *"Bankruptcy Code"*), Chapman and Cutler LLP hereby enters an appearance on behalf of **IA San Antonio Stone Ridge, L.L.C.; MB Sherman Town Center Limited Partnership; IA Dothan Pavilion, L.L.C.;** and **IA Fultondale Promenade, L.L.C.,** and requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be given to and served upon the following:

> James P. Sullivan
> CHAPMAN AND CUTLER LLP
> 111 W. Monroe Street
> Chicago, Illinois  60603
> Telephone:  (312) 845-3445
> Facsimile:  (312) 516-1445
> E-mail:  jsullivan@chapman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing additionally requests that the above-captioned debtor and the Clerk of the United States Bankruptcy Court place the above name and

address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the foregoing does not, by filing this Notice of Appearance and Request for Service of Notices and Papers or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights, including (without limitation): (i) the right to have final order in non-core or *Stern* matters entered only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which **IA San Antonio Stone Ridge, L.L.C.; MB Sherman Town Center Limited Partnership; IA Dothan Pavilion, L.L.C.;** and **IA Fultondale Promenade, L.L.C.** is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: August 18, 2016

Respectfully submitted,

CHAPMAN AND CUTLER LLP

By: /s/ James P. Sullivan

James P. Sullivan
CHAPMAN AND CUTLER LLP
111 W. Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3445
Facsimile: (312) 516-1445
E-mail: jsullivan@chapman.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 18th day of August 2016.

By: /s/ James P. Sullivan
James P. Sullivan