## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| **LOGAN'S ROADHOUSE, Inc.,** | ) CASE NO.: **16-11819-BLS** |
| **,** | ) CHAPTER: **11** |
| | ) JUDGE: **Brendan Linehan Shannon** |
| | ) |
| **Debtor.** | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned, Ernest B. Williams, IV, Michael B. Schwegler and Lisa M. Rosado and the law firm of Ernest B. Williams IVV, PLLC,, hereby enter appearances as counsel for B&V Venture, as Interested Parties in the above-styled matter.

The undersigned hereby requests that the United States Bankruptcy Court Clerk, counsel for the Debtors and all other interested parties or counsel add the undersigned to the mailing matrix and/or any list of creditors requesting notices, and that copies of any and all notices, motions, briefs, memoranda, orders and filings of any type in the above styled case be sent to the following address:

> B&V Venture
> Attn:   Lisa M. Rosado
> Ernest B. Williams IV, PLLC.
> P.O. Box 159264
> Nashville, Tennessee 37215
> Phone:  (615) 372-0993
> Facsimile:  (615) 371-1572
> Email: lisarosado@ewivlaw.com

Respectfully submitted,

**ERNEST B. WILLIAMS IV, PLLC**

  /s/Lisa M. Rosado
**ERNEST B. WILLIAMS IV, BPR #12301**
**MICHAEL B. SCHWEGLER, BPR # 22563**
**LISA M. ROSADO FL Bar #91621**
P.O. Box 159264
Nashville, Tennessee  37215
Telephone:  (615) 372-0993
Facsimile:  (615) 371-1572
Email:     lisarosado@ewivlaw.com

**Attorneys B&V Venture**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all parties of record on the Court's docket report, via the United States Bankruptcy Court for the Delaware District's Electronic Case Filing system, on those parties who receive notice from that system on this, the 18th day of August, 2016:

/s/ Lisa M. Rosado
**LISA M. ROSADO**