IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ROADHOUSE HOLDING INC., *et al.*,[1] | Case No. 16-11819 (BLS) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR
NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Tennessee Football, Inc. (d/b/a Tennessee Titans) ("TFI"), by and through its undersigned counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, request that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices set forth below:

Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
CIARDI CIARDI & ASTIN
1204 N. King Street
Wilmington, Delaware 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the Debtors.

PLEASE TAKE FURTHER NOTICE that TFI does not intend this Notice of Appearance or any later appearance, pleading or claim to waive: (1) its right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Date:  August 19, 2016
Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, DE  19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

*Attorneys for Tennessee Football, Inc.*
 *(d/b/a Tennessee Titans)*

## **CERTIFICATE OF SERVICE**

I certify that, on August 19, 2016, I caused to be served a copy of Tennessee Football, Inc.'s (d/b/a Tennessee Titans) **Notice of Entry of Appearance and Request for Notices and Service of Papers** to be served via first class United States mail (postage prepaid) and electronic mail to the persons listed below.

Robert S. Brady, Esq.
Edmond L. Morton, Esq.
Ryan M. Bartley, Esq.
Elizabeth S. Justison, Esq.
Norah M. Roth-Moore, Esq.
YOUNG CONAWAY
  STARGATT & TAYLOR LLP
1000 North King Street
Wilmington, DE  19801
rbrady@ycst.com
emorton@ycst.com
rbartley@ycst.com
ejustison@ycst.com
nroth-moore@ycst.com

*/s/ Joseph J. McMahon, Jr.*
Joseph J. McMahon, Jr. (No. 4819)