IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| ROADHOUSE HOLDING, INC., ) | Case No. 16-11819-bls |
| ) | Judge Shannon |
| Debtor. ) | |

## APPEARANCE OF COUNSEL AND REQUEST FOR COPIES OF ALL NOTICES, DOCUMENTS AND PLEADINGS

Please take notice that the Law Firm of Wiles & Wiles, LLP counsel for Stafford Arkwright, LLC hereby enters its appearance of counsel and requests that all notices given or required to be given in this case, and all papers, pleadings and documents filed or served or required to be filed in this case, be given to and served upon the following person as attorney for Stafford Arkwright, LLC:

Victor W. Newmark, Esq.
Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
bankruptcy@evict.net

This request for notice encompasses, but is not limited to, all notices, copies, documents and pleadings referred to, inter alia, in Rules 2002, 3017, or 9007 of the Bankruptcy Rules and without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, or any other document brought

before this Court in any case, whether formal or informal, written or oral, or transmitted by mail delivery, CM/ECF, telephone, telegraph, telex or otherwise which affect or seek to affect the above case.

This _19_ day of ___August___, 2016.

Respectfully submitted,

/s/Victor W. Newmark
Victor W. Newmark, Esq.
Georgia Bar No. 541405

Of Counsel:

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
S227.2appear.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on ___8/19/16___, I electronically filed an Appearance of Counsel and Request for Copies of all Notices, Documents and Pleadings with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ryan M. Bartley, Esq.
Robert S. Brady, Esq.
Elizabeth Soper Justison, Esq.
Edmon L. Morton
Attorneys for Debtor
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801

Donlin, Reano & Co., Inc.
6201 15th Avenue
Brooklyn, New York 11219

Timothy Jay Fox, Jr., Esq.
Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Wilmington, Delaware 19801

U.S. Trustee
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, Delaware 19801

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Roadhouse Holding, Inc.
Debtor
3011 Armory Drive, Suite 300
Nashville, Tennessee 37204

/s/Victor W. Newmark
Victor W. Newmark, Esq.
Georgia Bar No. 541405

Of Counsel:

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile
bankruptcy@evict.net
S227.2appear.doc