**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Roadhouse Holdings, Inc. | : | Case No. 16-11819 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

        Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.         **National Retail Properties, Inc.,** Attn: David Byrnes, Jr., 450 S. Orange Avenue, Suite 900, Orlando, FL 32801, Phone: 407-650-1103; Fax: 407-650-1046

2.         **Cintas Corporation No. 2,** Attn: Sean McLaughlin, 4601 Creekstone Drive, Suite 200, Durham, NC 27703 Phone: 866-774-1100 Ext 2213, Fax: 919-661-5745

3.         **The Coca-Cola Company**, Attn: S. Curtis Marshall, 1150 Sanctuary Pkwy, Alpharetta, GA 30009, Phone: 404-887-2681

4.         **Performance Food Group, Inc.**, Attn: Brad Boe, 245 N. Castle Heights Avenue, Lebanon, TN 37087, Phone: 303-898-8137: Fax: 303-662-7540

5.         **W. Cody Bolen as named Plaintiff on Behalf of Class Action Suit,** Attn: J. Russ Bryant, Esq., Jackson, Shields, Yeiser & Holt, 262 German Oak Drive, Memphis, TN 38018, Phone: 901-754-8001, Fax: 901-754-8524

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Timothy Fox for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 19, 2016

Attorney assigned to this Case: Timothy Fox, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Edmon Morton Esq., Phone: (302) 571-6600, Fax: (302) 571-1253