IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                              Chapter 11

    ROADHOUSE HOLDINGS INC., *et al.*,[1]          Case No. 16-11819 (BLS)

                    Debtors.                       (Jointly Administered)

---

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned, appearing for IRC Stone Creek, L.L.C. (the "Creditor"), pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given to or required to be served in this case be given and served upon the undersigned at the office, address and telephone numbers set forth below:

Kevin M. Newman, Esq.
MENTER, RUDIN & TRIVELPIECE, P.C.
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1439
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Email: knewman@menterlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Creditor intends that neither this Notice of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtor's corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

{32080/31203/DSM/01256072.DOCX}

Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditor's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) Creditor's right to have any claims constitutionally required to be determined by the District Court be determined therein, (5) Creditor's right to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated:   August 22, 2016         **MENTER, RUDIN & TRIVELPIECE, P.C.**
         Syracuse, New York      *Attorneys for IRC Stone Creek, L.L.C.*

                                 By:   /s/Kevin M. Newman
                                 Kevin M. Newman
                                 Office and Post Office Address
                                 308 Maltbie Street, Suite 200
                                 Syracuse, New York 13204-1439
                                 Telephone:   (315) 474-7541
                                 Facsimile:   (315) 474-4040

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                                          Chapter 11

    ROADHOUSE HOLDINGS INC., *et al.,*          Case No. 16-11819 (BLS)

                      Debtors.                    (Jointly Administered)

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Demand for Service of Papers was mailed on the 22nd day of August, 2016, by depositing same in the U.S. Mail, postage prepaid to:

    Ryan M. Bartley
    Robert S. Brady
    Elizabeth Soper Justison,
    Edmon L. Morton
    Young Conaway Stargatt & Taylor, LLP
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801

    Timothy Jay Fox, Jr.
    Office of the United States Trustee
    U. S. Department of Justice
    844 King Street, Suite 2207
    Lockbox #35
    Wilmington, DE 19801

                            /s/Deborah S. Miller
                            DEBORAH S. MILLER

{32080/31203/DSM/01256072.DOCX}