**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:
  **ROADHOUSE HOLDING, Inc.,** *et als* : CHAPTER 11
              Debtors    :
                                : No.  16-11819 (bls)

**REQUEST for NOTICE on behalf of BLUE MOUNTAIN IPG ASSOCIATES, L.P.**

TO THE CLERK :

    Kindly add me to the electronic service list for this case, for creditor Blue Mountain IPG Associates, L.P.  All notices intended for my client may be directed to me at the address below.

                Respectfully submitted,

                **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
        WILLIAM J. LEVANT, Esquire (limited filing user)
        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
        910 Harvest Drive, 2nd Floor
        Post Office Box 3037
        Blue Bell, PA 19422
        (610) 260-6000 / (610) 684-2020 – Telecopier
        wlevant@kaplaw.com
        Attorneys for Blue Mountain IPG Associates, L.P.

Dated:  August 22, 2016