IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § § | |
| **ROADHOUSE HOLDING, INC.,** *et al.,*[1] § § | **CHAPTER 11** |
| **Debtors.** § § § § | **CASE NO. 16-11819 (BLS)** **(Jointly Administered)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorneys of Langley & Banack, Incorporated are appearing on behalf of **BLAZON, LTD** in the above-referenced proceeding and that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in this case be given to and served upon the following:

STEVEN R. BROOK
DAVID S. GRAGG
LANGLEY & BANACK INCORPORATED
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, Texas 78212-3166
(210) 736-6600 Telephone
(210) 735-6889 Telecopier
sbrook@langleybanack.com
dgragg@langleybanack.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes all notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, answers, responses, memoranda or briefs in support of the foregoing and any other documents brought before the Court with respect to these proceedings, including but not limited to contested and non-contested matters, and adversary proceedings, whether or not Applicant is named as a party defendant in those particular matters or proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed personally or by mail, delivery, telephone, e-mail, telegraph, telex or otherwise.

August 22, 2016

        RESPECTFULLY SUBMITTED,

        LANGLEY & BANACK, INCORPORATED
        745 E. Mulberry, Suite 900
        San Antonio, Texas 78212
        (210) 736-6600 Telephone
        (210) 735-6889 Fax

By:   */s/ David S. Gragg*
        David S. Gragg
        State Bar No. 08253300
        Steven R. Brook
        State Bar No. 03042300

        ATTORNEYS FOR BLAZON, LTD

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2016 a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmitted electronically to all ECF participants registered to receive electronic notice in the bankruptcy proceeding and on the parties below via U.S. regular mail, postage prepaid.

Roadhouse Holding, Inc.
3011 Armory Dr., Ste. 300
Nashville, TN 37204
*Debtor*

Ryan M. Bartley
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
*Attorney for Debtor*

Timothy Jay Fox, Jr**.**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

                                                  */s/ David S. Gragg*
                                                  David S. Gragg