## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**IN RE:**

Logan's Roadhouse, Inc.,                   Bankruptcy No. 16-11819-BLS
                                                     Honorable Brendan Linehan Shannon

            Debtor.                               Chapter 11

_____/

### NOTICE OF APPEARANCE
### AND REQUEST TO BE ADDED TO THE MATRIX

**NOW COME** Kevin C. Calhoun and the firm of Calhoun & Di Ponio, PLC and hereby enter their Appearance as attorneys for Creditor, Oakland County Treasurer, in the above-entitled matter and further requests that all pleadings, motions and documents filed with the U.S. Bankruptcy Court be served upon them.

                                       Respectfully submitted,

                                       */s/Kevin C. Calhoun*
                                       Kevin C. Calhoun (P55592)
                                       Calhoun & Di Ponio, PLC
                                       Attorneys for the Oakland County Treasurer
                                       29828 Telegraph Road
                                       Southfield, MI 48034-1338
                                       kevin@lawyermich.com
Dated: August 22, 2016                (248) 228-2200

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**IN RE:**

Logan's Roadhouse, Inc.,                        Bankruptcy No. 16-11819-BLS
                                                           Honorable Brendan Linehan Shannon

                 Debtor.                             Chapter 11
_____/

## PROOF OF SERVICE

Kevin C. Calhoun certifies that on August 22, 2016 he filed a **Notice of Appearance and Request to be added to the Matrix** in the above listed case and this **Proof of Service** electronically, using the ECF filing system for the United States Bankruptcy Court for the District of Delaware, causing the following individual(s)/entities to receive these documents:

Edmon L. Morton                          U.S. Trustee
Debtor's attorney

Donlin, Recano & Co., Inc.
Claims Agent

                                                   */s/Kevin C. Calhoun*
                                                   Kevin C. Calhoun
                                                   Calhoun & Di Ponio, PLC
                                                   Attorneys for the Oakland County Treasurer
                                                   29828 Telegraph Road
                                                   Southfield, MI 48034-1338
                                                   kevin@lawyermich.com
                                                   (248) 228-2200