UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter 11

                                     Case No. 16-11819 (BLS)

Debtor: ROADHOUSE HOLDING INC., et al.,

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of John M. Craig to represent American Electric Power, CenterPoint Energy Resources Corp., Florida Power & Light Company, Georgia Power Company, Oklahoma Gas and Electric Company, Piedmont Natural Gas Company, Inc., Salt River Project, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Westar Energy, Inc., Monongahela Power Company, Ohio Edison Company and Potomac Edison Company in this action.

Firm Name: John D. Demmy (No. 2802)
Stevens & Lee, P.C.
Address: 919 North Market St., Suite 1300
Wilmington, Delaware 19801
Phone: (302) 425-3308
Email: jdd@stevenslee.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Firm Name: Law Firm of Russell R. Johnson III, PLC
Address: 2258 Wheatlands Drive
Manakin-Sabot, VA 23103
Phone: (804) 749-8861
Email: JOHNCRAIGG@aol.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.