**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ROADHOUSE HOLDINGS, INC., *et al.*, | ) Case No. 16-11819 (BLS) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that, in addition to the notice and service provided through the Court's ECF system, on August 23, 2016, I caused a true and correct copy of the (i) *Objection of Certain Utility Companies to the Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Services; (II) Deeming Utility Providers Adequately Assured of Payment; and (III) Establishing Procedures For Determining Additional Adequate Assurance of Payment*, and (ii) *Motion and Order For Admission Pro Hac Vice* to be served by email on:

Roberts S. Brady
Edmon L. Morton
Ryan M. Bartley
Elizabeth S. Justison
Norah M. Roth-Moore
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Email:     rbrady@ycst.com
           emorton@ycst.com
           rbartley@ycst.com
           ejustison@ycst.com
           north-moore@ycst.com
*Debtors' Counsel*

1

Timothy J. Fox, Jr.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, Delaware  19801
Email:     timothy.fox@usdoj.gov

> By:  STEVENS & LEE, P.C.
>
> /s/ John D. Demmy
> John D. Demmy (Bar No. 2802)
> 919 North Market Street, Suite 1300
> Wilmington, Delaware 19801
> Telephone:  (302) 425-3308
> E-mail:    jdd@stevenslee.com

2