IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :         Chapter 11
                                                    :
ROADHOUSE HOLDING INC., *et al.*,[1]                :         Case No. 16-11819 (BLS)
                                                    :
         Debtors.                                   :         (Jointly Administered)
------------------------------------------------------------x

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the undersigned hereby enter their appearance (the "Appearance") as counsel for is Spirit LR Johnson City TN, LLC and Spirit SPE Loan Portfolio 2013-2, LLC (collectively "Spirit"), and requests that Spirit be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Craig S. Ganz, Esquire | Leslie C. Heilman, Esquire |
| Michael A. DiGiacomo, Esquire | BALLARD SPAHR LLP |
| BALLARD SPAHR LLP | 919 North Market Street, 11th Floor |
| 1 East Washington Street | Wilmington, Delaware 19801 |
| Suite 2300 | Telephone: (302) 252-4465 |
| Phoenix, AZ  85004-2555 | Facsimile: (302) 252-4466 |
| Telephone: (602) 798-5400 | heilmanl@ballardspahr.com |
| Facsimile: (602) 798-5595 | |
| ganzc@ballardspahr.com | |
| digiacomom@ballardspahr.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Spirit's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Spirit is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 23, 2016　　　　　　　　　　*/s/ Leslie C. Heilman*
Wilmington, Delaware　　　　　　　　　　Leslie C. Heilman, Esquire (No. 4716)
　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　　　919 North Market Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 252-4465
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 252-4466
　　　　　　　　　　　　　　　　　　　　E-mail: heilmanl@ballardspahr.com

　　　　　　　　　　　　　　　　　　　　　　and

> Craig S. Ganz, Esquire
> Michael A. DiGiacomo, Esquire
> BALLARD SPAHR LLP
> 1 East Washington Street
> Suite 2300
> Phoenix, AZ  85004-2555
> Telephone: (602) 798-5400
> Facsimile: (602) 798-5595
> ganzc@ballardspahr.com
> digiacomom@ballardspahr.com
>
> *Counsel for Spirit LR Johnson City TN, LLC and Spirit SPE Loan Portfolio 2013-2, LLC*