# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re Roadhouse Holding, Inc., et al.                Case No. 16-11819 (BLS)
_____ Debtor

## INITIAL MONTHLY OPERATING REPORT
**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection  (Form IR-1) | Cash Collateral Budget Attached | |
| **Certificates of Insurance:** | | |
| Workers Compensation | Attached | |
| Property | Attached | |
| General Liability | Attached | |
| Vehicle | Attached | |
| Other:  Flood, Director & Officer (including fiduciary and EPL), Trade Name Restoration, and Texas Excess Employer Indemnity | Attached | |
| Identify areas of self-insurance w/liability caps | See Attached | |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | Cash Management Order Attached | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3.  Refer to http://www.deb.uscourts.gov/ | | |
| Other: | | |
| **Retainers Paid (Form IR-2)** | Attached | |
| | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

August 23, 2016
Date

Tim Kendrot
Printed Name of Authorized Individual

Vice President Finance & Corporate Controller
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

| Logan's Roadhouse, Inc. Cash Flow Forecast (USD$ 000's) | Week 1 8/10/2016 | Week 2 8/17/2016 | Week 3 8/24/2016 | Week 4 8/31/2016 | Week 5 9/7/2016 | Week 6 9/14/2016 | Week 7 9/21/2016 | Week 8 9/28/2016 | Week 9 10/5/2016 | Week 10 10/12/2016 | Week 11 10/19/2016 | Week 12 10/26/2016 | Week 13 11/2/2016 | Week 14 11/9/2016 | Period Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Inflows:* | | | | | | | | | | | | | | | |
| Restaurant Receipts | 10,424 | 10,267 | 10,069 | 10,527 | 10,024 | 9,539 | 9,596 | 9,830 | 10,369 | 10,181 | 10,236 | 10,051 | 10,602 | 11,508 | 143,223 |
| Other | 85 | 191 | 191 | 100 | 772 | 318 | 102 | 166 | 149 | 57 | 413 | 85 | 266 | 283 | 3,177 |
| DIP Financing | - | 3,469 | - | 7,504 | - | - | - | 2,462 | 110 | 2,552 | - | 2,685 | - | 2,263 | 21,045 |
| **Total Cash Inflows** | **10,509** | **13,927** | **10,260** | **18,131** | **10,795** | **9,857** | **9,698** | **12,458** | **10,628** | **12,790** | **10,650** | **12,821** | **10,867** | **14,054** | **167,444** |
| *Operating Outflows:* | | | | | | | | | | | | | | | |
| Food & Liquor Cost | (3,513) | (3,456) | (3,341) | (3,509) | (3,325) | (3,147) | (3,168) | (3,254) | (3,451) | (3,382) | (3,403) | (3,335) | (3,537) | (3,869) | (47,691) |
| Rent | - | - | - | (3,505) | - | - | - | - | (3,505) | - | - | - | (3,505) | - | (10,516) |
| Payroll and Payroll Taxes | (93) | (7,167) | (90) | (7,419) | (93) | (6,698) | (90) | (7,223) | (93) | (6,656) | (90) | (7,298) | (93) | (6,703) | (49,806) |
| Taxes | (552) | (253) | (19) | (3,620) | (448) | (564) | (15) | (2,937) | (448) | (19) | (303) | (3,267) | (499) | (20) | (12,965) |
| Other Operating Expenses | (2,426) | (2,667) | (2,676) | (2,408) | (2,353) | (2,344) | (2,353) | (2,344) | (2,289) | (2,269) | (2,278) | (2,269) | (2,278) | (2,569) | (33,524) |
| **Total Operating Outflows** | **(6,585)** | **(13,543)** | **(6,127)** | **(20,461)** | **(6,219)** | **(12,754)** | **(5,627)** | **(15,759)** | **(9,788)** | **(12,327)** | **(6,074)** | **(16,169)** | **(9,911)** | **(13,161)** | **(154,503)** |
| **Net Operating Cash Flow** | **3,924** | **384** | **4,134** | **(2,331)** | **4,576** | **(2,897)** | **4,071** | **(3,301)** | **840** | **463** | **4,576** | **(3,348)** | **956** | **893** | **12,941** |
| *Non-Recurring/Non-Operating Outflows:* | | | | | | | | | | | | | | | |
| Capex | (157) | (157) | (157) | (147) | (147) | (147) | (147) | (147) | (163) | (163) | (163) | (163) | (163) | (163) | (2,184) |
| Utility Deposits | - | - | (1,130) | - | - | - | - | - | - | - | - | - | - | - | (1,130) |
| Other Restructuring Costs | (850) | - | - | - | - | - | - | - | - | - | - | - | - | - | (850) |
| Professional Fees | (1,772) | - | - | (150) | (500) | (100) | - | (950) | (678) | (300) | (80) | (590) | - | (300) | (5,420) |
| **Total Non-Recurring/Non-Operating Outflows** | **(2,779)** | **(157)** | **(1,287)** | **(297)** | **(647)** | **(247)** | **(147)** | **(1,097)** | **(840)** | **(463)** | **(243)** | **(753)** | **(163)** | **(463)** | **(9,584)** |
| *Restructuring Related Outflows:* | | | | | | | | | | | | | | | |
| First Lien Interest & Agent Fees | - | - | (145) | - | - | - | (145) | - | - | - | - | (229) | - | (35) | (553) |
| DIP Interest and Fees | (750) | - | - | (8) | - | - | - | (5) | - | - | - | (3) | - | (1) | (767) |
| Critical Vendor Payments | (950) | - | - | - | - | - | - | - | - | - | - | - | - | - | (950) |
| 503(b)9 | - | - | - | - | - | - | - | - | - | - | - | - | - | (580) | (580) |
| KEIP/KERP/Severance | - | (66) | - | (66) | - | (66) | - | (66) | - | - | - | - | - | (577) | (842) |
| PACA Claims | (733) | (367) | - | - | - | - | - | (30) | - | - | - | - | - | - | (1,100) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | (30) | (60) |
| **Total Restructuring Related Outflows** | **(2,433)** | **(433)** | **(145)** | **(74)** | **-** | **(66)** | **(145)** | **(101)** | **-** | **-** | **-** | **(232)** | **-** | **(1,223)** | **(4,852)** |
| Beginning Cash | 6,495 | 5,206 | 5,000 | 7,702 | 5,000 | 8,929 | 5,719 | 9,499 | 5,000 | 5,000 | 5,000 | 9,333 | 5,000 | 5,793 | 6,495 |
| Net Cash Flow | (1,288) | (206) | 2,702 | (2,702) | 3,929 | (3,210) | 3,780 | (4,499) | 0 | (0) | 4,333 | (4,333) | 793 | (793) | (1,495) |
| **Net Ending Cash** | **5,206** | **5,000** | **7,702** | **5,000** | **8,929** | **5,719** | **9,499** | **5,000** | **5,000** | **5,000** | **9,333** | **5,000** | **5,793** | **5,000** | **5,000** |
| Unused DIP Balance | 25,000 | 21,531 | 21,531 | 14,028 | 14,028 | 14,028 | 14,028 | 11,566 | 11,456 | 8,903 | 8,903 | 6,218 | 6,218 | 3,955 | 3,955 |
| **Net Available Cash** | **30,206** | **26,531** | **29,233** | **19,028** | **22,957** | **19,747** | **23,527** | **16,566** | **16,456** | **13,903** | **18,236** | **11,218** | **12,011** | **8,955** | **8,955** |


ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 8/17/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Robin Johnston |
|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA Inc. LIC #0726293 505 N. Brand Boulevard, Suite 600 Glendale CA 91203 | PHONE (A/C, No, Ext): 818-539-2300  FAX (A/C, No): 818-539-1654 |
| | E-MAIL ADDRESS: robin_johnston@ajg.com |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| | INSURER A : AXIS Surplus Insurance Company | 26620 |
| INSURED                   LOGAROA-03 | INSURER B : Hartford Fire Insurance Company | 19682 |
| Logan's Roadhouse, Inc. | INSURER C : Great American Casualty Insurance C | 39896 |
| 3011 Armory Drive, Suite 300 | INSURER D : ACE American Insurance Company | 22667 |
| Nashville TN 37204 | INSURER E : | |
| | INSURER F : | |

## COVERAGES        CERTIFICATE NUMBER: 2035823359        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | ENP791403-16 | 1/1/2016 | 1/1/2017 | EACH OCCURRENCE | $1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | X $250K SIR | | | | | | MED EXP (Any one person) | $0 |
| | X Liquor Liability | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $20,000,000 |
| | X POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | OTHER: | | | | | | | |
| B | AUTOMOBILE LIABILITY | | | 72 UEN GZ8675 | 1/1/2016 | 1/1/2017 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB X OCCUR | | | TUE410558901 | 1/1/2016 | 1/1/2017 | EACH OCCURRENCE | $25,000,000 |
| | EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $25,000,000 |
| | DED X RETENTION $0 | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY          Y/N | | | WLR C48609417 | 7/1/2016 | 1/1/2017 | X PER STATUTE ☐ OTHER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)  N/A | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Evidence of insurance coverage.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee for the District of Delaware 844 North King Street, Room 2207 Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  *Robin L Johnston* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)        The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 8/19/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form.  Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA. 505 N. Brand Boulevard, Suite 600 Glendale CA 91203 | PHONE (A/C, No, Ext): 818-539-2300 | | FAX (A/C, No): 818-539-2301 |
| | E-MAIL ADDRESS: | | |
| | PRODUCER CUSTOMER ID: | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A: Underwriters at Lloyd's London | 15792 |
| Logan's Roadhouse, Inc. 3011 Armory Drive, Suite 300 Nashville, TN 37204 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

## COVERAGES        CERTIFICATE NUMBER: 292732032        REVISION NUMBER:

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY  (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | | | | BUILDING | $ |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | PERSONAL PROPERTY | $ |
| | BASIC | BUILDING | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | BLANKET PERS PROP | $ |
| | FLOOD | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | $ |
| | CAUSES OF LOSS | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | $ |
| | **CRIME** | | TYPE OF POLICY | | | | $ |
| | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | $ |
| A | Trade Name Restoration (Claims Made) | | TNR156485 | 1/21/2016 | 1/1/2017 | Restaurant Even | $50,000,000 |
| | | | | | | Supplier Event | $20,000,000 |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Subject to policy aggregate of $50,000,000.
Coverage terms, exclusions and conditions apply.
Evidence of insurance coverage.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee for the District of Delaware 844 North King Street, Room 2207 Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE Robin H Johnston |

© 1995-2009 ACORD CORPORATION.  All rights reserved.

