**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ROADHOUSE HOLDING INC., et al., | Case No. 16-11819 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases as

proposed counsel for the Official Committee of Unsecured Creditors of Roadhouse Holding Inc.,

*et al*. (the "Committee"), and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of

Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices

given or required to be given and all papers served in these cases be delivered to and served upon

the parties identified below at the following address and further request to be added to the Master

Service List:

> Eric R. Wilson
> Lauren S. Schlussel
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York 10178
> Tel: (212) 808-7800
> Fax: (212) 808-7987
> E-mail:  KDWBankruptcyDepartment@kelleydrye.com
>                 lschlussel@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the above-

mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

motions, petitions, pleadings, requests, complaints, or demands, whether formal or

Case 16-11819-BLS    Doc 137    Filed 08/24/16    Page 2 of 2

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge, (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto, (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: August 24, 2016
      New York, New York

          KELLEY DRYE & WARREN LLP

          By: */s/ Eric R. Wilson*
          Eric R. Wilson (*pro hac vice admission pending*)
          101 Park Avenue
          New York, New York 10178
          Tel:  (212) 808-7800
          Fax: (212) 808-7897
          Email: ewilson@kelleydrye.com

          - and -

          PACHULSKI STANG ZIEHL & JONES LLP
          Bradford J. Sandler (Bar No. 4142)
          Colin R. Robinson (Bar No. 5524)
          919 North Market Street, 17th Floor
          Wilmington, DE  19801
          Tele: (302) 652-4100
          Fax:  (302) 652-4400
          Email:  bsandler@pszjlaw.com
                    crobinson@pszjlaw.com

          *Proposed Counsel to The Official Committee of Unsecured Creditors of Roadhouse Holding Inc., et al.*