**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16 -11819 (BLS)<br><br>(Jointly Administered) |

**DEBTORS' OBJECTION TO MOTION TO SHORTEN NOTICE AND LIMIT NOTICE REGARDING MOTION OF TENNESSEE FOOTBALL, INC. (d/b/a/ TENNESSEE TITANS) (A) TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND (B) FOR ALLOWANCE OF ADMINISTRATIVE CLAIM**

The above-captioned debtors and debtors in possession (the "**Debtors**"), hereby object to the *Motion to Shorten Notice and Limit Notice Regarding Motion of Tennessee Football, Inc. (d/b/a/ Tennessee Titans) (A) to Compel Assumption or Rejection of Executory Contract and (B) for Allowance of Administrative Claim* [Docket No. 141] (the "**Motion to Shorten**"),[2] filed by the Tennessee Football, Inc. (d/b/a Tennessee Titans) ("**Tennessee Football**") in connection with the *Motion of Tennessee Football, Inc. (d/b/a/ Tennessee Titans) (A) to Compel Assumption or Rejection of Executory Contract and (B) for Allowance of Administrative Claim* [Docket No. 140] (the "**Motion to Compel**").  In support of this objection, the Debtors respectfully state as follows:

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716).  The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

01:19192165.1

**OBJECTION**

1.        By the Motion to Compel, Tennessee Football seeks to compel the Debtors to assume or reject that certain Sponsorship Agreement effective August 1, 2007, between Debtor Logan's Roadhouse, Inc. and Tennessee Football (the "**Contract**").  Tennessee Football seeks to have its Motion to Compel heard on September 1, 2016, only eight days after the Motion was filed.  The Motion to Shorten also requests that an objection deadline for the Motion be set for August 30, 2016 at 4:00 p.m., a mere six days from the date the Motion was filed.

2.        First, these cases are in their infancy, having been filed less than three weeks ago. Courts recognize that the breathing spell afforded to new Debtors upon the commencement of chapter 11 extends to decisions to assume or reject executory contracts.  *In re Dana Corp.*, 350 B.R. 144, 147 (Bankr. S.D.N.Y. 2006) (stating that "it is the clear policy of the Bankruptcy Code to provide the debtor with breathing space following the filing of a bankruptcy petition, continuing until the confirmation of a plan, in which to assume or reject an executory contract."). By itself, the Motion to Compel frustrates that purpose; having that motion heard on one week's notice would arrest the Debtors' breathing spell.

3.        Second, the Motion to Compel already seeks the relief to which Tennessee Football asserts it would be entitled should the Debtors reject the Contract, regardless of the timing of any such rejection.  Given that Tennessee Football is willing to accept monetary damages from the Debtors in lieu of performance[3] there is no basis to proceed with the motion to compel on an expedited time frame.

4.        Third, Tennessee Football bases the relief requested by the Motion to Shorten on the fact that, if the Contract is rejected after the opening of its 2016 football season it will have

---

[3]    For the avoidance of doubt, the Debtors reserve all rights with respect to any administrative claim requested by Tennessee Football or any damages or other amounts to which Tennessee Football may assert it is entitled.

01:19192165.1

2

effectively lost any opportunity to mitigate its losses for the 2016 season.  Assuming Tennessee Football were able to shorten notice, that would only result in a decision to assume or reject the Contract with only one business day prior the first home game on September 11, 2016.  If the Debtors determined to reject the Contract, it is unlikely that Tennessee Football would be able to do anything to mitigate its damages prior to the September 11, 2016 game.  The second home game of the season is not scheduled until September 25, 2016.  Therefore, a less expedited time frame for consideration of the Motion to Compel is feasible, notwithstanding that the Debtors reserve all rights to object to the Motion to Compel on its merits.

5.      While the Debtors have not made a determination to assume or reject the Contract, the Debtors and Tennessee Football are currently engaged in discussions regarding the Contract.

[*Remainder of Page Intentionally Left Blank*]

01:19192165.1

## **CONCLUSION**

For the foregoing reasons, the Debtors respectfully request that this Court deny the

Motion to Shorten.

Dated:  Wilmington, Delaware        */s/ Ryan M. Bartley*
        August 26, 2016                Young Conaway Stargatt & Taylor, LLP
                                          Robert S. Brady (No. 2847)
                                          Edmon L. Morton (No. 3856)
                                          Ryan M. Bartley (No. 4985)
                                          Elizabeth S. Justison (No. 5911)
                                          Norah M. Roth-Moore (No. 6125)
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Tel:    (302) 571-6600
                                          Fax:    (302) 571-1253
                                          Email: rbrady@ycst.com
                                                  emorton@ycst.com
                                                  rbartley@ycst.com
                                                  ejustison@ycst.com
                                                  nroth-moore@ycst.com

                                      *Proposed Counsel for the Debtors and Debtors in*
                                      *Possession*