## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ROADHOUSE HOLDING INC., *et al.*,[1] | Case No. 16 -11819 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
## SEPTEMBER 28, 2016 AT 11:30.M. (ET)

## MATTERS GOING FORWARD

1.  Debtors' Motion for Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [D.I. 12, 8/8/16]

    Objection Deadline:   August 25, 2016 at 4:00 p.m. (ET), extended for Unsecured Creditors' Committee pending resolution of informal comments

    Related Documents:

    a)   Interim Order (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 552 Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Grant Liens and Superpriority Administrative Expense Status, (C) Use Cash Collateral of Prepetition Secured Parties, and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (III) Granting Related Relief [D.I. 60, 8/9/16]

    b)   Omnibus Notice of Pleadings and Hearing Thereon [D.I. 62, 8/10/16]

    Objections Filed:     None

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716).  The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

Status:      This matter will be going forward.  The Debtors intend to present a revised form of order consistent with the statements made on the record at the September 23, 2016 hearing.

2.      Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Notice of Confirmation Hearing, (C) Establishing Voting Record Date Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballot, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan, and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts Assumed Pursuant to the Plan; and (IV) Granting Related Relief [D.I. 146, 8/25/16]

Objection Deadline:      September 15, 2016 at 4:00 p.m. (ET), extended for Unsecured Creditors' Committee pending resolution of informal comments

Related Documents:

a)      Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 114, 8/16/16]

b)      Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 115, 8/16/16]

c)      Notice of Hearing to Consider Adequacy of Disclosure Statement [D.I. 116, 8/16/16]

d)      Notice of (I) Filing of Exhibits to Disclosure Statement, and (II) Proposed Revisions to Disclosure Statement [D.I. 255, 9/12/16]

Objections Filed:

a)      The Cincinnati Insurance Company's Objection to the Motion for an Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving Form and Notice of Confirmation Hearing, (C) Establishing Voting Record Date Approving Procedures for Distribution of Solicitation Packages, (D) Approving Forms of Ballot, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan, and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts Assumed Pursuant to the Plan; and (IV) Granting Related Relief [D.I. 269, 9/14/16]

2

      b)       Response of Pahls Enterprises Inc. to Disclosure Statement [D.I. 270, 9/14/16]

Status: With respect to item (b) the Debtors have confirmed that Pahls Enterprises Inc. does not intend to move forward with an objection to the disclosure statement. This matter will be going forward. The Debtors intend to file the form of a revised plan and disclosure statement prior to the hearing consistent with the statements made on the record at the September 23, 2016 hearing.

| | | |
|---|---|---|
| Dated: | Wilmington, Delaware<br>September 26, 2016 | */s/ Ryan M. Bartley*<br>Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:    (302) 571-6600<br>Fax:    (302) 571-1253<br>Email:  rbrady@ycst.com<br>          emorton@ycst.com<br>          rbartley@ycst.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

01:19312611.1