**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16 -11819 (BLS)<br><br>(Jointly Administered) |

## **NOTICE OF RESCHEDULED HEARING**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for November 7, 2016, at 10:00 a.m. (ET) (the "**November 7 Hearing**") has been rescheduled by the Court. Any matters scheduled to go forward at the November 7 Hearing will now be heard on **November 9, 2016 at 10:30 a.m. (ET)**.

Dated: Wilmington, Delaware
       September 29, 2016

*/s/ Ryan M. Bartley*
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ryan M. Bartley (No. 4985)
Elizabeth S. Justison (No. 5911)
Norah M. Roth-Moore (No. 6125)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:  (302) 571-1253
Email:  rbrady@ycst.com
           emorton@ycst.com
           rbartley@ycst.com
           ejustison@ycst.com
           nroth-moore@ycst.com

*Counsel for the Debtors and Debtors in Possession*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.