# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 11, 2016 AT 11:00 A.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.**

## ADJOURNED MATTERS

1. Motion of Lorraine Oakman for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 246, 9/9/16]

    Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET), extended to November 1, 2016 for the Debtors

    Related Document:

    a) Re-Notice of Hearing [D.I. 254, 9/12/16]

    Objections Filed:   None

    Status: This matter will be adjourned by agreement of the parties to November 9, 2016 at 10:30 a.m. (ET).

2. Motion of Cincinnati Insurance Company to Lift the Automatic Stay to Cancel Surety Bonds and Waiver of Stay in Fed. R. Bankr. Pro. 4001(a)(3) [D.I. 261, 9/13/16]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Roadhouse Holding Inc. (5939); Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716). The location of the Debtors' corporate headquarters is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204.

[2] **Amendments appear in bold.**

    Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET), extended to November 2, 2016 for the Debtors

    Objections Filed:   None to date

    Status: The parties have reached a resolution in principle and are negotiating documentation of that resolution. This matter will be adjourned by agreement of the parties to November 9, 2016 at 10:30 a.m. (ET), and the Debtors will submit an order approving the resolution either under certification of counsel prior to the hearing or at the November 9 hearing.

3. Amended Motion of Mary Lou McGregor for Relief From Stay Under Section 362 of the Bankruptcy Code [D.I. 301, 9/22/16]

    Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET), extended to November 1, 2016 for the Debtors

    Objections Filed:   None

    Status: This matter will be adjourned by agreement of the parties to November 9, 2016 at 10:30 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION\CERTIFICATION OF COUNSEL**

4. Motion of the Official Committee of Unsecured Creditors of Roadhouse Holding Inc. *et al.* for an Order Determining that the Committee is not Required to Provide Access to Confidential or Privileged Information of the Debtors [D.I. 283, 9/19/16]

    Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET)

    Related Documents:

        a) Certificate of No Objection [D.I. 360, 10/5/16]

        b) Proposed Order

    Objections Filed:   None

    Status: A certificate of no objection has been filed. No hearing is required.

5. Application of the Official Committee of Unsecured Creditors of Roadhouse Holding Inc., *et al.* for Entry of an Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel, *Nunc Pro Tunc* to August 19, 2016 [D.I. 285, 9/19/16]

    Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET)

Related Document:

      a) Certification of Counsel [D.I. 359, 10/5/16]

      b) Proposed Order

Objections Filed:    None

Status: A revised form of order has been submitted under certification of counsel. No hearing is required.

6. Application of the Official Committee of Unsecured Creditors for Order, Pursuant to 11 U.S.C. §§ 328, and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 23, 2016 [D.I. 289, 9/20/16]

   Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET)

   Related Documents:

      a) Certification of Counsel [D.I. 362, 10/6/16]

      b) Proposed Order

   Objections Filed:   None

   Status: A revised order has been submitted under certification of counsel. No hearing is required.

7. Motion of Brottao Investments LLC for Allowance of Administrative Expense Claim for Certain Postpetition Rent Pursuant to 11 U.S.C. § 503(b)(1)(A); and (II) Directing Immediate Payment of Certain Other Postpetition Rental Obligations Pursuant to 11 U.S.C. § 365(d)(3) [D.I. 307, 9/23/16]

   Objection Deadline:   October 4, 2016 at 4:00 p.m. (ET), extended to October 7, 2016 for the Debtors

   Related Document:

      a) Certification of Counsel [D.I. 363, 10/6/16]

      b) Proposed Order

   Objections Filed:   None

Status: A revised order has been submitted under certification of counsel.  No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

8. Application Pursuant to Fed. R. Bankr. P. 2014(a) for Entry of an Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 19, 2016 [D.I. 284, 9/19/16]

    Objection Deadline:    October 4, 2016 at 4:00 p.m. (ET)

    Related Documents:

    a) Certification of Counsel [D.I. 370, 10/7/16]

    b) Proposed Order

    Objections Filed:    None

    Status: A revised order has been submitted under certification of counsel.  No hearing is required.

Dated:    Wilmington, Delaware
          October 11, 2016

*/s/ Ryan M. Bartley*
Young Conaway Stargatt & Taylor, LLP
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ryan M. Bartley (No. 4985)
Elizabeth S. Justison (No. 5911)
Norah M. Roth-Moore (No. 6125)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email: rbrady@ycst.com
       emorton@ycst.com
       rbartley@ycst.com
       ejustison@ycst.com
       nroth-moore@ycst.com

*Counsel for the Debtors and Debtors in Possession*