# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ROADHOUSE HOLDING INC., *et al.*,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 16-11819 (BLS)<br><br>(Jointly Administered) |

## FINAL REPORT IN CHAPTER 11 CASE

Pursuant to Local Rule 3022-1(c), the following is the final report regarding this chapter 11 case:

1. On November 22, 2017, the above-captioned reorganized debtor (the "**Reorganized Debtor**" and, before the effective date of the chapter 11 plan confirmed by the Court, a "**Debtor**"[2]) intends to file the *Reorganized Debtor's Motion for Entry of a Final Decree and Order Closing the Reorganized Debtor's Chapter 11 Case and Terminating Certain Claims and Noticing Services* (the "**Motion**").[3]

2. To the best of my knowledge, information, and belief, the following chart sets forth the fees and expenses paid to the parties identified below for services rendered from the Petition Date through the Effective Date. Such amounts have been paid pursuant to the *Order Approving Final Fee Applications of Professionals Retained and Employed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 754] and the *Stipulated Order*

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number is 5939, and the Reorganized Debtor's mailing address is 3011 Armory Drive, Suite 300, Nashville, Tennessee 37204. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of November 23, 2016: Roadhouse Intermediate Inc. (6159); Roadhouse Midco Inc. (6337); Roadhouse Parent Inc. (5108); LRI Holdings, Inc. (4571); Logan's Roadhouse, Inc. (2074); Logan's Roadhouse of Texas, Inc. (2372); and Logan's Roadhouse of Kansas, Inc. (8716).

[2] The term Debtors as used herein includes all of the Debtors whose cases were originally administered with the Debtor whose case remains open.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*Approving Hilco Real Estate, LLC's Fee and Compromise Regarding Payment and Satisfaction Thereof* [Docket No. 713].

| Firm | Fees & Expenses Paid |
|---|---|
| **Attorneys for the Debtors** | |
| 1. Young Conaway Stargatt & Taylor, LLP | $1,262,776.04 |
| **Other Professionals for the Debtors** | |
| 1. Donlin, Recano & Company | $ 40,244.50 |
| 2. Jefferies LLC | $1,994,926.72 |
| 3. Hilco Real Estate, LLC | $2,390,000.00 |
| **Attorneys for the Official Committee of Unsecured Creditors** | |
| 1. Kelley Drye & Warren LLP | $ 572,720.45 |
| 2. Pachulski Stang Ziehl & Jones LLP | $ 58,666.32 |
| **Other Professionals for the Official Committee of Unsecured Creditors** | |
| 1. FTI Consulting, Inc. | $ 318,613.24 |

3. Through the third quarter of 2017, the Debtors have paid $65,525 in U.S. Trustee fees during the Debtors' chapter 11 cases. The Reorganized Debtor will pay the U.S. Trustee fees for the fourth quarter of 2017 as provided for in the Motion once their final quarterly report has been prepared.

4. No trustee or examiner was appointed in the Debtors' chapter 11 cases. Accordingly, no fees or expenses were incurred in respect of a trustee or examiner or their respective counsel and other professionals.

5. All expenses arising from the administration of the Debtors' estates and their chapter 11 cases, including, without limitation, U.S. Trustee fees, have been paid or will be paid as and when such expenses come due.

6. The Plan has been substantially consummated and all distributions that were required to be made pursuant to the Plan have been made or will be made, as set forth in the Motion.

7. With the exception of the matters scheduled to be heard at the December Hearing, all motions, contested matters, and other proceedings that were before this Court with respect to the Debtors' chapter 11 cases have been resolved, dismissed, or withdrawn.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 11/21, 2017

Chad Fitzhugh
Chief Financial Officer

01:22579573.2