ACORD 24 (2009/09)        The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
8/19/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| PartnerSource 8117 Preston Road, Suite 530 Dallas TX 75225 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| | INSURER A : Great American E&S Insurance Compan | | 37532 |
| INSURED LOGAROA-01 | INSURER B : | | |
| Logan's Roadhouse, Inc. 3011 Armory Drive, Ste. 300 Nashville TN 37204 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES   CERTIFICATE NUMBER: 1120732927   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Excess Employers Indemnity for Texas occupational injury benefits/negligence liability | | | ECA3720047 | 8/1/2016 | 8/1/2017 | $5,000,000 Per Person $25,000,000 Per Occurrence | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| US Trustee Office of the United States Trustee for the District of Delaware 844 North King Street Room 2207 Wilmington DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)   The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE(MM/DD/YYYY)**
08/19/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Aon Risk Services South, Inc.<br>Franklin TN Office<br>501 Corporate Centre Drive<br>Suite 300<br>Franklin TN 37067 USA | PHONE (A/C. No. Ext): (866) 283-7122 | | FAX (A/C. No.): (800) 363-0105 |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| INSURED | INSURER A: National Union Fire Ins Co of Pittsburgh | | 19445 |
| Logan's Roadhouse<br>3011 Armory Drive<br>Suite 300<br>Nashville TN 37204-3721 USA | INSURER B: | | |
| | INSURER C: | | |
| | INSURER D: | | |
| | INSURER E: | | |
| | INSURER F: | | |

## COVERAGES     CERTIFICATE NUMBER: 570063391563     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**Limits shown are as requested**

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **COMMERCIAL GENERAL LIABILITY**<br>☐ CLAIMS-MADE ☐ OCCUR | | | | | | EACH OCCURRENCE | |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | |
| | | | | | | | MED EXP (Any one person) | |
| | | | | | | | PERSONAL & ADV INJURY | |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | |
| | | | | | | | PRODUCTS - COMP/OP AGG | |
| | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | | BODILY INJURY ( Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| | ☐ **UMBRELLA LIAB** ☐ OCCUR<br>☐ **EXCESS LIAB** ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION | | | | | | EACH OCCURRENCE | |
| | | | | | | | AGGREGATE | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ Y/N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ☐ PER STATUTE ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | |
| A | D&O-Primary<br>D&O Claims Made | | | 18299719 | 10/04/2015 | 10/04/2016 | D&O limit each polic<br>Deductible | $15,000,000<br>$50,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Office of the United States Trustee<br>for the District of Delaware<br>844 North King Street<br>Room 2207<br>Wilmington DE 19801 USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>**AUTHORIZED REPRESENTATIVE**<br><br>*Aon Risk Services South Inc.* |

©1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD

Holder Identifier :

Certificate No : 570063391563



# ADDITIONAL  REMARKS SCHEDULE

Page _ of _

| AGENCY | NAMED INSURED |
|---|---|
| Aon Risk Services South, Inc. | Logan's Roadhouse |

| POLICY NUMBER | |
|---|---|
| See Certificate Number: 570063391563 | |

| CARRIER | NAIC CODE | EFFECTIVE DATE: |
|---|---|---|
| See Certificate Number: 570063391563 | | |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

**FORM NUMBER:**  ACORD 25   **FORM TITLE:**  Certificate of Liability Insurance

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER | |
| INSURER | |
| INSURER | |
| INSURER | |

**ADDITIONAL  POLICIES**  If a policy below does not include limit information, refer to the corresponding policy on the ACORD certificate form for policy limits.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | OTHER | | | | | | | |
| A | EPL – Primary | | | 18299719 EPL Claims Made | 10/04/2015 | 10/04/2016 | Aggregate Limit | $10,000,000 |
| | | | | | | | Aggregate retention | $200,000 |
| A | Fiduciary-Prim | | | 18299719 FID Claims Made | 10/04/2015 | 10/04/2016 | Employee Benefit Lia | $10,000,000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

 **ACORD** ®

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 8/17/2016 |

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| PRODUCER NAME, CONTACT PERSON AND ADDRESS | PHONE (A/C, No, Ext): 818-539-2300 | COMPANY NAME AND ADDRESS | NAIC NO: |
|---|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA. 505 N. Brand Boulevard, Suite 600 Glendale CA 91203 | | See Attached | |
| FAX (A/C, No): 818-539-2301 | E-MAIL ADDRESS: LARealEstateCerts@ajg.com | IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH | |
| CODE: | SUB CODE: | POLICY TYPE | |
| AGENCY CUSTOMER ID #: | | Property | |

| NAMED INSURED AND ADDRESS | LOAN NUMBER | | POLICY NUMBER |
|---|---|---|---|
| Logan's Roadhouse, Inc. 3011 Armory Drive, Suite 300 Nashville, TN 37204 | | | See Attached |
| | EFFECTIVE DATE 09/29/2015 | EXPIRATION DATE 09/29/2016 | ☐ CONTINUED UNTIL TERMINATED IF CHECKED |
| ADDITIONAL NAMED INSURED(S) | THIS REPLACES PRIOR EVIDENCE DATED: | | |

## PROPERTY INFORMATION (Use REMARKS on page 2, if more space is required)    ☒ BUILDING  OR ☐ BUSINESS PERSONAL PROPERTY

LOCATION / DESCRIPTION

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| COVERAGE INFORMATION | PERILS INSURED | BASIC | | BROAD | | SPECIAL | X | ALL Risk |
|---|---|---|---|---|---|---|---|---|

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 5,000,000    DED: See Attached

| | YES | NO | N/A | | |
|---|---|---|---|---|---|
| ☒ BUSINESS INCOME  ☒ RENTAL VALUE | X | | | If YES, LIMIT: Included  ☒ Actual Loss Sustained; # of months: 12 | |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ | |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | X | | | |
| LIMITED FUNGUS COVERAGE | | X | | If YES, LIMIT: | DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | X | | | Various | |
| REPLACEMENT COST | X | | | | |
| AGREED VALUE | X | | | | |
| COINSURANCE | | X | | If YES,  % | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: Included | DED: See Attached |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: | DED: |
| - Demolition Costs | X | | | If YES, LIMIT: Included | DED: See Attached |
| - Incr. Cost of Construction | X | | | If YES, LIMIT: Included | DED: See Attached |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: 5,000,000 | DED: See Attached |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: 5,000,000 | DED: See Attached |
| WIND / HAIL INCL  ☒ YES ☐ NO  Subject to Different Provisions: | | | X | If YES, LIMIT: Included | DED: See Attached |
| NAMED STORM INCL  ☒ YES ☐ NO  Subject to Different Provisions: | | | X | If YES, LIMIT: Included | DED: See Attached |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | |

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| ☐ MORTGAGEE | ☐ CONTRACT OF SALE | LENDER SERVICING AGENT NAME AND ADDRESS |
|---|---|---|
| ☐ LENDERS LOSS PAYABLE | | |
| NAME AND ADDRESS Office of the United States Trustee for the District of Delaware 844 North King Street, Room 2207 Wilmington DE 19801 | | |
| | | AUTHORIZED REPRESENTATIVE *Robin Johnson* |

The ACORD name and logo are registered marks of ACORD

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS - Including Special Conditions (Use only if more space is required)**

Evidence of insurance coverage.

**Logan's Roadhouse, Inc.**
**September 29, 2015 to 2016 PROPERTY/TERRORISM/B&M PROGRAM**
**Evidence of Commercial Property Insurance Attachment**

| Layer | Participation /Limit (Capacity) | Part of Layer | Excess of | Coverage Description/Perils Insured | Insurance Company | Policy Number |
|---|---|---|---|---|---|---|
| Primary | $2,500,000 | $5,000,000 | Deductibles | All Risk Including Earthquake, Flood, Terrorism and Boiler and Machinery | Ironshore Specialty Insurance Company | 000715605 |
| Primary | $833,334 | $5,000,000 | Deductibles | All Risk Including Earthquake, Flood, Terrorism and Boiler and Machinery | Chubb Custom Insurance Company | 4473255903 |
| Primary | $833,333 | $5,000,000 | Deductibles | All Risk Including Earthquake, Flood, Terrorism and Boiler and Machinery | General Security Indemnity Company of Arizona | T0234451502273 |
| Primary | $833,333 | $5,000,000 | Deductibles | All Risk Including Earthquake, Flood, Terrorism and Boiler and Machinery | Starr Surplus Lines Insurance Company | SLSTPTY10782215 |
| **Primary Total** | **$5,000,000** | | | | | |

*Annual Aggregate limits apply separately for the perils of Earthquake and Flood.  These limits may be reduced by current or paid claims.  Other sublimits apply per policy.

**DEDUCTIBLES**

**All Other Perils:**
- $50,000 per occurrence including Earthquake Sprinkler Leakage.

**Earthquake:**
5% per unit of insurance involved in loss or damage, subject to a minimum of $50,000 any one occurrence  With respect to the peril of earthquake at locations within the State of California.

- $50,000 Per Occurrence with respect to all other locations.

**Flood:**
- With respect to locations wholly or partially within Special Flood Hazard Areas (SFHA), areas of 100-year flooding, as defined by the Federal Emergency Management Agency (if these locations are not excluded elsewhere in this policy with respect to the peril of flood), the deductible shall  be $250,000  any one occurrence;

- $50,000 Per Occurrence with respect to all other locations.

**Windstorm:**
- 5% per unit of insurance involved in loss or damage for locations within Tier I Wind Zones in Texas, Louisiana, Mississippi, Alabama and Florida, with respects to Named Storms, subject to a minimum of $100,000 any one occurrence;

- 2% per unit of insurance involved in loss or damage for locations with respects to Named Storms (a storm that has been declared by the National Weather Service to be a Hurricane, Typhoon, Tropical or Tropical Storm) at locations within Tier I Wind Zones in Georgia, South Carolina, North Carolina, Virginia and Hawaii, as defined elsewhere in the policy shall be $100,000 any one occurrence

- $50,000 Per Occurrence with respect to all other locations.

**Boiler & Machinery Deductible:**
- $50,000 - Direct Damage

The following shall be considered a separate unit of insurance:
      a) Each separate building or structure;
      b) The contents of each separate building or structure;
      c) Property in each yard;
      d) Business interruption and rental value for the twelve month period immediately following the loss.



# CERTIFICATE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
8/19/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form.  Use ACORD 27 or ACORD 28.

**PRODUCER**
Arthur J. Gallagher & Co. Insurance Brokers of CA
505 N. Brand Boulevard, Suite 600
CA License #0726293
Glendale, CA 91203

**CONTACT NAME:** Eva Wagner
**PHONE (A/C, No, Ext):** 818-539-2300
**FAX (A/C, No):** 818-539-2301
**E-MAIL ADDRESS:** Eva_Wagner@ajg.com
**PRODUCER CUSTOMER ID:** LOGAROA-03

**INSURED**
Logan's Roadhouse, Inc.
3011 Armory Drive, Suite 300
Nashville, TN 37204

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : American Bankers Insurance Company of Florida | 10111 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**COVERAGES**          **CERTIFICATE NUMBER:**                    **REVISION NUMBER:**

**LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**
Property Location: 12950 Northwest Fwy, Houston, TX.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | 87049298802016 | 03/11/2016 | 03/11/2017 | X | BUILDING | $ 250,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 250,000 |
| | BASIC | BUILDING | | | | | BUSINESS INCOME | $ |
| | BROAD | $50,000 | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS $50,000 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | TYPE OF POLICY | | | | | $ |
| | | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

**CERTIFICATE HOLDER**

United States Bankruptcy Trustee
Office of the United States Trustee for the
District of Delaware
844 North King Street, Room 2207
Wilmington, DE 19801

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

© 1995-2009 ACORD CORPORATION.  All rights reserved.

ACORD 24 (2009/09)          The ACORD name and logo are registered marks of ACORD

**ACORD**®

# CERTIFICATE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
8/19/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form. Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Eva Wagner | | |
|---|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA 505 N. Brand Boulevard, Suite 600 CA License #0726293 Glendale, CA 91203 | PHONE (A/C, No, Ext): 818-539-2300 | | FAX (A/C, No): 818-539-2301 |
| | E-MAIL ADDRESS: Eva_Wagner@ajg.com | | |
| | PRODUCER CUSTOMER ID: LOGAROA-03 | | |
| | **INSURER(S) AFFORDING COVERAGE** | | **NAIC #** |
| INSURED | INSURER A : American Bankers Insurance Company of Florida | | 10111 |
| Logan's Roadhouse, Inc. 3011 Armory Drive, Suite 300 Nashville, TN 37204 | INSURER B : | | |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Property Location: 3126 S. Clack St., Abilene, TX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | 87049298792016 | 03/15/2016 | 03/15/2017 | X | BUILDING | $ 250,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 250,000 |
| | BASIC | BUILDING $50,000 | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS $50,000 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Bankruptcy Trustee Office of the United States Trustee for the District of Delaware 844 North King Street, Room 2207 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1995-2009 ACORD CORPORATION. All rights reserved.

ACORD 24 (2009/09)                    The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 8/19/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form. Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Eva Wagner | |
|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA<br>505 N. Brand Boulevard, Suite 600<br>CA License #0726293<br>Glendale, CA 91203 | PHONE (A/C, No, Ext): 818-539-2300 | FAX (A/C, No): 818-539-2301 |
| | E-MAIL ADDRESS: Eva_Wagner@ajg.com | |
| | PRODUCER CUSTOMER ID: LOGAROA-03 | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>Logan's Roadhouse, Inc.<br>3011 Armory Drive, Suite 300<br>Nashville, TN 37204 | INSURER A : American Bankers Insurance Company of Florida | 10111 |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Property Location: 700 North I-35E, Lancaster, TX 75146.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | AB00219162 | 02/07/2016 | 02/07/2017 | X | BUILDING | $ 250,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 250,000 |
| | BASIC | BUILDING $1,250 | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS $1,250 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Bankruptcy Trustee<br>Office of the United States Trustee for the<br>District of Delaware<br>844 North King Street, Room 2207<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1995-2009 ACORD CORPORATION. All rights reserved.

 ACORD®

# CERTIFICATE OF PROPERTY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 8/19/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form. Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Eva Wagner | |
|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA | PHONE (A/C, No, Ext): 818-539-2300 | FAX (A/C, No): 818-539-2301 |
| 505 N. Brand Boulevard, Suite 600 | E-MAIL ADDRESS: Eva_Wagner@ajg.com | |
| CA License #0726293 | PRODUCER CUSTOMER ID: LOGAROA-03 | |
| Glendale, CA 91203 | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : American Bankers Insurance Company of Florida | 10111 |
| Logan's Roadhouse, Inc. | INSURER B : | |
| 3011 Armory Drive, Suite 300 | INSURER C : | |
| Nashville, TN 37204 | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Property Location: 100 9th St., Vienna, WV 26105.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | 87049331902016 | 03/21/2016 | 03/21/2017 | X | BUILDING | $ 250,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 250,000 |
| | BASIC | BUILDING | | | | | BUSINESS INCOME | $ |
| | BROAD | $50,000 | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS $50,000 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Bankruptcy Trustee Office of the United States Trustee for the District of Delaware 844 North King Street, Room 2207 Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1995-2009 ACORD CORPORATION. All rights reserved.

ACORD 24 (2009/09)          The ACORD name and logo are registered marks of ACORD

 **ACORD®**

# CERTIFICATE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY)**
8/19/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form. Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Eva Wagner | |
|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA<br>505 N. Brand Boulevard, Suite 600<br>CA License #0726293<br>Glendale, CA 91203 | PHONE (A/C, No, Ext): 818-539-2300 | FAX (A/C, No): 818-539-2301 |
| | E-MAIL ADDRESS: Eva_Wagner@ajg.com | |
| | PRODUCER CUSTOMER ID: LOGAROA-03 | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>Logan's Roadhouse, Inc.<br>3011 Armory Drive, Suite 300<br>Nashville, TN 37204 | INSURER A : American Bankers Insurance Company of Florida | 10111 |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Property Location: 4609 W. Loop 250 N, Midland, TX 79707.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | 1011191143 | 12/07/2015 | 12/07/2016 | X | BUILDING | $ 500,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 500,000 |
| | BASIC | BUILDING | | | | | BUSINESS INCOME | $ |
| | BROAD | $50,000 | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS<br>$50,000 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | **BOILER & MACHINERY /<br>EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
First Mortgage and Loss Payee: People's Bank, 5820 82nd St., Lubbock, TX 79424.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Bankruptcy Trustee<br>Office of the United States Trustee for the District of Delaware<br>844 North King Street, Room 2207<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1995-2009 ACORD CORPORATION. All rights reserved.

ACORD 24 (2009/09)        The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 8/19/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form.  Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Eva Wagner |
|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA<br>505 N. Brand Boulevard, Suite 600<br>CA License #0726293<br>Glendale, CA 91203 | PHONE (A/C, No, Ext): 818-539-2300 / FAX (A/C, No): 818-539-2301 |
| | E-MAIL ADDRESS: Eva_Wagner@ajg.com |
| | PRODUCER CUSTOMER ID: LOGAROA-03 |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A: Hartford Insurance Co. of the Midwest | 37478 |
| Logan's Roadhouse, Inc.<br>3011 Armory Drive, Suite 300<br>Nashville, TN 37204 | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Property Location: 1716 Woodward Ave., Muscle Shoals, AL 35661.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | 87055287792015 | 12/21/2015 | 12/21/2016 | X | BUILDING | $ 250,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 250,000 |
| | BASIC | BUILDING $5,000 | | | | | BUSINESS INCOME | $ |
| | BROAD | | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS $5,000 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Bankruptcy Trustee<br>Office of the United States Trustee for the District of Delaware<br>844 North King Street, Room 2207<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

© 1995-2009 ACORD CORPORATION.  All rights reserved.

ACORD 24 (2009/09)        The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF PROPERTY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 8/19/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form.  Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: Eva Wagner | |
|---|---|---|
| Arthur J. Gallagher & Co. Insurance Brokers of CA<br>505 N. Brand Boulevard, Suite 600<br>CA License #0726293<br>Glendale, CA 91203 | PHONE (A/C, No, Ext): 818-539-2300 | FAX (A/C, No): 818-539-2301 |
| | E-MAIL ADDRESS: Eva_Wagner@ajg.com | |
| | PRODUCER CUSTOMER ID: LOGAROA-03 | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>Logan's Roadhouse, Inc.<br>3011 Armory Drive, Suite 300<br>Nashville, TN 37204 | INSURER A : American Bankers Insurance Company of Florida | 10111 |
| | INSURER B : | |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

LOCATION OF PREMISES / DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Property Location: 431 Riverwind Dr., Pearl, MS 39208.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| | **PROPERTY** | | 60102651882015 | 12/23/2015 | 12/23/2016 | X | BUILDING | $ 250,000 |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | X | PERSONAL PROPERTY | $ 250,000 |
| | BASIC | BUILDING | | | | | BUSINESS INCOME | $ |
| | BROAD | $50,000 | | | | | EXTRA EXPENSE | $ |
| | SPECIAL | CONTENTS<br>$50,000 | | | | | RENTAL VALUE | $ |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | $ |
| | WIND | | | | | | BLANKET PERS PROP | $ |
| X | FLOOD | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | | $ |
| | **INLAND MARINE** | | TYPE OF POLICY | | | | | $ |
| | CAUSES OF LOSS | | | | | | | $ |
| | NAMED PERILS | | POLICY NUMBER | | | | | $ |
| | **CRIME** | | | | | | | $ |
| | TYPE OF POLICY | | | | | | | $ |
| | **BOILER & MACHINERY / EQUIPMENT BREAKDOWN** | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Mortgage Information:
First Mortgage: Store Master Funding VIII, LLC ISAOA, c/o Midland Loan Servicing a PNC Real Estate Business, P.O. Box 25965, Shawnee Mission, KS 66225 as Additional Insured and Loss Payee.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Bankruptcy Trustee<br>Office of the United States Trustee for the District of Delaware<br>844 North King Street, Room 2207<br>Wilmington, DE 19801 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1995-2009 ACORD CORPORATION.  All rights reserved.

ACORD 24 (2009/09)         The ACORD name and logo are registered marks of ACORD

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 11** |

## ORDER (A) AUTHORIZING THE (I) CONTINUED USE OF THE DEBTORS' EXISTING CASH MANAGEMENT SYSTEM AND (II) USE OF EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (B) AUTHORIZING PAYMENTS OF PREPETITION COSTS AND FEES ASSOCIATED WITH CUSTOMER CREDIT AND DEBIT CARD TRANSACTIONS; (C) WAIVING THE REQUIREMENTS OF SECTION 345(B) OF THE BANKRUPTCY CODE ON AN INTERIM BASIS; AND (D) GRANTING CERTAIN RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the Debtors for an order (this "**Order**"), pursuant to sections 105(a), 345(b), 363, 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (a) authorizing the Debtors to (i) continue to maintain their Cash Management System and (ii) maintain their Bank Accounts and Business Forms, and in connection with the foregoing, granting the Debtors a waiver of certain bank account and related requirements of the U.S. Trustee Guidelines to the extent that such requirements are inconsistent with the Debtors' practices in connection with their Cash Management System or any action taken by the Debtors in accordance with this Order or any other order entered in these chapter 11 cases; (b) authorizing, but not directing, the Debtors, in their discretion, to pay or otherwise satisfy all prepetition Credit Card Processing Fees; (c) waiving the requirements of section

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716).  The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

345(b) of the Bankruptcy Code on an interim basis with respect to the Debtors' deposit practices; and (d) granting certain related relief, as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given under the circumstances; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors, and all parties in interest and is necessary to avoid immediate and irreparable harm to the Debtors and their estates; and any objections to the Motion having been withdrawn or overruled on the merits; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized to continue to maintain, operate, make transfers under, and otherwise use their Cash Management System in the ordinary course of their business and in the same manner as the Debtors implemented and maintained the Cash Management System prior to the Petition Date.

3.      The Debtors, Fifth Third, and Brink's are authorized to continue to utilize and operate the RCM system on a post-petition basis.

2

4.      The Debtors are authorized to (a) designate, maintain, and continue to use any or all of the Bank Accounts in the names and with the account numbers existing immediately prior to the Petition Date, (b) deposit funds into and withdraw funds from such accounts by all usual means, including, without limitation, checks, wire transfers, automated transfers, and other debits, and (c) treat the Bank Accounts for all purposes as accounts of the Debtors as debtors in possession.

5.      The Debtors are authorized, but not directed, in their discretion, to pay or otherwise satisfy all pre-petition Credit Card Processing Fees and any related pre-petition obligations in accordance with the Debtors' pre-petition policies and practices and to continue paying Credit Card Processing Fees in the ordinary course.

6.      The Banks are hereby authorized to continue to service and administer the Bank Accounts as accounts of the Debtors as debtors in possession without interruption and in the usual and ordinary course, and to receive, process, honor, and pay any and all checks and drafts drawn on, or electronic transfer requests made on, the Bank Accounts after the Petition Date by the holders or makers thereof, as the case may be; provided, however, that any check drawn or issued by the Debtors before the Petition Date may be honored by a Bank only if specifically authorized by order of this Court.

7.      Except for those checks that may be honored and paid to comply with any order(s) of this Court authorizing payment of certain prepetition claims, no checks or drafts issued on the Bank Accounts before the Petition Date but presented for payment after the Petition Date shall be honored or paid.

8.      Notwithstanding any other provision of this Order, no Bank that honors a prepetition check or other item drawn on any account that is the subject of this Order (a) at the

3

direction of the Debtors, (b) in a good faith belief that this Court has authorized such prepetition check or item to be honored, or (c) as the result of an innocent mistake made despite implementation of reasonable item handling procedures, shall be deemed to be liable to the Debtors or their estates on account of such pre-petition check or other item being honored post-petition or otherwise in violation of this Order.

9.      The Debtors are authorized to open any new Bank Accounts or close any existing Bank Accounts as they may deem necessary and appropriate in their discretion; provided, however, that the Debtors give notice thereof within fifteen (15) days to the U.S. Trustee and any statutory committees appointed in these chapter 11 cases; provided further, however, that the Debtors shall open any such new Bank Account at banks that have executed a Uniform Depository Agreement with the U.S. Trustee, or at such banks that are willing to promptly execute such an agreement. Notwithstanding the foregoing, the Debtors must receive written consent from the agent under the Debtors' debtor-in-possession financing facilities to open any new Bank Accounts.

10.      The Debtors are authorized to continue to use their existing checks without alteration and without the designation "Debtors-in-Possession" imprinted upon them; provided that once the Debtors' existing checks have been used, the Debtors shall, when reordering checks, require the designation "Debtors-in-Possession" on all checks; provided further that, with respect to checks which the Debtors or their agents print themselves, the Debtors shall begin printing the "Debtors-in-Possession" legend on such items within ten (10) days of the date of entry of this Order.

11.      The Banks are hereby authorized to debit from the Bank Accounts ordinary course of business bank fees and charges without further order of this Court provided that such

4

23154881v2

ordinary course fees and charges are authorized under the applicable account agreement with the Debtors and provided further that nothing set forth herein shall authorize any Bank to debit any claim or charges not in the ordinary course of business and not permitted under applicable account agreements.

12.     Each of the Debtors' Banks is authorized to debit the Debtors' accounts in the ordinary course of business without need for further order of this Court for: (i) all checks, items, and other payment orders drawn on the Debtor's accounts which are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Bank's receipt of notice of filing of the Petition; (ii) all checks, automated clearing house entries, and other items deposited or credited to one of Debtors' accounts with such Bank prior to filing of the Petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtors were responsible for such items prior to filing of the Petition; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as service charges for the maintenance of the Cash Management System.

13.     Each of the Debtors' Banks may rely on the representations of the Debtors with respect to whether any check, item, or other payment order drawn or issued by the Debtors prior to filing of the Petition should be honored pursuant to this Order or any other order of this Court, and such Bank shall not have any liability to any party for relying on such representations by the Debtors as provided for herein.

14.     The requirements provided in section 345(b) of the Bankruptcy Code are hereby WAIVED as to the Bank Accounts for an interim period of thirty (30) days, without prejudice to the Debtors' rights to seek a further waiver.

5

15.     With respect to the Banks at which the Debtors hold accounts that are party to a Uniform Depository Agreement with the U.S. Trustee, within fifteen (15) days from the date of entry of this Order the Debtors shall (i) contact each such Bank, (ii) provide the Bank with the Debtors' employer identification numbers, and (iii) identify each of the accounts held at such Banks as being held by a debtor in possession.

16.     For banks at which the Debtors hold accounts that are not party to a Uniform Depository Agreement with the U.S. Trustee, the Debtors shall use their good-faith efforts to cause the banks to execute a Uniform Depository Agreement in a form prescribed by the U.S. Trustee within thirty (30) days of the date of this Order. The U.S. Trustee's rights to seek further relief from this Court on notice in the event that the aforementioned banks are unwilling to execute a Uniform Depository Agreement in a form prescribed by the U.S. Trustee are fully reserved.

17.     Within five (5) business days of the entry of this Order, the Debtors shall serve a copy of this Order on each Bank.

18.     Nothing in the Motion or this Order, nor as a result of any payment made pursuant to this Order, shall be deemed or construed as (a) an admission as to the validity, priority, or amount of any claim against the Debtors or their estates or an approval or assumption of any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, or (b) a waiver of the rights of the Debtors and their estates, or shall impair the ability of the Debtors and their estates, to contest the validity, priority and amount of any claims or any payment made pursuant to this Order.

19.     Notwithstanding anything to the contrary in this Order, any payment made or to be made under this Order, and any authorization contained in this Order, shall be subject to the

6

requirements imposed on the Debtors under the orders of this Court approving the Debtors' debtor-in-possession financing facilities and use of cash collateral and budget in connection therewith.

20. In the ordinary course of their business post-petition in accordance with their pre-petition policies and practices, the Debtors shall continue to maintain records related to any intercompany transfers and disbursements so that such transactions can be ascertained, traced, and accounted for.

21. Notwithstanding use of a consolidated Cash Management System, the Debtors shall calculate quarterly fees under 28 U.S.C. § 1930(a)(6) based on the disbursements of each Debtor, regardless of which entity pays those disbursements.

22. The requirements set forth in Bankruptcy Rule 6003(b) have been satisfied.

23. Notwithstanding any applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

24. The requirements of Bankruptcy Rule 6004(a) are waived.

25. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

26. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: 8/9/2016
Wilmington, Delaware

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

7

<u>In re Roadhouse Holding Inc., et al.</u>    <u>Case No. 16-11819 (BLS)</u>
          Debtor

**SCHEDULE OF RETAINERS PAID TO PROFESSIONALS**
(This schedule is to include each Professional paid a retainer)

| Payee | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|
| Donlin, Recano & Co. (1) | Logan's Roadhouse, Inc. | $25,000.00 | TBD | $25,000.00 |
| Hilco Real Estate | Logan's Roadhouse, Inc. | $150,000.00 | None | $150,000.00 |
| Mackinac Partners (1) | Logan's Roadhouse, Inc. | $250,000.00 | 113,893.20 | $136,106.80 |
| Young Conaway (1) | Logan's Roadhouse, Inc. | $325,000.00 | $223,696.63 | $101,303.37 |

[1] Evergreen Retainer